# EXHIBIT 1

1:10



Air Max 95 Big Bubble $200

## Sport Green and Safety Orange

**M 3.5 / W 5–M 18 / W 19.5**

**Available July 11 at 7:00 am**

Since its debut, the AM95 has been the flyest way to get around, even if you're just strolling

**Notify me**

SKU: IR1944-102