# EXHIBIT 2

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,834,419**
**Registered Apr. 20, 2004**

**United States Patent and Trademark Office**

## SERVICE MARK
## PRINCIPAL REGISTER

7-ELEVEN, INC. (TEXAS CORPORATION)
2711 NORTH HASKELL AVENUE
DALLAS, TX 75204

FOR: RETAIL CONVENIENCE STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-31-1968; IN COMMERCE 1-31-1968.

OWNER OF U.S. REG. NOS. 92,897, 2,642,740 AND OTHERS.

APPLICANT CLAIMS COLOR AS PART OF THE MARK, AS DESCRIBED IN THE APPLICATION.

THE MARK CONSISTS OF "7-ELEVEN" AND THE DESIGN ELEMENT AND COLORS; TOP OF "7" IS ORANGE (AVERY STANDARD COLOR 3623); BOTTOM OF "7" IS RED (AVERY STANDARD COLOR 3680-53); WORD "ELEVEN" IS GREEN (AVERY STANDARD COLOR 3680-56); "7-ELEVEN" ON WHITE TRAPEZIOD BACKGROUND AND WHITE BACKGROUND ON GREEN SQUARE.

SER. NO. 78-193,506, FILED 12-11-2002.

PAULA MAHONEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,345,014**

**Registered June 4, 2013**

**Int. Cls.: 1, 4 and 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

7-ELEVEN, INC. (TEXAS CORPORATION)
1722 ROUTH STREET, SUITE 1000
DALLAS, TX 75201

FOR: POWER STEERING FLUID; BRAKE FLUID; FUEL INJECTION CLEANER, NAMELY, A CHEMICAL AUTOMOBILE FUEL ADDITIVE CLEANING PREPARATION; COMPLETE FUEL SYSTEM CLEANER, NAMELY, A CHEMICAL AUTOMOBILE FUEL ADDITIVE CLEANING PREPARATION; AUTOMATIC TRANSMISSION FLUID; GAS TREATMENT, NAMELY, A CHEMICAL AUTOMOBILE FUEL ADDITIVE CLEANING PREPARATION, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 3-30-2009; IN COMMERCE 3-30-2009.

FOR: MOTOR OIL; ENGINE STOP LEAK TREATMENT, NAMELY, AN OIL ADDITIVE THAT RECONDITIONS SEALS, BEARINGS, AND GASKETS, NAMELY, A NON-CHEMICAL ADDITIVE FOR ENGINE OILS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 3-30-2009; IN COMMERCE 3-30-2009.

FOR: BATTERIES FOR HOUSEHOLD USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-5-2008; IN COMMERCE 12-5-2008.

OWNER OF U.S. REG. NOS. 961,594, 3,290,433 AND OTHERS.

THE COLOR(S) ORANGE, RED, GREEN, AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER AND WORDING "7 ELEVEN" WITH THE TOP OF "7" IN THE COLOR ORANGE AND THE BOTTOM OF "7" IN THE COLOR RED, WITH "ELEVEN" GOING THROUGH THE MIDDLE OF THE BOTTOM OF "7" IN THE COLOR GREEN, WITH "7 ELEVEN" ON A WHITE TRAPEZOID BACKGROUND ON A GREEN SQUARE.

SER. NO. 85-383,938, FILED 7-28-2011.

WANDA KAY PRICE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

7-ELEVEN

**Reg. No. 5,105,141**

**Registered Dec. 20, 2016**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

7-Eleven, Inc. (TEXAS CORPORATION)
3200 Hackberry Road
Irving, TX 75063

CLASS 35: Retail convenience stores

FIRST USE 00-00-2000; IN COMMERCE 00-00-2000

The color(s) orange, red and green is/are claimed as a feature of the mark.

The mark consists of the terms "7-ELEVEN"; the numeral "7" is depicted in orange on top and red on the side; the hyphen and word "ELEVEN" are in green.

OWNER OF U.S. REG. NO. 0920897, 0718016, 0896654

SER. NO. 87-083,636, FILED 06-24-2016
VALERIE ELIZAB KAPLAN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.