# EXHIBIT 3

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale






## 7-Eleven® Global Convenience

VIEW ALL




ven® Outlined Rope Hat
$30.00



7-Eleven® Global Convenience Patch Rope Hat
$30.00




7-Eleven® Global Convenience Soccer Jersey
$65.00




7-Eleven® Retro Stripes Soccer Jersey
$65.00




7-Eleven® 1927 Crew Ret
$65.00






GET HOOKED ON THE

# REEL CONVENIENCE FISHING COLLECTION!

SHOP NOW

## ‹ REEL CONVENIENCE FISHING CO. ›

VIEW ALL




Convenience Kids Tee
$18.00




7-Eleven® Tree Camo Cap
$25.00




Snack Of The Day Tee
$30.00




7-Eleven® x Lateral Vision Fishing Tee
$30.00




Reel Convenience T
$30.00
+ 1 mo












## MOST POPULAR STYLES

VIEW ALL



en® Rugby Long Sleeve
$40.00



7-Eleven® Classic Fleece Sweatshirt
$35.00




7-Eleven® Big Logo Tee
$30.00




7-Eleven® x Toyota Racing Tee
$30.00




7-Eleven® x Toyota Sup
$30.00







## FORE GOLFERS

VIEW ALL







## ‹ FORE GOLFERS ›

VIEW ALL




·Eleven® Divot Tool
$10.00

50% off



Midnight Driving Club Bandana
$15.00 ~~$30.00~~ Sale



Midnight Driving Club Technical Polo
$50.00



7-Eleven® Green Pique Stripe Polo
$50.00



7-Eleven® Japanese-Style Sandwich Polo
$50.00





















## ALL SHIRTS

VIEW ALL



Friendship Tee
$30.00



Browser Tee
$30.00




7-Eleven® City League Tee
$30.00




7-Eleven® Flags Tee
$30.00



7-Eleven® 1927 Retro
$30.00




## ALL SHIRTS

VIEW ALL



Friendship Tee
$30.00



Browser Tee
$30.00




7-Eleven® City League Tee
$30.00




7-Eleven® Flags Tee
$30.00



7-Eleven® 1927 Retro
$30.00

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.






# 7-ELEVEn® Classic Tee

Color: White

Size

S | M | L | XL | XXL | XXXL

Quantity

1

ADD TO CART

**$25.00**

Pay over time for orders over $35.00 with shop Pay Learn more

Featuring our classic stripes, this ultra-soft t-shirt is a must have for any 7-Eleven® fan!

Details & Care

- 100% combed ring-spun cotton
- Mid-weight
- Ribbed neckline
- Double-stitched hems with side seams

Size & Fit

- Standard fit
- Short sleeves

Size Chart

Standard T-Shirts

| Size | Chest Width (Inches) | Body Length (Inches) |
|---|---|---|
| Small | 18 | 28 |
| Medium | 20 | 29 |
| Large | 22 | 30 |
| X-Large | 24 | 31 |



| | | |
|---|---|---|
| Small | 18 | 28 |
| Medium | 20 | 29 |
| Large | 22 | 30 |
| X-Large | 24 | 31 |
| XX-Large | 26 | 32 |
| XXX-Large | 28 | 33 |



⚠ WARNING: Cancer and Reproductive Harm - www.p65warnings.ca.gov.

## Others Also Viewed



7-ELEVEn® Classic Kids Tee
$18.00




7-Eleven® Logo Tee
$30.00



Retro Stripe Tee
$25.00




Meet Me At 7-Eleven® Tee
$25.00

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.



| | | |
|---|---|---|
| X-Large | 24 | 31 |
| XX-Large | 26 | 32 |
| XXX-Large | 28 | 33 |



⚠ WARNING: Cancer and Reproductive Harm - www.p65warnings.ca.gov.

