# EXHIBIT 4

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,135,385**

**United States Patent and Trademark Office**

**Registered Feb. 10, 1998**

## SERVICE MARK
## PRINCIPAL REGISTER



SOUTHLAND CORPORATION, THE (TEXAS CORPORATION)
2711 NORTH HASKELL AVENUE
DALLAS, TX 75204

FOR: RETAIL CONVENIENCE STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-1992; IN COMMERCE 2-0-1992.

THE DRAWING IS LINED FOR THE COLORS ORANGE, GREEN AND RED, AND COLOR IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A PATTERN OF STRIPES IN THE COLORS ORANGE, GREEN AND RED DISPLAYED ON STORES AND USED IN ADVERTISING. THE NUMBER 7 AND DESIGN DEPICTED IN DOTTED LINES MERELY SHOWS POSITIONING AND IS NOT A FEATURE OF THE MARK.

SER. NO. 75-155,761, FILED 8-26-1996.

ELISSA GARBER KON, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,295,753**

## United States Patent and Trademark Office

**Registered Nov. 30, 1999**

### SERVICE MARK
### PRINCIPAL REGISTER



SOUTHLAND CORPORATION, THE (TEXAS CORPORATION)
2711 NORTH HASKELL AVENUE
DALLAS, TX 75204

FOR: RETAIL GASOLINE STATION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 12-0-1991; IN COMMERCE 12-0-1991.

THE MARK CONSISTS OF A PATTERN OF STRIPES IN THE COLORS ORANGE, GREEN AND RED.

SER. NO. 75-550,028, FILED 9-8-1998.

MATTHEW KLINE, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,295,753**

**United States Patent and Trademark Office**

**Registered Nov. 30, 1999**

## SERVICE MARK
### PRINCIPAL REGISTER



SOUTHLAND CORPORATION, THE (TEXAS CORPORATION)
2711 NORTH HASKELL AVENUE
DALLAS, TX 75204

FOR: RETAIL GASOLINE STATION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 12-0-1991; IN COMMERCE 12-0-1991.

THE MARK CONSISTS OF A PATTERN OF STRIPES IN THE COLORS ORANGE, GREEN AND RED.

SER. NO. 75-550,028, FILED 9-8-1998.

MATTHEW KLINE, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 3,644,842**

**Registered June 23, 2009**

# United States Patent and Trademark Office

## SERVICE MARK
## PRINCIPAL REGISTER

7-ELEVEN, INC. (TEXAS CORPORATION)

1722 ROUTH STREET, SUITE 1000

DALLAS, TX 75201

FOR: RETAIL CONVENIENCE STORE SERVICES FEATURING THE SALE OF FOOD AND BEVERAGE PRODUCTS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-28-2006; IN COMMERCE 2-28-2006.

OWNER OF U.S. REG. NOS. 2,135,385, 2,834,419, AND OTHERS.

THE COLOR(S) ORANGE, GREEN, WHITE AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER "7" THAT IS ORANGE AT THE TOP AND RED ON THE SIDE AND IS TRANSVERSED BY THE WORD "ELEVEN" IN GREEN THAT IS INSIDE A WHITE TRAPEZOID ON A GREEN SQUARE DESIGN WITH HORIZONTAL STRIPES THAT START FROM THE TOP IN THE COLORS ORANGE, THEN GREEN AND FINALLY RED.

SN 77-550,675, FILED 8-19-2008.

JESSICA A. POWERS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

ELEVEN

**Reg. No. 3,679,337**

**Registered Sep. 8, 2009**

**Amended Feb. 17, 2015**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

7-ELEVEN, INC. (TEXAS CORPORATION)
1722 ROUTH STREET, SUITE 1000
DALLAS, TX 75201

FOR: RETAIL CONVENIENCE STORE SERVICES FEATURING FOOD AND BEVERAGE PRODUCTS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-31-1987; IN COMMERCE 1-31-1987.

OWNER OF U.S. REG. NOS. 2,135,385, 2,853,548 AND OTHERS.

THE COLOR(S) ORANGE, GREEN AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER "7" TRAVERSED BY THE WORD "ELEVEN". THE TOP OF THE "7" IS COLORED ORANGE WITH THE REMAINDER OF THE "7" APPEARING IN RED AND THE WORD "ELEVEN" APPEARING IN GREEN. ON EITHER SIDE OF THE "7/ELEVEN" DESIGN ARE THREE STRIPES, COLORED ORANGE, GREEN AND RED IN DESCENDING ORDER.

SER. NO. 77-675,061, FILED 2-20-2009.

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,679,337**

**United States Patent and Trademark Office** **Registered Sep. 8, 2009**

## SERVICE MARK
### PRINCIPAL REGISTER

7-ELEVEN, INC. (TEXAS CORPORATION)
1722 ROUTH STREET, SUITE 1000
DALLAS,, TX 75201

FOR: RETAIL CONVENIENCE STORE SERVICES FEATURING FOOD AND BEVERAGE PRODUCTS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-31-1987; IN COMMERCE 1-31-1987.

OWNER OF U.S. REG. NOS. 2,135,385, 2,853,548 AND OTHERS.

THE COLOR(S) ORANGE, GREEN AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMBER "7" TRAVERSED BY THE WORD "ELEVEN". THE TOP OF THE "7" IS COLORED ORANGE WITH THE REMAINDER OF THE "7" APPEARING IN RED AND THE WORD "ELEVEN" APPEARING IN GREEN. ON EITHER SIDE OF THE "7/ELEVEN" DESIGN ARE THREE STRIPES, COLORED ORANGE, GREEN AND RED IN DESCENDING ORDER.

SER. NO. 77-675,061, FILED 2-20-2009.

MARC LEIPZIG, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,917,149**

**Registered Mar. 15, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

7-ELEVEN, INC. (TEXAS CORPORATION)
1722 ROUTH STREET, SUITE 1000
DALLAS, TX 75201

FOR: RETAIL CONVENIENCE STORE SERVICES FEATURING FOOD AND BEVERAGE PRODUCTS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-1992; IN COMMERCE 2-0-1992.

OWNER OF U.S. REG. NOS. 2,135,385, 3,679,337 AND OTHERS.

THE COLOR(S) ORANGE, WHITE, GREEN AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THREE COLORED STRIPES, NAMELY, ORANGE, GREEN AND RED IN DESCENDING ORDER, ON A WHITE BACKGROUND.

SER. NO. 86-491,576, FILED 12-29-2014.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.