# EXHIBIT 5

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,773,150**

**Registered July 14, 2015**

**Int. Cls.: 5, 16, 21, 29, 30, and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

7-ELEVEN, INC. (TEXAS CORPORATION)
1722 ROUTH STREET, SUITE 1000
DALLAS, TX 75201

FOR: COLD AND FLU PRODUCTS, NAMELY, PREPARATIONS FOR TREATING COLDS, PHARMACEUTICAL ANTITUSSIVE-COLD PREPARATIONS; ALLERGY MEDICATIONS; ANALGESICS; ANTACIDS; ANTIBACTERIAL HAND SANITIZER GEL AND SPRAY SANITIZER FOR PERSONAL USE; DISINFECTANTS, NAMELY, HAND SANITIZER; PREPARATIONS FOR THE RELIEF OF PAIN; NATURAL SLEEP AID PREPARATIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 4-15-2014; IN COMMERCE 4-15-2014.

FOR: PAPER PRODUCTS, NAMELY, PAPER TOWELS, NAPKINS, COFFEE FILTER, NAMELY, PAPER FILTERS FOR COFFEE MAKERS, FACIAL TISSUE, TOILET TISSUE; TRASH BAGS; AND PLASTIC FOOD STORAGE BAGS FOR HOUSEHOLD USE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-6-2015; IN COMMERCE 4-6-2015.

FOR: SALT AND PEPPER SHAKERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-2012; IN COMMERCE 0-0-2012.

FOR: PROCESSED NUTS, NAMELY, PEANUTS, CASHEWS AND ALMONDS; TRAIL MIX, NAMELY, SNACK MIX, CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, DRIED FRUIT, AND ALSO INCLUDING CHOCOLATE; POTATO AND VEGETABLE CHIPS; BEEF JERKY; BEEF STICKS, NAMELY, PROCESSED FLAVORED BEEF SNACKS; OLIVE OIL; VEGETABLE OIL; SEEDS, NAMELY, PROCESSED SUNFLOWER SEEDS; PREPARED PEPPERS AND POTATO SKINS; CHEESE STICKS CONSISTING PRIMARILY OF CHEESE; FROZEN FOODS, NAMELY, CHICKEN WINGS AND CHICKEN NUGGETS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 0-0-2011; IN COMMERCE 0-0-2011.

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Reg. No. 4,773,150**

FOR: CANDY; CORN CHIPS; CHOCOLATE COVERED NUTS; CHOCOLATE COVERED PRETZELS; CHOCOLATE COVERED ESPRESSO BEANS; COOKIES; POPCORN; CRACKERS; SALT; PEPPER; WHEAT AND MULTI-GRAIN CHIPS; ICE CREAM; ICE CREAM NOVELTIES; FROZEN CONFECTIONS; PRETZELS; PIZZA; BAKERY PRODUCTS, NAMELY, PIES, DONUTS, MUFFINS, ROLLS, CUP CAKES, BUNS, CAKES, DANISH AND BREAD; TEA-BASED BEVERAGES; HORS D'OEUVRES, AND PIZZA; COFFEE AND TEA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

FOR: SOFT DRINKS; FRUIT JUICE; DRINKING WATER; SPRING WATER; FRUIT PUNCH AND FRUIT FLAVORED DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 0-0-2012; IN COMMERCE 0-0-2012.

OWNER OF U.S. REG. NOS. 718,016, 3,790,540, AND OTHERS.

THE COLOR(S) ORANGE, RED, WHITE AND GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE NUMERAL "7" THAT IS ORANGE AT THE TOP AND RED ON THE SIDE AND IS TRAVERSED BY THE WORD "SELECT" IN WHITE THAT IS INSIDE A GREEN SWIRLED ARROW, IN A WHITE BACKGROUND.

SN 85-320,770, FILED 5-13-2011.

WANDA KAY PRICE, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

7-ELEVEN FLEET

**Reg. No. 6,724,873**

**Registered May 24, 2022**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

7-Eleven, Inc. (TEXAS CORPORATION)
3200 Hackberry Road
Irving, TEXAS 75063

CLASS 35: Fuel management services in the field of fleet vehicles

FIRST USE 3-1-2021; IN COMMERCE 3-1-2021

The color(s) red, orange, and green is/are claimed as a feature of the mark.

The mark consists of the numeral 7 in the colors orange and red bisected by the word ELEVEN in the color green found to the left of the word FLEET in the color green over a tri-striped line in the colors of red, orange, and green.

OWNER OF U.S. REG. NO. 0718016, 2685684, 1288594

No claim is made to the exclusive right to use the following apart from the mark as shown: "FLEET"

SER. NO. 97-040,075, FILED 09-22-2021

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

7FLEET

**Reg. No. 7,959,870**

**Registered Sep. 23, 2025**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

7-Eleven, Inc. (TEXAS CORPORATION)
3200 Hackberry Road
Irving, TEXAS 75063

CLASS 35: Fuel management services in the field of fleet vehicles

FIRST USE 3-11-2022; IN COMMERCE 3-11-2022

The color(s) red, orange, and green is/are claimed as a feature of the mark.

The mark consists of the numeral 7 in the colors orange and red found to the left of the word FLEET in the color green.

OWNER OF U.S. REG. NO. 6724874, 6724873

SER. NO. 99-008,991, FILED 01-17-2025

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.