# EXHIBIT 6

FREE SHIPPING on orders $49.99+ and FREE RETURNS on all orders!
MY ACCOUNT



Select Work Styles **Up to 25% Off** Shop Now!




7-ELEVEN crocs

7-Eleven x Crocs is Sold Out

Stay Connected

# Iconic Comfort Wrapped In 7-Eleven Drip

Drip




## A Clean, Classic Sandal Bursting With Flavor

SOLD OUT



## Sport The Stripes With Style

SOLD OUT




## Keep Your Style High

SOLD OUT

**Shop Our Latest Styles And Colors:**

Shop Men's | Shop Women's | Shop Kids' | Shop New Arrivals | Explore Collabs

We'd love to hear from you!

Leave Feedback

JOIN CROCS CLUB & GET 15% OFF YOUR NEXT PURCHASE

Signup For Free

DOWNLOAD THE CROCS APP

Download on the App Store

GET IT ON Google Play

SIGN INTO MY ACCOUNT | STORE LOCATOR | UNITED STATES

**Crocs Insiders**

Crocs Club

**Company**

About Crocs

**Help**

Order Status & Returns

**Customer Service**

**Working Hours:**



## A Clean, Classic Sandal Bursting With Flavor

SOLD OUT



## Sport The Stripes With Style

SOLD OUT




## Keep Your Style High

SOLD OUT

**Shop Our Latest Styles And Colors:**

Shop Men's | Shop Women's | Shop Kids' | Shop New Arrivals | Explore Collabs

We'd love to hear from you!

Leave Feedback

JOIN CROCS CLUB & GET 15% OFF YOUR NEXT PURCHASE

Signup For Free

DOWNLOAD THE CROCS APP

Download on the App Store | GET IT ON Google Play

SIGN INTO MY ACCOUNT | STORE LOCATOR | UNITED STATES

### Crocs Insiders

- Crocs Club
- Collaborations & Limited Editions
- Student Discount
- Teacher Discount
- Military Discount
- Healthcare Discount
- First Responder Discount
- Refer a Friend, Get 25% Off
- Affiliate Program
- Gift Cards

### Company

- About Crocs
- HEYDUDE
- Sustainability
- Comfort for the Planet
- Comfort for All People
- Comfort for Our Communities
- Careers
- Investor Relations
- Custom Group Orders
- Wholesale Inquiries

### Help

- Order Status & Returns
- FAQs
- Size Help
- Accessibility
- Caring for your Crocs
- Warranty Information

### Customer Service

**Working Hours:**

Sun - Fri:
24 Hours

Sat:
9am-9pm EST

**Live Chat**

Contact Us

Site Map | Privacy Preferences | Terms of Use | Privacy Policy | Ad Choices | Do Not Sell My Personal Information | CA Supply Chains Act

© 2026 Crocs Retail, LLC