# EXHIBIT 7

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals Best Sellers Featured Collections Apparel Headwear Accessories Sale

# Pre-Order Information: Made to Order. Ships July 2026.

Back by popular demand, the 7-Eleven® x Sunday Golf Bag is making its final return. This is your last chance to get one before it's gone for good.

## Order separately to avoid delays

Grabbing other gear too? Check out this bag separately so your other items can ship first and nothing gets held up.

## Pre-Order closes 1/16

This is your last chance to order our best-selling 7-Eleven® x Sunday Golf Bag. Get your Pre-Order in by 1/16 to secure yours.

## Expected ship date

Each bag is made to order, and quality takes time. Expect your order to ship in July, 2026. If you need to change your shipping address, email us at 7collection@7-11.com.

Home > 7-Eleven® x Sunday Golf Bag Pre-Order








# 7-Eleven® x Sunday Golf Bag Pre-Order

Expected to ship July, 2026.

Order this item separately to avoid delays on other items.

$249.00

4 interest-free installments, or from $22.47/mo with shop Pay
View sample plans

SOLD OUT

Please note, pre-order items will ship separately from in-stock items.

Meet your new caddy, the custom Sunday Golf Bag from 7-Eleven®. Lightweight, stylish, and ready to carry your clubs like a pro—because your golf game deserves more than a standard-issue duffer's bag.

**Details:**

- El Camino style standing golf bag
- To enjoy the walk, use our premium double-strap
- 4-way top divider holds up to 10 clubs
- Insulated Frosty Pocket keeps your drinks cold
- Store your valuables in the velour-lined pocket.
- High-tech water-resistant zippers
- Flat base for golf carts


















# 7-Eleven® x Sunday Golf Bag Pre-Order

Expected to ship July, 2026.

Order this item separately to avoid delays on other items.

**$249.00**

4 interest-free installments, or from $22.47/mo with shop Pay
View sample plans

SOLD OUT

**Please note, pre-order items will ship separately from in-stock items.**

**Meet your new caddy, the custom Sunday Golf Bag from 7-Eleven®. Lightweight, stylish, and ready to carry your clubs like a pro—because your golf game deserves more than a standard-issue duffer's bag.**

**Details:**

- El Camino style standing golf bag
- To enjoy the walk, use our premium double-strap
- 4-way top divider holds up to 10 clubs
- Insulated Frosty Pocket keeps your drinks cold
- Store your valuables in the velour-lined pocket.
- High-tech water-resistant zippers
- Flat base for golf carts
- Dual-flex stand full-size stand
- Divider Dimensions: 7" by 6.5"
- **Rain hood included**
- Full-length Divider

Due to its size and weight, this product does not qualify for free shipping.

## FAQ

**When will my card be charged?** +




- El Camino style standing golf bag
- To enjoy the walk, use our premium double-strap
- 4-way top divider holds up to 10 clubs
- Insulated Frosty Pocket keeps your drinks cold
- Store your valuables in the velour-lined pocket.
- High-tech water-resistant zippers
- Flat base for golf carts
- Dual-flex stand full-size stand
- Divider Dimensions: 7" by 6.5"
- **Rain hood included**
- Full-length Divider

Due to its size and weight, this product does not qualify for free shipping.

## FAQ

**When will my card be charged?** +

**Can I cancel before shipping?** +

**Will I get tracking info?** +

⚠ WARNING: Cancer and Reproductive Harm - www.p65warnings.ca.gov.

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

End of Season Sale: Selected Items Up to 70% Off. Shop Men Shop Women ›






Sunday Golf

# 7-Eleven and Sunday Golf Restock the Viral El Camino Bag for 2026

The "Always Open" collaboration returns for a limited pre-sale window on 7Collection.

Golf

Jan 13, 2026

1.3K

0 Comments

Save

TEXT BY
Sophie Caraan

EDITOR ASSISTANT
Thu Tran

SHARE THIS ARTICLE

Link
Share
Share
Share
More

## Summary

- 7-Eleven and Sunday Golf have revived their sold-out El Camino bag for a limited pre-order window
- The lightweight stand bag features signature convenience store branding and holds up to 12 clubs
- Orders are currently live via 7Collection with shipping scheduled for July

After sparking a viral moment in 2024, 7-Eleven and Sunday Golf are officially bringing back their cult-favorite collaborative El Camino Golf Bag. The convenience store giant has once again tapped the San Diego-based equipment manufacturer to restock the limited-edition carrier, offering a second chance to golfers who missed the initial drop of the "Always Open, Open" collection.

The design utilizes Sunday Golf's versatile El Camino silhouette, a "modern midsize" bag weighing in at just 3.9 lbs. Engineered to carry up to 12 clubs, the bag bridges the gap between a minimalist par-3 carrier and a full-size tour bag, making it ideal for the casual player. Visually, it adopts 7-Eleven's

Spotlights




evian®'s 200th Anniversary Swings Into Action With Limited-

End of Season Sale: Selected Items Up to 70% Off. Shop Men Shop Women ›



Save

TEXT BY
Sophie Caraan

EDITOR ASSISTANT
Thu Tran

SHARE THIS ARTICLE
Link
Share
Share
Share
More

push into lifestyle merchandise.

Check out the release above. The 7-Eleven x Sunday Golf El Camino bag is available for pre-order now through January 16 via 7Collection, with delivery expected in July.

## Related Stories

> SKIMS Taps Will Ferrell's Alter Ego as Golf Legend Lonnie "The Hawk" Hawkins for Menswear Campaign

We got you covered. Don't miss out on the latest news by signing up for our newsletters.

Email Address Subscribe

By subscribing, you agree to our Terms of Use and Privacy Policy.

7-ELEVEN HYPEGOLF SUNDAY GOLF



Sophie Caraan
Managing Editor

Sophie Caraan is the Managing Editor at Hypebeast, where she sets the editorial direction, standards, and output strategy for the HQ team. With a decade of editorial experience, she brings both a storyteller's instinct and a strategist's eye — spotlighting the figures and mov… Read More

Presented by evian



Alex Moss NY Delivers Custom Diamond-Encrusted Skull Chain for North West



Hyunjin Touches Down at GUESS JEANS Melrose to Launch Weekend Takeover
Presented by GUESS



Long Live Le FLEUR*

## Shop on HBX



adidas Originals
Brain Dead X Disney X Adidas Originals Soccer Jersey
Shop Now



A.P.C.
A.P.C. X Fragment Design I'm Going Out Tonight Shopping Bag
Shop Now



A.P.C.
A.P.C. X Fragment Design Renunciation T-Shirt
Shop Now



adidas Originals
Brain Dead X Disney X Adidas Originals T-Shirt
Shop Now

0 Comments Popular