# EXHIBIT 8

FREE SHIPPING OVER $75

7COLLECTION

Account Search Cart

New Arrivals | Best Sellers | Featured Collections | Apparel | Headwear | Accessories | Sale




## 7-ELEVEN® x BREEZY GOLF

33% off



7-Eleven® x Breezy Golf Breakfast Bites Polo
$60.00 ~~$89.00~~ Sale

17% off




7-Eleven® x Breezy Golf Gimme & Gulp Tee
$35.00 ~~$42.00~~ Sale

### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP



## 7-ELEVEN® x BREEZY GOLF

33% off



7-Eleven® x Breezy Golf Breakfast Bites Polo
$60.00 ~~$89.00~~ Sale

17% off




7-Eleven® x Breezy Golf Gimme & Gulp Tee
$35.00 ~~$42.00~~ Sale

**Our Mission**

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

**Menu**

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

**Policy**

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

**Join 7Collection™**

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.







Messages


GIMME
& GULP
ELEVEN
breezy
ELEVEN


GIMME
& GULP
EXIT
Welch's
m&m's
mentos
Extra
Trident
HI-CHEW

Messages









Messages






**breezygolf** Follow ···

**breezygolf** 46w
Make sure to grab the 7-Eleven x Breezy limited collection before it's gone! Link in bio.

**katanastrong** 38w
So Rad! I just got a Guinness world record with 711 (7Eleven)golf tees in my hair!!! ❤️🙌🏼Excited to collaborate! #GolfersOF7ELEVEn
Reply

**mattylonglegs** 43w
If you are looking for the @breezygolf polo you can still get it at 7collection.com they have most of the stuff there.
Reply

Hide all replies

**mattylonglegs** 43w
sadly to ship to Canada is $80 or you pay $40 and get it in like a month.
Reply

Messages

If you are looking for the @breezygolf polo you can still get it at 7collection.com they have most of the stuff there.

Reply

Hide all replies

**mattylonglegs** 43w
sadly to ship to Canada is $80 or you pay $40 and get it in like a month.
Reply

**biggaballsgolf** 46w
👏👏👏
Reply

**davebailey5** 46w
7-11 worst
Reply

**themarkerlocker** 46w
🔥🔥🔥
Reply

**d1gitalm3rc** 46w
FP looking like a new man in this ad. Good for you.
Reply

Hide all replies

**fabisnotcool** 46w
Screw your guys' propaganda. Because of you I bought a hat I didn't need
Reply

**hooper8156**




Reply

**vinny.tunes** 46w
Ima need FP's chain
Reply

Hide all replies

**iansenne** 46w
And we're giving a set away to one lucky follower?!?!
1 like Reply

**wademavrickkk** 46w
Bob does sports should run the country

Messages

Hide all replies

**iansenne** 46w
And we're giving a set away to one lucky follower?!?!
1 like Reply

**wademavrickkk** 46w
Bob does sports should run the country
1 like Reply

**garypowell10** 46w
Where can we grab them Have a Day Transfusions?
Reply

2 comments from Facebook

1.9K 17 7
August 10, 2025

Add a comment...

More posts from breezygolf



Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploadin

English © 2026 Instagram from Meta

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DNLqlkpRV38/?img_index=1
Capture timestamp (UTC): Wed, 01 Jul 2026 17:24:15 GMT

Hide all replies

**iansenne** 46w
And we're giving a set away to one lucky follower?!?!
1 like Reply

**wademavrickkk** 46w
Bob does sports should run the country
1 like Reply

**garypowell10** 46w
Where can we grab them Have a Day Transfusions?
Reply

2 comments from Facebook

1.9K 17 7
August 10, 2025

Add a comment...

More posts from breezygolf



Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified

English © 2026 Instagram from Meta

Messages