# EXHIBIT 9

FREE SHIPPING OVER $75






## DGK x 7-ELEVEN®

25% off




DGK x 7-Eleven® T-Shirt
$30.00 ~~$40.00~~ Sale

## ABOUT THE COLLAB





DGK x 7-Eleven® T-Shirt
$30.00 ~~$40.00~~ Sale

## ABOUT THE COLLAB

To celebrate a nostalgic nod to streetwear, 7-Eleven teamed up with trailblazing skate label Dirty Ghetto Kids (DGK) for a limited capsule collection. Known for their unfiltered edge and street-born spirit, DGK brings bold energy to this three-piece drop featuring exclusive headwear, apparel, and a limited-edition skate deck.




### Our Mission

We strive to be the first choice for convenience for our customers - anytime, anywhere. To do that, we make our customer's day a little more awesome by delivering fast, personalized convenience.

### Menu

- New Arrivals
- Best Sellers
- Featured Collections
- Apparel
- Headwear
- Accessories
- Sale

### Policy

- Search
- FAQ's
- Gift Card Guidance
- Self-Serve Returns & Exchanges
- Returns & Exchanges Guidance
- Terms & Conditions
- Privacy Notice
- California Privacy
- California Transparency In Supply Chains Act Disclosure
- Terms of Service
- Refund policy
- Do Not Sell or Share My Information

### Join 7Collection™

Get 10% off your first order and be the first to know about new collections and subscriber-exclusive offers!

Enter email

SIGN UP

© 2026 7-ELEVEN, Inc. All rights reserved. 7-ELEVEN, 7Rewards, Cars of 7-Eleven, Where Car, 7-Eleven Car Club, Oh Thank Heaven, Big Gulp, Slurpee, Speedway, and the Tri-Stripe Design are trademarks of 7-ELEVEN®.

# DGK X 7-ELEVEN

July 17, 2025 VIEW COLLECTION

To celebrate a nostalgic nod to streetwear, 7-Eleven is teaming up with trailblazing skate label Dirty Ghetto Kids (DGK) for a limited capsule collection. Known for their unfiltered edge and street-born spirit, DGK brings bold energy to this three-piece drop featuring exclusive headwear, apparel, and a limited-edition skate deck.

The DGK x 7-Eleven capsule is available on dgk.com & 7collection.com on Friday July 18th ,2025.
















DGK
DGK
DGK


7-ELEVEN
DGK




DGK
DGK


7-ELEVEN
DGK






DGK


DGK


7
ELEVEn
SLURPEE
















Posted in Collaborations, DGK News, Product Drop



6351 Yarrow Drive,
Carlsbad, CA 92011

**Phone**:(760) 918-0405

**Email** :service@dgkallday.com



2026 DGK™ | Dirty Ghetto Kids