## Others Also Viewed



7-ELEVEn® Classic Kids Tee
$18.00




7-Eleven® Logo Tee
$30.00



Retro Stripe Tee
$25.00



Meet Me At 7-Eleven® Tee
$25.00

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

Document title: 7-ELEVEn® Classic Tee – 7Collection™
Capture URL: https://7collection.com/products/7-eleven-3-stripes-t-shirt
Capture timestamp (UTC): Tue, 30 Jun 2026 17:24:00 GMT




# 7-Eleven® x Toyota Supra Tee

Size

S M L XL XXL XXXL

Color: Black

Quantity

1

ADD TO CART

$30.00

Pay over time for orders over $35.00 with shop Pay Learn more

⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed




7-Eleven® x Toyota Jersey tee
$30.00




7-Eleven® x Toyota Racing Tee
$30.00




7-Eleven® x Toyota Supra Keychain
$10.00



7-Eleven® x Toyota Flag Tee
$30.00



**$30.00**

Pay over time for orders over $35.00 with shop Pay Learn more

⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed




7-Eleven® x Toyota Jersey tee
$30.00




7-Eleven® x Toyota Racing Tee
$30.00




7-Eleven® x Toyota Supra Keychain
$10.00




7-Eleven® x Toyota Flag Tee
$30.00

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals Best Sellers Featured Collections Apparel Headwear Accessories Sale





# 7-Eleven® Rugby Long Sleeve

Size

S M L XL XXL XXXL XXXXL

Quantity

1

ADD TO CART

$40.00

Pay in 2 interest-free installments of $20.00 with shop Pay
Learn more

Score style points with this rugby-inspired long sleeve, featuring bold orange, green, and red stripes that for that retro flare. Whether you're tackling the day or just the snack aisle, this shirt's got winning vibes written all over it.

Details:

- 100% Cotton 180gms
- Contrast collar
- Printed stripes
- Custom woven label on wearer's bottom left hem
- Unisex fit

⚠ WARNING: Cancer and Reproductive Harm - www.p65warnings.ca.gov.

## Others Also Viewed








50% off




Document title: 7-Eleven® Rugby Long Sleeve – 7Collection™
Capture URL: https://7collection.com/products/7-eleven-ruby-long-sleeve
Capture timestamp (UTC): Tue, 30 Jun 2026 17:25:15 GMT



- 100% Cotton 180gms
- Contrast collar
- Printed stripes
- Custom woven label on wearer's bottom left hem
- Unisex fit



⚠ WARNING: Cancer and Reproductive Harm - www.p65warnings.ca.gov.

## Others Also Viewed



7-Eleven® B&W Rugby Shirt
$40.00




Race Team Long Sleeve
$30.00



7-Eleven® Canvas Jacket
$70.00

50% off




7-Eleven® Long Sleeve Sun Shirt
$30.00 ~~$60.00~~ Sale

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.







# Half Crew Stripe Socks - White

SOLD OUT

**$14.00**

Pay over time for orders over $35.00 with shop Pay Learn more

Instant classic. The Unisex Half-Crew Throwback Sock has all the features of a fave: a super-soft feel, comfy cushioning and classic stripe detail.

Product Details and Care:

- Combed cotton, nylon, lycra
- Machine wash cold with like colors
- Tumble dry low; low iron. Do not dry clean.
- One size fits most

⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Restock Coming Soon!

Join the waitlist to be the first to know when inventory returns!

Enter your email..

Notify Me

☐ I consent to my email being used to notify me.

☐ I want to receive emails about new products and special offers!

## Others Also Viewed











- Combed cotton, nylon, lycra
- Machine wash cold with like colors
- Tumble dry low; low iron. Do not dry clean.
- One size fits most




⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed

Restock Coming Soon!

Join the waitlist to be the first to know when inventory returns!



Shiny Slurpee® Reusable Tumbler
$16.00




7-Eleven® 1927 Embroidered Crew Sock
$15.00



7-Eleven® Wood Golf Tees (Set of 50)
$15.00




7-Eleven® Classic Fleece Sweatshirt
$35.00

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75

7COLLECTION Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale

Home > Always Open Retro Stripe Lounge Hoodie





# Always Open Retro Stripe Lounge Hoodie

Size

XS | S | M | L | XL | XXL

Quantity

– 1 +

ADD TO CART

$65.00

Pay in 4 interest-free installments of $16.25 with shop Pay
Learn more

Oversized and ultra-soft, this Retro Stripe Lounge Hoodie is for keeping it comfortable and coordinated. Grab yours before it's gone!

Details:

- 12oz brushed French Terry
- 86% cotton, 14% polyester
- 2x2 ribbing
- Custom stripe webbing

⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed

25% off



7-Eleven® x By Way Of Dallas Mesh Jersey
$90.00 $120.00 Sale



Always Open Retro Stripe Lounge Pants
$65.00



7-Eleven® Pen
$2.00



Retro Stripe Hoodie
$50.00



Details:

- 12oz brushed French Terry
- 86% cotton, 14% polyester
- 2x2 ribbing
- Custom stripe webbing



⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed

25% off



7-Eleven® x By Way Of Dallas Mesh Jersey
$90.00 ~~$120.00~~ Sale



Always Open Retro Stripe Lounge Pants
$65.00




7-Eleven® Pen
$2.00



Retro Stripe Hoodie
$50.00

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale

Home > 7-Eleven® Always Open Slides





# 7-Eleven® Always Open Slides

Color: Black

Shoe size

XS | S | M | L | XL | XXL

Quantity

– 1 +

ADD TO CART

**$30.00**

Pay over time for orders over $35.00 with shop Pay Learn more

**Details:**

- PVC slides, slip on style sandals
- Sizes XS-XXL

| Size | US Men's | US Women's |
|---|---|---|
| XS | 6-6.5 | 7.5-8 |
| S | 7-7.5 | 8.5-9 |
| M | 8-9 | 9.5-10.5 |
| L | 9.5-10 | 11-11.5 |
| XL | 11-12 | 12.5-13.5 |
| XXL | 13-14 | 14.5-15.5 |

⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed

25% off



| | | |
|---|---|---|
| L | 9.5-10 | 11-11.5 |
| XL | 11-12 | 12.5-13.5 |
| XXL | 13-14 | 14.5-15.5 |



⚠ CALIFORNIA WARNING: This product can expose you to chemicals including Di(2-ethylhexyl)phthalate (DEHP), which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov.

## Others Also Viewed





7-Eleven® Pendant by King Ice
$120.00





Château Montauk 7-Eleven™ Crochet Tote
$35.00

25% off





7-Eleven® x By Way Of Dallas Mesh Jersey
$90.00 ~~$120.00~~ Sale

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

7COLLECTION

Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale

# All Apparel

Filter

Featured

Out of stock Show Hide

Price

$ 0 $ 110

Color

Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



7-Eleven® x Lateral Vision Fishing Tee
$30.00



Reel Convenience Tee
$30.00
+ 1 more




7-Eleven® Logo Tee
$30.00



Oh Thank Heaven™ Washed Crewneck Fleece
$55.00



7-Eleven® Canvas Jacket
$70.00



7-Eleven® x Imran Potato Slurpee Tee
$35.00



7-Eleven® x Imran Potato Festival Tee
$35.00



7-Eleven® x Imran Potato Polo
$60.00



7-Eleven® Plaid Flannel Pajamas
$35.00



7-Eleven® Puff Print Tonal Hoodie
$60.00



7-Eleven® Camp Crew Fleece Sweatshirt
$60.00



Always Open 7-Eleven® Bomber Jacket
$110.00









Out of stock Show Hide

**Price**

$0 | $110

**Color**

**Size**

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



Always Open Street Sweatpants
$65.00



Always Open Street Hoodie
$65.00



Always Open Retro Stripe Lounge Pants
$65.00



Always Open Retro Stripe Lounge Hoodie
$65.00




Midnight Driving Club Topographic Jersey Polo
$50.00



7-Eleven® Green Pique Stripe Polo
$50.00



Midnight Driving Club Technical Polo
$50.00




7-Eleven® B&W Windbreaker
$55.00



Midnight Driving Club Crest Crewneck
$55.00



Midnight Driving Club Cardigan
$60.00



7-Eleven® B&W Rugby Shirt
$40.00



Midnight Driving Club Moon Ball Tee
$30.00



Hit The Clubs Tee
$30.00




Snack Of The Day Tee
$30.00



Tokyo Haze Tee
$30.00



Lost Love Tee
$35.00









Out of stock Show Hide

Price

$0 $110

Color

Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



Drive Eyes Hoodie
$65.00



7-Eleven® Icons Pajama Top
$28.00



The Always Open, Open Tee
$27.00




Faded Tee
$30.00



7-Eleven® Logo Patch Sweatpants
$65.00



Always Open Embroidered Crewneck
$65.00



Faded Sweatpants
$45.00



Faded Shorts
$40.00




Faded Hoodie
$60.00



7-Eleven® Rugby Long Sleeve
$40.00



Statement Street Hoodie
$55.00



Oh Thank Heaven™ Women's Boxy Crop Tee
$35.00



Race Team Hoodie
$55.00



Race Team Long Sleeve
$30.00



Retro Stripe Hoodie
$50.00



Retro Stripe Tee
$25.00











Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



Get In Loser Tee
$30.00



Hometown Tee
$30.00



Drift Daily Tee
$27.00



7-Eleven® Burnout Kids Tee
$18.00



Meet Me At 7-Eleven® Tee
$25.00



7-Eleven® Burnout Tee
$25.00

1 2 3 · Next »

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

**Size**

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



Get In Loser Tee
$30.00



Hometown Tee
$30.00



Drift Daily Tee
$27.00



7-Eleven® Burnout Kids Tee
$18.00



Meet Me At 7-Eleven® Tee
$25.00



7-Eleven® Burnout Tee
$25.00

1 2 3 · Next »

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75



# All Apparel

Filter <

Featured

Out of stock Show Hide

Price

$0 $110

Color

Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



7-Eleven® Zip Hoodie
$50.00



7-Eleven® Classic Fleece Sweatshirt
$35.00




Where Car™ Tee
$30.00



7-Eleven® Classic Long Sleeve
$27.00




Always Open Clock Tee
$30.00




Always Open Gym Crewneck
$55.00




Always Open Gym Crop Tee
$30.00




Always Open Gym Tee
$30.00




If Lost Return To Montauk 7-Eleven™ Crop Tee
$40.00




If Lost Return To Montauk 7-Eleven™ Tee
$40.00




I Miss The Montauk 7-Eleven™ Tee
$40.00



Château Montauk 7-Eleven™ Storefront Tee
$40.00








17% off



Out of stock Show Hide

Price

$0 $110

Color

Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



Montauk 7-Eleven™ Box Logo Tee
$40.00



Château Montauk 7-Eleven™ Hoodie
$90.00



Château Montauk 7-Eleven™ Crewneck
$90.00

17% off




7-Eleven® x Breezy Golf Gimme & Gulp Tee
$35.00 ~~$42.00~~ Sale

33% off



7-Eleven® x Breezy Golf Breakfast Bites Polo
$60.00 ~~$89.00~~ Sale



7-Eleven® x Imran Potato Tee
$30.00



7-Eleven® x Imran Potato Denim Jeans
$90.00




7-Eleven® x Hot Wheels Toyota Supra Tee
$30.00

25% off




DGK x 7-Eleven® T-Shirt
$30.00 ~~$40.00~~ Sale




Turning One Baby Onesie
$18.00



7-Eleven® x Lateral Vision Waves Logo Tee
$30.00

50% off



7-Eleven® Long Sleeve Sun Shirt
$30.00 ~~$60.00~~ Sale




Speedway® Fishing Tee
$30.00




Always Open Logo Lockup Tee
$25.00

33% off



7-Eleven® x By Way Of Dallas Coordinates Zip Hoodie
$100.00 ~~$150.00~~ Sale

25% off



7-Eleven® x By Way Of Dallas Coordinates Fleece Sweatpants
$90.00 ~~$120.00~~ Sale

38% off



25% off









Out of stock Show Hide

**Price**

$0 $110

**Color**

**Size**

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S

18% off



7-Eleven® x By Way Of Dallas Coordinates Fleece Crewneck
$90.00 ~~$145.00~~ Sale

25% off




7-Eleven® x By Way Of Dallas Mesh Jersey
$90.00 ~~$120.00~~ Sale




Oh Thank Heaven™ Street Tee
$27.00




11th Birthday Cake Slice Kids Tee
$18.00



11th Birthday Kids Tee
$18.00




7th Birthday Kids Tee
$18.00




7th Birthday Cake Slice Kids Tee
$18.00




Best Day Of The Year Kids Tee
$18.00




7 + 11 = 18 Tee
$27.00




Where Larry?™ Tee
$25.00




Have A Nice Day Kids Tee
$18.00



Classic Logo Women's Crop Tee
$25.00




Get In Loser Women's Crop Tee
$25.00



Women's Logo Ribbed Tank
$27.00



7-Eleven® Classic Baby Onesie
$18.00




Speedway® Hoodie
$50.00









Size

- [ ] Newborn
- [ ] XS
- [ ] S
- [ ] M
- [ ] L
- [ ] XL
- [ ] XXL
- [ ] XXXL
- [ ] 3XL
- [ ] XXXXL
- [ ] 4XL
- [ ] 5XL
- [ ] 12 Month
- [ ] Adult M
- [ ] Adult S
- [ ] Toddler 4T
- [ ] Toddler 5/6
- [ ] Youth L
- [ ] Youth M
- [ ] Youth S




Speedway® S Hoodie
$50.00



Premium Gasoline Hoodie
$50.00




The List Long Sleeve
$27.00




Speedway® '79 Long Sleeve
$27.00




The List Tee
$25.00




Speedway® S Tee
$25.00

« Previous · 1 2 3 · Next »

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

Size

- [ ] Newborn
- [ ] XS
- [ ] S
- [ ] M
- [ ] L
- [ ] XL
- [ ] XXL
- [ ] XXXL
- [ ] 3XL
- [ ] XXXXL
- [ ] 4XL
- [ ] 5XL
- [ ] 12 Month
- [ ] Adult M
- [ ] Adult S
- [ ] Toddler 4T
- [ ] Toddler 5/6
- [ ] Youth L
- [ ] Youth M
- [ ] Youth S




Speedway® S Hoodie
$50.00



Premium Gasoline Hoodie
$50.00




The List Long Sleeve
$27.00




Speedway® '79 Long Sleeve
$27.00




The List Tee
$25.00




Speedway® S Tee
$25.00

« Previous · 1 2 3 · Next »

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

# All Apparel

Filter

Featured

Out of stock Show Hide

Price

$ 0 | $ 110

Color

Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S




Speedway® '79 Tee
$25.00



Premium Gasoline Tee
$25.00




Fueled By Coffee Tee
$25.00




Speedway® Tee
$25.00




Slurpee® Kids Tee
$18.00



7-ELEVEn® Classic Kids Tee
$18.00




Where Car™ Kids Tee
$18.00




Big Gulp® Tee
$25.00



7-Eleven Car Club™ Tee
$25.00



7-ELEVEn® Classic Tee
$25.00
+ 2 more




Slurpee® Basic Tee
From $30.00



S™ Logo Tee
$30.00










Out of stock Show Hide

Price

$0 $110

Color

Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S




7th Inning Snack Run Tee
$30.00




Brian Freis Baseball Tee
$30.00




Saul Sage Baseball Tee
$30.00




A.P. Zhaah Baseball Tee
$30.00




Speedway® Logo Kids Tee
$18.00




Oh Thank Heaven™ Kids Tee
$18.00




Speedway® Tonal Crewneck Fleece
$35.00



Faded Zip Hoodie
$60.00




7-Eleven® x Imran Potato Race Team Jersey
$55.00




Big Dreams Tee
$35.00



7-Eleven® Japanese-Style Egg Salad Sandwich Polo
$50.00




7-Eleven® Women's Retro Ribbed Tank
$35.00



7-Eleven® Mesh Shorts
$30.00



Crest Washed Crewneck
$55.00




Born On 7/11 Kids Tee
$18.00




Big One Kids Tee
$18.00



Size

- Newborn
- XS
- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- XXXXL
- 4XL
- 5XL
- 12 Month
- Adult M
- Adult S
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S



7-Eleven® Mesh Shorts
$30.00



Crest Washed Crewneck
$55.00




Born On 7/11 Kids Tee
$18.00




Big One Kids Tee
$18.00



Women's Modest Crop Retro Stripe Tee
$27.00 Coming Soon

« Previous · 1 2 3

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale

# Accessories

Filter

Featured

Out of stock Show Hide

Price

$ 0 | $ 120

Color

Size

- S
- M
- L
- XL
- XXL



Matte Slurpee® Reusable Tumbler
$16.00



Shiny Slurpee® Reusable Tumbler
$16.00




Slurpee® Scented Markers
$4.99



7-Eleven® Pendant by King Ice
$120.00



7-Eleven® Hot Dog Allover Print Socks
$14.00 Sold Out



7-Eleven® x Timex Classic Watch
$65.00



7-Eleven x Timex Gamer Watch - Black
$85.00 Sold Out



7-Eleven® Wavy Wrapping paper
$11.00



7-Eleven® Wood Golf Tees (Set of 50)
$15.00




7-Eleven® Classic Logo Golf Balls
$16.00



7-Eleven® Golf Balls and Tees Set
$40.00



Midnight Driving Club Oversized Tote
$30.00



7-Eleven® Topographic Golf Towel




7-Eleven® Divot Tool




7-Eleven® Saddle Keychain




7-Eleven® Striped Notebook

Out of stock Show Hide

Price

$ 0 | $ 120

Color

Size

- [ ] S
- [ ] M
- [ ] L
- [ ] XL
- [ ] XXL



7-Eleven® Topographic Golf Towel
$18.00




7-Eleven® Divot Tool
$10.00



7-Eleven® Saddle Keychain
$10.00



7-Eleven® Striped Notebook
$15.00



7-Eleven® Pen
$2.00




7-Eleven® Coin Purse
$15.00




7-Eleven® Always Open Wall Clock - 14"
$45.00




7-Eleven® Utility Bag
$20.00



7-Eleven® Stadium Blanket
$50.00



7-Eleven® Always Open Slides
$30.00



Half Crew Stripe Socks - White
$14.00 Sold Out



7-Eleven® x Imran Potato To-Go Coffee Cup Keychain
$8.00



7-Eleven® x Imran Potato Vending Machine Keychain
$8.00



7-Eleven® x Imran Potato Sock Keychain
$8.00



Château Montauk 7-Eleven™ Crochet Tote
$35.00




7-Eleven® x Imran Potato Polo Keychain
$8.00



7-Eleven® x Imran Potato Socks
$12.00



7-Eleven® x Imran Potato To-Go Coffee Cup Backpack
$60.00



7-Eleven® Wavy Photo Backdrop
$25.00



7-Eleven® Party Tablecloth
$7.11 Sold Out

Out of stock Show Hide

**Price**

$ 0 $ 120

**Color**

**Size**

- [ ] S
- [ ] M
- [ ] L
- [ ] XL
- [ ] XXL



7-Eleven® x Imran Potato Socks
$12.00



7-Eleven® x Imran Potato To-Go Coffee Cup Backpack
$60.00



7-Eleven® Wavy Photo Backdrop
$25.00



7-Eleven® Party Tablecloth
$7.11 Sold Out



7-Eleven® Party Balloons (Set of 12)
$7.11 Sold Out



7-Eleven® Napkins (Set of 24)
$7.11 Sold Out




7-Eleven® Custom Candle Set
$7.11



7-Eleven® 9" Party Plates (Set of 12)
$7.11 Sold Out



7-Eleven® Foil Balloons (Set of 4)
$7.11 Sold Out



7-Eleven® Piñata
$25.00 Sold Out

50% off



Midnight Driving Club Bandana
$15.00 ~~$30.00~~ Sale




Reel Convenience Hard Enamel Pin
$12.00




Lost Love Sticker Pack
$15.00



Reel Convenience Duck Camo Cooler Tote
$45.00



Reel Convenience Bottle Opener with Carabiner
$12.00




Reel Convenience Patch
$7.00




Reel Convenience Decal
$5.00



7-Eleven® 3/4 Crew Socks
$14.00 Sold Out

42% off



7-Eleven® x By Way Of Dallas Coordinates Bag
$35.00 ~~$60.00~~ Sale




Statement Tote Bag
$16.00

$45.00 $12.00

Out of stock Show Hide

**Price**

$ 0 | $ 120

**Color**

**Size**

- S
- M
- L
- XL
- XXL




Reel Convenience Decal
$5.00



7-Eleven® 3/4 Crew Socks
$14.00 Sold Out

42% off



7-Eleven® x By Way Of Dallas Coordinates Bag
$35.00 ~~$60.00~~ Sale




Statement Tote Bag
$16.00




Big Bite® Enamel Pin
$6.00

1 2 · Next »

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale

# Headwear

Filter

Featured

Out of stock Show Hide

Price

$ 0 $ 35

Color



7-Eleven® Global Convenience Patch Rope Hat
$30.00




7-Eleven® Embroidered Logo Hat
$30.00



Retro Stripes Dad Hat
$30.00




Snack & Supply Dad Hat
$30.00




Blaze Camo Trucker
$25.00



Woodland Snapback
$30.00



7-Eleven® x Toyota Crest Hat
$30.00




7-Eleven® 1927 Two-Tone Structured Hat
$30.00




Snack & Supply Rope Hat
$30.00




7-Eleven® Two Tone Soccer Hat
$30.00




7-Eleven® Outlined Rope Hat
$30.00



7-Eleven® Retro Stripes Foam Trucker
$25.00












Out of stock Show Hide

Price

$ 0 $ 35

Color




7-Eleven® Embroidered Wordmark Dad Hat
$30.00



Snack Of The Day Snapback
$30.00 Coming Soon



Slurpee® Surf Hat
$30.00



7-Eleven® Camo Beanie
$25.00



7-Eleven® Waffle Knit Beanie
$20.00



7-Eleven® Simple Stripes Beanie
$20.00 Sold Out



Reel Convenience Tech Rope Hat
$30.00



Reel Convenience Duck Camo Trucker Hat
$30.00



7-Eleven® Classic Dad Hat
$25.00




Retro Slurpee® Trucker Hat
$25.00 Coming Soon



7-Eleven® Logo Technical Hat
$25.00 Sold Out



7-Eleven® x Lateral Vision Waves Hat
$30.00



'89 Snapback - Black/White
$25.00 Sold Out



Gauge Beanie
$20.00




7-Eleven® Tree Camo Cap
$25.00



'89 Snapback - Camo
$25.00





14% off





Out of stock Show Hide

**Price**

$0 $35

**Color**



'89 Snapback - Red/White
$25.00 Sold Out



7-Eleven® Varsity Snapback
$30.00 Sold Out



Château Montauk 7-Eleven™ Crest Bucket Hat
$30.00 ~~$35.00~~ Sale



7-Eleven® Green Logo Two Tone Snapback
$30.00




Always Open Varsity Embroidery Surf Cap
$35.00



7-Eleven® Varsity Dad Hat
$30.00



Always Open Puff Embroidery Surf Cap
$35.00

50% off



Midnight Driving Club Visor
$15.00 ~~$30.00~~ Sale

50% off



Midnight Driving Club Bandana
$15.00 ~~$30.00~~ Sale

50% off



Slurpee® x Punk Bunny™ Logo Dad Hat
$15.00 ~~$30.00~~ Sale




7-Eleven® Hat
$20.00 Sold Out



7-Eleven® Classic 2-Toned Dad Hat
$25.00



'89 Snapback - Green/White
$25.00 Coming Soon



Speedway® Patch Camo Cap
$25.00 Coming Soon

**Our Mission** **Menu** **Policy** **Join 7Collection™**

Out of stock Show Hide

Price

$0 $35

Color

50% off


Midnight Driving Club Bandana
$15.00 ~~$30.00~~ Sale

50% off


Slurpee® x Punk Bunny™ Logo Dad Hat
$15.00 ~~$30.00~~ Sale




7-Eleven® Hat
$20.00 Sold Out



7-Eleven® Classic 2-Toned Dad Hat
$25.00



'89 Snapback - Green/White
$25.00 Coming Soon



Speedway® Patch Camo Cap
$25.00 Coming Soon

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

FREE SHIPPING OVER $75



# Golf

Filter

Featured

Out of stock Show Hide

Price

$0 $249

Color

Size

- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- 4XL
- 5XL



Midnight Driving Club Technical Polo
$50.00



7-Eleven® Green Pique Stripe Polo
$50.00



7-Eleven® Japanese-Style Egg Salad Sandwich Polo
$50.00




Midnight Driving Club Topographic Jersey Polo
$50.00




7-Eleven® Classic Logo Golf Balls
$16.00



7-Eleven® Wood Golf Tees (Set of 50)
$15.00



7-Eleven® Golf Balls and Tees Set
$40.00



7-Eleven® Topographic Golf Towel
$18.00




7-Eleven® B&W Windbreaker
$55.00



Midnight Driving Club Work Jacket
$68.00 Sold Out



Midnight Driving Club Cardigan
$60.00



7-Eleven® B&W Rugby Shirt
$40.00









Out of stock Show Hide

Price

$ 0 $ 249

Color

Size

- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- 4XL
- 5XL



Hit The Clubs Tee
$30.00



Midnight Driving Club Moon Ball Tee
$30.00



Midnight Driving Club Crest Crewneck
$55.00



7-Eleven® Green Logo Two Tone Snapback
$30.00

50% off



Midnight Driving Club Visor
$15.00 ~~$30.00~~ Sale



Midnight Driving Club Oversized Tote
$30.00




7-Eleven® Divot Tool
$10.00

50% off



Midnight Driving Club Bandana
$15.00 ~~$30.00~~ Sale

33% off



7-Eleven® x Breezy Golf Breakfast Bites Polo
$60.00 ~~$89.00~~ Sale

17% off




7-Eleven® x Breezy Golf Gimme & Gulp Tee
$35.00 ~~$42.00~~ Sale



Crest Washed Crewneck
$55.00



The Always Open, Open Tee
$27.00




7 + 11 = 18 Tee
$27.00



Half Crew Stripe Socks - White
$14.00 Sold Out



7-Eleven® x Sunday Golf Bag Pre-Order
$249.00 Sold Out

**Our Mission**

We strive to be the first choice for

**Menu**

New Arrivals

**Policy**

Search

**Join 7Collection™**

Get 10% off your first order and be the

Out of stock Show Hide

**Price**

$0 $249

**Color**

**Size**

- S
- M
- L
- XL
- XXL
- XXXL
- 3XL
- 4XL
- 5XL

33% off



7-Eleven® x Breezy Golf Breakfast Bites Polo
$60.00 ~~$89.00~~ Sale

17% off




7-Eleven® x Breezy Golf Gimme & Gulp Tee
$35.00 ~~$42.00~~ Sale



Crest Washed Crewneck
$55.00



The Always Open, Open Tee
$27.00



7 + 11 = 18 Tee
$27.00



Half Crew Stripe Socks - White
$14.00 Sold Out



7-Eleven® x Sunday Golf Bag Pre-Order
$249.00 Sold Out

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

# 7-Eleven® Baseball

Filter

Featured

Out of stock Show Hide

Price

$ 0
$ 30

Color

Size

- S
- M
- L
- XL
- XXL
- XXXL
- Toddler 4T
- Toddler 5/6
- Youth L
- Youth M
- Youth S




7-Eleven Pennant Tee
$30.00
+ 1 more




Summer Ritual Tee
$30.00




Always The Right Play Tee
$30.00




Brian Freis Baseball Tee
$30.00




Saul Sage Baseball Tee
$30.00



Beage Ghoulp Baseball Tee
$30.00




A.P. Zhaah Baseball Tee
$30.00



7th Inning Snack Run Tee
$30.00




A.P. Zhaah Kids Tee
$18.00




Brian Freis Kids Tee
$18.00



Big Bite® Baseball Kids Tee
$18.00



Cards Kids Tee
$18.00
+ 1 more




Summer Ritual Kids Tee

Out of stock Show Hide

Saul Sage Baseball Tee
$30.00

Beage Ghoulp Baseball Tee
$30.00

A.P. Zhaah Baseball Tee
$30.00

7th Inning Snack Run Tee
$30.00

**Price**

$ 0 — $ 30

**Color**

**Size**

- [ ] S
- [ ] M
- [ ] L
- [ ] XL
- [ ] XXL
- [ ] XXXL
- [ ] Toddler 4T
- [ ] Toddler 5/6
- [ ] Youth L
- [ ] Youth M
- [ ] Youth S



A.P. Zhaah Kids Tee
$18.00



Brian Freis Kids Tee
$18.00



Big Bite® Baseball Kids Tee
$18.00



Cards Kids Tee
$18.00
+ 1 more




Summer Ritual Kids Tee
$18.00

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

New Arrivals
Best Sellers
Featured Collections
Apparel
Headwear
Accessories
Sale

**Policy**

Search
FAQ's
Gift Card Guidance
Self-Serve Returns & Exchanges
Returns & Exchanges Guidance
Terms & Conditions
Privacy Notice
California Privacy
California Transparency In Supply Chains Act Disclosure
Terms of Service
Refund policy
Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

Document title: 7-Eleven® Baseball – 7Collection™
Capture URL: https://7collection.com/collections/7-eleven-baseball
Capture timestamp (UTC): Tue, 30 Jun 2026 17:32:29 GMT