# EXHIBIT 10

# The Nike Air Max 95 Big Bubble 7-Eleven is Dropping Soon

Zach Harris
Published June 29, 2026 at 9:00 PM

**Quick Facts**

- The shoe combines 7-Eleven's instantly recognizable mix of orange, green, and red logo colors on the wavy side panel stripes
- The hairy suede colorway adds brown to the shaggy T-toe and off-white to the rest of the upper to complete the perfectly crafted look
- The Nike Air Max 95 Big Bubble 7-Eleven will be released July 10, 2026

This content may contain affiliate links. If you make a purchase through these links, we may earn a commission.



Nike Air Max 95 Big Bubble 7-Eleven

If you're anything like us, you've probably spent a lot of time in and around 7-Eleven. From the candy aisle and the Slurpee machine to kickflipping in the parking lot and hoping the cashier doesn't card you, the convenience store is in every corner of the globe, heating taquitos and jumbo dogs on endlessly spinning rollers.

## Taquitos for the Toe

The Nike Air Max 95 Big Bubble 7-Eleven is Nike's tribute to every teenage loiterer and snack lovers of all ages. Combining the 7-Eleven logo's instantly recognizable mix of orange, green, and red on the wavy side panel stripes, the hairy suede colorway adds brown to the shaggy T-toe and off-white to the rest of the upper to complete the perfectly crafted look.

**Related News**



June 29, 2026 at 9:30 PM
Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair



June 29, 2026 at 5:00 PM
Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM
Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab

## Taquitos for the Toe

The Nike Air Max 95 Big Bubble 7-Eleven is Nike's tribute to every teenage loiterer and snack lovers of all ages. Combining the 7-Eleven logo's instantly recognizable mix of orange, green, and red on the wavy side panel stripes, the hairy suede colorway adds brown to the shaggy T-toe and off-white to the rest of the upper to complete the perfectly crafted look.




Nike Air Max 95 Big Bubble 7-Eleven

Unlike the never-released Nike SB Dunk Low 7-Eleven colorway, this pair isn't an official collab. Arriving in a pack alongside a colorway paying tribute to Japanese convenience store Lawson. Two-tone white and green laces match the two-tone green and red Air Max logo on the tongue, and a blurry photo of convenience store shelves is added to the insoles to bring it all together.

## Nike Air Max 95 Big Bubble 7-Eleven Release Details

The Nike Air Max 95 Big Bubble 7-Eleven will be released July 10, 2026, through atmos Japan. A wider release from Nike and select retailers in-store and online will come at a later date. Available in unisex sizing, the retail price is set at $210. For all the latest Nike Air Max 95 news and drop info, download the Sole Retriever App.

### Nike Air Max 95 Big Bubble 7-Eleven





| | |
|---|---|
| Release Date | 07/10/2026 |
| SKU | IR1944-100 |
| Colorway | Sail/Metallic Silver-Total Orange-Sport Green-Gym Red-Light British Tan |
| Retail Price | $210 |
| Live Price | TBD |

Shop Nike

Release info

Related News



June 29, 2026 at 9:30 PM

Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair



June 29, 2026 at 5:00 PM

Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM

Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab



Retail Price $210

Live Price TBD



Shop Nike

Release info

Nike | Nike Air Max | Nike Air Max 95

## In this article

Released



TBD

**Nike Air Max 95 Big Bubble 7-Eleven**

$210 • IR1944-100



Zach Harris

Zach Harris is a writer based in Philadelphia. His work has appeared in Rolling Stone, Vice, Complex, High Times, and more. He is obsessed with skateboarding and bowling. He is still looking for his first 300. For tips, reviews, and anything in size 10.5 - zach.h@soleretriever.com

### Related News



June 29, 2026 at 9:30 PM

Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair



June 29, 2026 at 5:00 PM

Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM

Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab


**Sneaker releases, raffles, and news in real-time.**

Enjoy all the latest sneaker raffle and releases, shock drops, release calendar, and exclusive sneaker news in the palm of your hand.

- Autofill for faster raffle entry
- Raffle entry tracking
- Real-time push notifications
- Restocks and AutoCart

Download the app



250k+ subscribers

**Get the latest sneaker news in your inbox**

Join thousands of sneakerheads for breaking news, upcoming releases, and giveaways.

Enter your email | Subscribe

Weekly • No spam

SOLE RETRIEVER

The leading source for all things sneakers. We democratize access and discovery to all of the latest sneaker drops and news.

Download on the App Store | GET IT ON Google Play

© 2026 Sole Retriever LLC

Contact | Privacy | Terms | Cookies | Disclaimer

In this article

Released



TBD

**Nike Air Max 95 Big Bubble 7-Eleven**

$210 • IR1944-100



Zach Harris

Zach Harris is a writer based in Philadelphia. His work has appeared in Rolling Stone, Vice, Complex, High Times, and more. He is obsessed with skateboarding and bowling. He is still looking for his first 300. For tips, reviews, and anything in size 10.5 - zach.h@soleretriever.com



June 29, 2026 at 5:00 PM

Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM

Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab

**Sneaker releases, raffles, and news in real-time.**

Enjoy all the latest sneaker raffle and releases, shock drops, release calendar, and exclusive sneaker news in the palm of your hand.

- Autofill for faster raffle entry
- Raffle entry tracking
- Real-time push notifications
- Restocks and AutoCart

Download the app



250k+ subscribers

**Get the latest sneaker news in your inbox**

Join thousands of sneakerheads for breaking news, upcoming releases, and giveaways.

Enter your email Subscribe

Weekly • No spam

**SOLE RETRIEVER**

The leading source for all things sneakers. We democratize access and discovery to all of the latest sneaker drops and news.

Download on the App Store

GET IT ON Google Play

© 2026 Sole Retriever LLC

Contact Privacy Terms Cookies Disclaimer

Get weekly emails of the top sneaker releases, breaking news, giveaways, and more.

Enter your email Subscribe

+100,000 Sneaker Raffles

+108,000 Mobile App Sneaker Wins

+35,000 Sneaker Drops & Releases

+45,000 Sneakers Tracked

WWD GOT A TIP? NEWSLETTERS LOG IN SUBSCRIBE

WWD FOOTWEAR NEWS FAIRCHILD MEDIA SOURCING JOURNAL BEAUTY INC

INDUSTRY NEWS FEATURES SNEAKERS TRENDS LEADING VOICES

WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW

FOOTWEAR NEWS > SNEAKER NEWS

# Nike's Big Bubble Air Max 95 Is Becoming an Unexpected Homage to 7-Eleven

Specifically tied to the convenience store in Japan.

By IAN SERVANTES JUNE 10, 2026, 2:03PM



The Nike Air Max 95 "7-Eleven" is one of two versions of the sneaker coming soon as a tribute to Japanese convenience stores. COURTESY OF FARFETCH

Listen to this article now 2 min listen Powered by Trinity Audio 00:00 01:45 1.0x

7-Eleven may not seem like an obvious choice to inspire a new iteration of the Nike Air Max 95, but that may only be if you haven't encountered the elevated experience in one of the convenience store's locations in Japan.

The Nike Air Max 95 "7-Eleven" is one of two expected homages to Japanese convenience stores. With original Big Bubble proportions, the sneaker will be joined by another edition for Lawson's, which originated in the U.S. but now does business almost exclusively in Asia, that has yet to be revealed.

RELATED STORIES



IN PARTNERSHIP WITH GROUND UP INTERNATIONAL

Ground Up Has Evolved Into a Fan-first, Multibrand House

ADVERTISEMENT







Get the Latest Issue

WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW

Anniversary

ADVERTISEMENT

An unmistakable combination of orange, green and red are used for the striping on an almost full suede upper. A light grey is used for the remaining suede strip, while a suede toe tip arrives in brown suede to match the outsole and heel. The three colors from 7-Eleven's logo return on the tongue's Air Max mark, and a custom insole bears a graphic still to be revealed in full.

ADVERTISEMENT

ADVERTISEMENT




## You May Also Like




As a subsidiary of the global corporation, 7-Eleven Japan stands out from its counterpart in other countries for its higher-quality food and higher standards of cleanliness. Ready-to-eat meals include bento boxes, sushi, fried chicken and regional specialties.

Back in 2020, a licensed Nike SB Dunk Low "7-Eleven" was supposed to release for the Olympics as a Japan-exclusive but wound up being cancelled. Pairs that have nonetheless wound up on the resale market typically sell in the $1,000 to $2,000 range but also have hit as high as $4,800.

The Nike Air Max 95 "7-Eleven" will release this summer through the Snkrs app and select third-party retailers. Pricing is set at $210.

WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW

app and select third-party retailers. Pricing is set at $210.

ADVERTISEMENT





**Nike Air Max 95** "7-Eleven" [IR1944-100] (pair)



Nike Air Max 95 "7-Eleven" [IR1944-100] (lateral)



Nike Air Max 95 "7-Eleven" [IR1944-100] (heel)



WWD GOT A TIP? LOG IN SUBSCRIBE
WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW




Nike Air Max 95 "7-Eleven" [IR1944-100] (above)

ADVERTISEMENT



**READ MORE:**
NIKE | NIKE AIR MAX 95

Daily Headlines SUBSCRIBE

PMC
## MOST POPULAR

1. *Variety* Daveigh Chase, Voice of Lilo in 'Lilo & Stitch,' Died of AIDS
2. *The Hollywood Reporter* Michael J. Fox and Creator of Nickelodeon Green Slime Recognized in Order of Canada List
3. *SheKnows* Gen Z Is Now Demanding 'Chalant' Relationships. Here's What That Means
4. **Sportico** For Germany, a World Cup Knockout Will Bring a New Jersey

## YOU MAY ALSO LIKE


FN
Nike Q4 Conference Call Live Updates
2 HRS AGO



FAIRCHILD STUDIO
Fashion Loves Food 2025
9 MONTHS AGO


SOURCING JOURNAL
ShinWon Bets On Blockchain for Supply Chain Transparency
2 HRS AGO


**Sportico**
Led by Morocco African Soccer I Having a Mome the World Cup
2 HRS AGO




SUBSCRIBE
SUBSCRIBE TODAY
GIVE A GIFT
CUSTOMER SERVICE

FOOTWEAR NEWS
About Us
Advertise
Contact Us
Accessibility

LEGAL
Terms & Conditions
Privacy Policy
AdChoices
California Privacy Rights

FOLLOW US
FACEBOOK
INSTAGRAM
LINKEDIN



Nike Air Max 95 "7-Eleven" [IR1944-100] (above)

**READ MORE:**
NIKE | NIKE AIR MAX 95

Daily Headlines SUBSCRIBE

ADVERTISEMENT




PMC

## MOST POPULAR

1. Variety — Daveigh Chase, Voice of Lilo in 'Lilo & Stitch,' Died of AIDS
2. The Hollywood Reporter — Michael J. Fox and Creator of Nickelodeon Green Slime Recognized in Order of Canada List
3. SheKnows — Gen Z Is Now Demanding 'Chalant' Relationships. Here's What That Means
4. Sportico — For Germany, a World Cup Knockout Will Bring a New Jersey

## YOU MAY ALSO LIKE



FN
Nike Q4 Conference Call Live Updates
2 HRS AGO




FAIRCHILD STUDIO
Fashion Loves Food 2025
9 MONTHS AGO



SOURCING JOURNAL
ShinWon Bets On Blockchain for Supply Chain Transparency
2 HRS AGO



Sportico
Led by Morocco African Soccer I Having a Mome the World Cup
2 HRS AGO


WWD and Women's Wear Daily are part of Penske Media Corporation. © 2026 Fairchild Publishing, LLC. All Rights Reserved.
Powered by WordPress.com VIP

COMPLEX

Search sneakers, brands, or styles...

SHOP STYLE SNEAKERS MUSIC SPORTS POP CULTURE BETS COVER STORIES VERZUZ WATCH COMPLEXCON




SNEAKERS

# These Nike Air Max 95 Colorways Are Inspired by Convenience Stores

The 7-Eleven and Lawson-themed Air Max 95s release in July.

BY **VICTOR DENG**
JUNE 29, 2026

SAVE SHARE ADD COMPLEX ON GOOGLE



*7-Eleven inspires this Air Max 95 colorway. Via Atmos*

ADVERTISEMENT




More colorways of the popular Nike Air Max 95 are on the way, and the latest series features an unexpected theme.

Shown here are the upcoming 7-Eleven and Lawson-inspired Air Max 95 colorways, which are dropping in early July through the global launch partner Atmos. The sneakers that make up this "Convini" pack aren't official collaborations with either of the two convenience stores, but rather new colorways that feature the duo's signature hues.

"Convini" pack aren't official collaborations with either of the two convenience stores, but rather new colorways that feature the duo's signature hues.

The 7-Eleven pair features a predominantly white color scheme but is offset by orange, green, and red stripes toward the lower half of the upper. A majority of the upper for the Lawson-themed iteration comes in blue combined with red piping. Both pairs feature a white big bubble Max Air-cushioned midsole, with a brown outsole for the 7-Eleven colorway and blue for the Lawson pair.

Readers will be able to cop the "Convini" Air Max 95 pack on July 11 at Atmos-tokyo.com and at Atmos stores.

ADVERTISEMENT



## Related Stories



SNEAKERS

**The 7-Eleven x Nike SB Dunk Is Canceled**

Nike SB's 7-Eleven SB Dunk Low is canceled. The Japan-only release was meant to drop at the Tokyo 2020 Olympics.

MATT WELTY · 2238 DAYS AGO



SNEAKERS

**Nike Air Force 1 Low '01 and '07: Retro Comparison**

The Air Force 1 Low '01 is back, but how does it compare to the '07 pair?

VICTOR DENG · 1 DAY AGO



SNEAKERS

**Nike Adds a Woven Upper to the Big Bubble Air Max 95**

The new 'Woven' Air Max 95 releases in June.

VICTOR DENG · 19 DAYS AGO

## Trending

1 MUSIC
Ginuwine Engaged to Miami Realtor Jannette Escartin

4 SPORTS
Paraguay Fan's 'Calm Down' Gesture Becomes Breakout Meme of 2026...



FOOTWEAR, STYLE GUIDE

# Nike's Latest Air Max 95 Takes Design Cues From Japan's Iconic 7-Eleven Stores

JUNE 11, 2026





Collins Badewa

A fashion and pop culture writer who watches a lot...

The sneaker industry has never shied away from drawing inspiration from unexpected places, but Nike's latest take on the Air Max 95 may be one of its most surprising yet. The newly unveiled Air Max 95 7-Eleven channels the unmistakable colors of the iconic convenience store chain into one of Nike's most beloved silhouettes, creating a release that feels both nostalgic and fresh.



While convenience stores might not seem like obvious design muses, anyone familiar with Japan's elevated convenience store culture understands why the concept works. In Japan, 7-Eleven locations are

Read Next



STYLE RAVE PREMIUM



Is Pitching Your Friends The Future Of Dating? *Understanding This Viral Trend*

APRIL 9, 2026 · 6 MINS READ



*Can Love Survive Betrayal?* Inside Marriage Therapy After Infidelity

JANUARY 8, 2026 · 4 MINS READ



How To Spice Up A Sexless Marriage Without Pressure

JANUARY 7, 2026 · 5 MINS READ

GUIDE

Fashion Blog

Shop the Look

Lifestyle Blog

Entertainment News

Black Celebrity News

Fashion Tips

Style Blog

Beauty Blog

PREVIOUS ARTICLE

NEXT ARTICLE

Read Next



The KidSuper x Bape World Cup Collection Gives All 48 Nations Their Own Sneaker

By West Virginia Tourism Learn More

While convenience stores might not seem like obvious design muses, anyone familiar with Japan's elevated convenience store culture understands why the concept works. In Japan, 7-Eleven locations are known for their high-quality meals, spotless interiors, and reputation as essential neighborhood hubs. That unique cultural status appears to have inspired Nike's latest creation, resulting in a sneaker that pays tribute to a recognizable brand without becoming an official collaboration.

The Air Max 95 7-Eleven arrives at a time when sneaker enthusiasts continue to embrace storytelling-driven designs. Rather than relying on celebrity partnerships or limited-edition hype alone, Nike has tapped into everyday culture, transforming familiar colors and visual cues into a compelling footwear release.

## A Color Palette Everyone Recognizes



Photo: Farfetch

At first glance, the inspiration behind the sneaker is impossible to miss. Nike dresses the Air Max 95's signature layered upper in the same orange, green, and red color combination associated with 7-Eleven's logo.




The design begins with deep red suede along the lower wave panels, followed by green across the middle layers and vibrant orange near the top. The result is a striking gradient that immediately recalls the convenience




Black Celebrity News
Fashion Tips
Style Blog
Beauty Blog
Fashion News
Online Clothing Store

EDITOR'S PICKS

THE LATEST

The Best Men's Sun Hats for Comfort, Coverage, and Style

The Smart Woman's Guide to Packing a Stylish Summer Wardrobe

How Modern Consumers Are Changing the Meaning of Luxury Beauty

SP5DER x adidas Originals F50 Formotion Brings Football Heritage to the Streets

Jordan Brand Revives the Iconic Air Jordan 8 "Chrome" for Fall 2026

CELEBRITIES

Priyanka Chopra Joins Rolex in Historic Luxury Deal

JUNE 22, 2026 · 4 MINS READ

PREVIOUS ARTICLE

NEXT ARTICLE

store's iconic branding. Above these colorful panels, off-white materials help balance the design and prevent the brighter hues from overwhelming the silhouette.

Adding further depth, Nike incorporates Light British Tan accents throughout the sneaker. Brown suede appears on the toe cap, tongue stabilizer, heel, and outsole, creating a look that some sneaker fans believe references the brown paper bags commonly associated with convenience store purchases.

The use of hairy suede throughout much of the upper gives the shoe a premium feel while elevating what could have been a straightforward colorway into something far more textured and sophisticated.

## Big Bubble Heritage Returns

Beyond the eye-catching color scheme, the sneaker also embraces one of Nike's most celebrated retro updates: the original Big Bubble Air Max tooling.

The Air Max 95 7-Eleven features the larger Air units that have become increasingly popular among collectors seeking closer recreations of early Air Max models. This detail helps connect the sneaker's playful inspiration with authentic Air Max heritage. It ensures the sneaker appeals to longtime enthusiasts as well as casual buyers.

The oversized Air units also enhance comfort and visual impact, reinforcing the Air Max 95's reputation as one of Nike's most innovative designs.

## Inspired by 7-Eleven, Not an Official Collaboration



Photo: Farfetch

ADVERTISEMENT





*Sarah Jakes Roberts' Preppy Fashion:* A Modern Take on Old-money Style

JUNE 19, 2026 · 4 MINS READ

Davido Uses Global FIFA World Cup Spotlight to Amplify National Crisis in Nigeria

JUNE 12, 2026 · 5 MINS READ

BEAUTY

How Modern Consumers Are Changing the Meaning of Luxury Beauty

JUNE 25, 2026 · 5 MINS READ

PREVIOUS ARTICLE

NEXT ARTICLE




One of the most interesting aspects of the release is that it is not officially connected to 7-Eleven.

Nike carefully borrows visual inspiration from the convenience store chain without labeling the sneaker as a collaboration. Instead, the design relies on recognizable color blocking and subtle thematic references to tell its story.

Additional details include tongue branding that echoes the store's signature colors, rope-style laces, and custom insoles featuring graphics that have yet to be fully revealed. These elements make the inspiration clear without requiring official co-branding.

That approach has become increasingly common in modern sneaker design, allowing brands to celebrate cultural touchstones while maintaining creative freedom.

***Shop editor's picks***



NIKE | Air Max 95 By You

SHOP NOW



NIKE | Air Max 9!

SHOP NOW

## A Nod to a Forgotten Sneaker Story

The release also revives memories of one of sneaker culture's most famous canceled projects.




PREVIOUS ARTICLE

NEXT ARTICLE



Is Glass Skin Being Replaced by Velvet Skin?

JUNE 24, 2026 · 5 MINS READ



10 Must-Have Grooming Products Every Man with Gray Hair Needs

JUNE 23, 2026 · 6 MINS READ

SHOPPING GUIDE

The Best Men's Sun Hats for Comfort, Coverage, and Style

JUNE 25, 2026 · 5 MINS READ



The Smart Woman's Guide to Packing a Stylish Summer Wardrobe

JUNE 25, 2026 · 6 MINS READ

SPONSORED CONTENT
Your Summer Adventure Starts Here: 17 West Virginia Trip Ideas
By West Virginia Tourism
Learn More

Back in 2020, Nike reportedly planned to release a Japan-exclusive 7-Eleven-themed Nike SB Dunk Low in conjunction with the Tokyo Olympics. Although the sneaker never officially launched, leaked samples quickly became legendary among collectors.

The canceled Dunk eventually reached the resale market, where pairs have commanded prices ranging from $1,000 to several thousand dollars. Its rarity only increased demand, turning it into one of the most talked-about unreleased Nike sneakers of the decade.

For many sneaker fans, the new Air Max 95 7-Eleven feels like Nike revisiting an idea that never received its proper moment in the spotlight.

## Part of a Larger Convenience Store Collection



Photo: Farfetch



The 7-Eleven-inspired Air Max 95 is expected to be one half of a broader convenience store-themed pack.

Reports indicate that Nike is also preparing a Lawson-inspired Air Max 95. While Lawson originally began in the United States, the brand now



13 Affordable Quiet Luxury Brands for Men That Rival Loro Piana, Brunello Cucinelli, and Tom Ford

JUNE 25, 2026 · 5 MINS READ



Case 3:26-cv-02201-X Document 1-10 Filed 07/01/26 Page 18 of 43 PageID 144

While Lawson originally began in the United States, the brand now operates primarily throughout Asia and has become another cornerstone of Japanese convenience store culture.

Although images of the Lawson edition have yet to surface, its inclusion suggests Nike is exploring a wider tribute to Japan's influential convenience store landscape.

## Release Date and Pricing

Sneaker enthusiasts won't have to wait too long to get their hands on the latest Air Max release. Nike is expected to launch the Air Max 95 7-Eleven during Summer 2026 through their website, the SNKRS app and select retailers.

The sneaker will be available in unisex sizing and carries a retail price of $210.

Given the popularity of the Air Max 95 silhouette, the growing interest in story-driven sneaker releases, and the lingering fascination surrounding Nike's canceled 7-Eleven Dunk project, demand is likely to be significant. Whether buyers are drawn to the Japanese convenience store inspiration or simply appreciate the vibrant color combination, this release has all the ingredients of a standout summer sneaker.

For Nike, the Air Max 95 7-Eleven proves that great sneaker design can come from the most unexpected places, even the corner convenience store.

Featured image: Farfetch

PREVIOUS ARTICLE
NEXT ARTICLE

***—Read Also***

**Nike's Cryoshot Mercurial R9 Brings Back Ronaldo's Golden Era in Style**



Before Nike ever turned football boots into lifestyle statements, certain silhouettes already carried myth status. Among them, few are spoken about with as much reverence as the Mercurial era tied to Ronaldo Nazário's explosive rise in the late 1990s. That chapter of football history reshaped how performance design could feel



Case 3:26-cv-02201-X Document 1-10 Filed 07/01/26 Page 19 of 43 PageID 145

chapter of football history reshaped how performance design could feel futuristic, even emotional. Now, as ... Continue reading

Style Rave | The Ultimate Style Guide

## Recommended



Ugandan Media Personality Bettinah Tian...



The New Rules of Modern Masculinity in...



Hair Upgrade: The Best Caramel...

JOIN
STYLE RAVE PREMIUM CLUB

Get exclusive style, beauty and lifestyle tips and secrets on a daily basis.

Subscribe to Premium

Already an Insider? Sign in

TAGS — AIR MAX 95 AIR MAX 95 7-ELEVEN NIKE AIR MAX 95 NIKE AIR MAX SNEAKERS SUMMER TRENDS



Collins Badewa
A fashion and pop culture writer who watches a lot of TV in his spare time. At Style Rave, we aim to inspire our readers by providing engaging content to not just entertain but to inform and empower you as you ASPIRE to become more stylish, live smarter and be healthier.

SHARE TWEET

PREVIOUS ARTICLE

NEXT ARTICLE

RELATED POSTS



Case 3:26-cv-02201-X Document 1-10 Filed 07/01/26 Page 20 of 43 PageID 146

SELECT PLAN

RELATED POSTS



FOOTWEAR, MENSWEAR

Bad Bunny and Adidas Launch New Soccer Sneaker Before World Cup Final



WATCHES

The Futuristic AMIDA Digitrend Returns in a Striking New Sapphire Edition



FASHION, SHOPPING GUIDE, STYLE GUIDE

The Most Stylish Maternity Summer Dresses to Shop Right Now



MENSWEAR, WATCHES

Seiko's New Fullmetal Alchemist Watch Brings Edward Elric's Story to Life



## Subscribe

Never miss the latest. Subscribe Now

EMAIL

OH SURE!



*Style Rave participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.*

Copyright © 2026 Style Rave NG LLC, dba STYLE RAVE



All in PDF Spaces. Start free trial Adobe Acrobat Studio

# 7 Reasons Why The 7-Eleven Logo Works Even Though It Breaks Design Rules

Share Share Post Share

Some logos are designed to be admired. Others are designed to disappear into everyday life so completely that they stop feeling like design altogether. The 7-Eleven logo belongs to the second category.

It hangs above storefronts, appears on cups, receipts, delivery bags, roadside signs, and convenience store shelves across the world. Most people have seen it thousands of times without ever really studying it. The brain recognizes it instantly and moves on.

But look closely at the 7-Eleven logo, and it starts to feel strangely unresolved. The word "ELEVEN" is not written entirely in capitals. **The final "n" is lowercase.** The alignment is slightly off. The spacing feels uneven in places.

By conventional standards, several things about the logo are **technically wrong.**

And yet it **works brilliantly.** For more than fifty years, the 7-Eleven logo has remained one of the most recognizable retail identities in the world — despite breaking many of the rules modern branding systems are built around.

That's not luck. Here's what's actually going on.

## 1. The Lowercase "n" Was Put There on Purpose

The first thing people notice when someone points out the logo's quirks is that final "n." It's lowercase. Everything around it — E, L, E, V, E — is uppercase. And once you see it, you can't unsee it.






The story behind it is more interesting than a typo. According to company lore, the president's wife looked at an early version of the all-caps wordmark and said it felt too harsh. Too aggressive for a convenience store. So the "n" got softened.

That instinct turned out to be typographically sound. An uppercase N is a rigid, angular character — two vertical strokes with a hard diagonal between them. A lowercase n has a **single soft arch.** That arch visually echoes the **sweeping curve of the red "7"** above it, which means the whole mark holds together better than it would if everything were capped. The eye moves through "ELEVEn" more naturally. The ending doesn't feel like a wall.

Nobody notices this when they're just walking past a 7-Eleven. Which is exactly the point.

## 2. The Logo Isn't Centered and That's Fine

Put a ruler on the 7-Eleven logo and things get uncomfortable. The wordmark doesn't sit where you'd expect it to. The "7" doesn't align the way design software would place it. Certain gaps are wider than they should be.




This bothers designers until they remember that **logos aren't experienced with rulers.**

The red "7" is enormous relative to the word beside it. It pulls visual weight in a way that throws off any mathematically centered arrangement. So the surrounding elements shift slightly to compensate — not because someone made an error, but because that's how **optical balance** actually works.

Type designers deal with this constantly. The letters O and C in almost every typeface are drawn slightly taller than H or T, even though they're supposed to be the same cap height. If you make them the exact same height by measurement, they look shorter. The eye perceives curved edges differently than flat ones, so you correct for it.

The 7-Eleven logo applies the same logic. What looks off on a grid feels right in the real world. **The ruler matters a lot less than people think.**

## 3. Asymmetry and Balance Are Different Things

**Perfect symmetry is static.** When everything mirrors everything else, the brain settles too quickly and moves on. The 7-Eleven logo doesn't let that happen — the inner arch spacing is uneven, the type doesn't sit in mathematically equal proportions against the numeral, the weight distribution leans in ways a design grid would flag immediately. And yet none of it feels unstable.

**Symmetry is something you measure. Balance is something you feel.** The 7-Eleven logo has plenty of the second and not much of the first, and it's been working just fine for fifty years.

## 4. The Quirks Are What Make It Stick

Strong recall in a logo usually comes from two things: **distinctive visual anchors** and something slightly unexpected.

The 7-Eleven logo has both. The anchors are obvious — the giant red "7," the green wordmark, the red-orange-green palette that doesn't really appear anywhere else in retail. Those elements handle recognition at a distance.

The unexpected part is subtler. The lowercase "n," the asymmetry, the spacing that doesn't resolve cleanly — none of these are noticeable on their own, but together they give the logo a texture that's harder to forget than something perfectly resolved. The brain notices things that **deviate slightly from expectation**, even when it doesn't consciously register what those things are.

Technically flawless logos can be invisible in the worst way. The 7-Eleven logo has just enough friction to leave a mark.

## 5. Most Modern Logos Are Too Clean

The last decade of brand design has been dominated by a specific aesthetic — **flat, geometric, symmetrical, minimal.** The thinking made sense at the start. Logos needed to work at 16×16 pixels on a browser tab and also on a billboard, so the solution was to simplify everything down to shapes and weights that could scale without breaking.

The problem is that when everyone solves the same design problem the same way, **everything starts looking the same.**




Logos that used to have personality — expressive letterforms, unusual proportions, small details that were specific to that brand — got smoothed out into something flexible and forgettable. The 7-Eleven logo never went through that process. The mixed-case lettering stayed. The asymmetry stayed. The bold colors stayed. The slightly awkward geometry stayed.

That's why it still looks like itself. **It was never optimized into blandness.**

## 6. Rules Only Help If You Know When to Ignore Them

Grids, alignment systems, symmetry, spacing ratios — these exist because they work most of the time. They help designers make faster decisions and avoid obvious mistakes. There's nothing wrong with using them.

The issue is when they stop being tools and start being rules that can't be broken. Because **sometimes the grid**

Grids, alignment systems, symmetry, spacing ratios — these exist because they work most of the time. They help designers make faster decisions and avoid obvious mistakes. There's nothing wrong with using them.

The issue is when they stop being tools and start being rules that can't be broken. Because **sometimes the grid produces the wrong result.** Sometimes the perfectly centered version looks worse than the slightly adjusted one. Sometimes the optically corrected choice breaks three rules and looks better than anything that follows them.

The 7-Eleven logo is full of those choices. Someone made a judgment call that the lowercase "n" worked better. Someone decided the **optical alignment mattered more than the mathematical one.** Someone looked at the asymmetry and thought it was fine, because the overall mark felt right.

Those calls were correct. They were also, technically, wrong. That's the job.

## 7. The Best Logos Get Out of Their Own Way

Nobody stands in front of a 7-Eleven and thinks about kerning. They see green, they see a red "7," they know exactly what the building is and what's inside it. The logo has done its work in under a second and the viewer has already moved on.

That's what successful logo design actually looks like — not something people admire, but something that **communicates so efficiently it disappears.** The lowercase "n" never creates confusion. The off-center alignment never reads as a mistake. The asymmetry never feels unstable. All the things that look wrong on a grid feel completely right in use.

The 7-Eleven logo isn't a great logo despite its flaws. **The flaws are part of why it works.** It breaks just enough rules to avoid feeling generic, without breaking so many that it stops making sense.

Logos aren't made for grids. **They're made for people.** This one understood that from the start.

## Watch Designer Will Patterson's Breakdown Below

UK-based designer Will Patterson also broke down the logo in a video covering rule-breaking, optical alignment, asymmetry, and why certain "mistakes" in branding can still work in practice.




Jump to:
0:00 – Intro
0:37 – The 7-Eleven logo
1:43 – Going against the norm
3:05 – Capital and lowercase lettering

0:00 – Intro
0:37 – The 7-Eleven logo
1:43 – Going against the norm
3:05 – Capital and lowercase lettering
3:26 – Rounding and flow
4:48 – Alignment
5:29 – Symmetry
6:09 – Good design
7:59 – Outro

Either way, you're never looking at that logo the same way again. The lowercase "n," the off-center alignment, the asymmetry that somehow works — none of it was accidental. Someone made those calls, and fifty years later the logo is still standing.

Know a designer who'd find this interesting? Share this article with them.

## Don't Miss:




Designers Are Sharing Their Redesigns Of Famous Logos And Some Of Them Are Better Than The Original




Why Most Brand Logos Look The Same Nowadays



Why Do Designers Use Circles When Presenting Logos To Clients? Genius Geometry Or Designer Drama?



Designer Draws Famous Logos Using A Single Line, And Most Of Them Are Better Than The Original



Why Do Designers Use Circles When Presenting Logos To Clients? Genius Geometry Or Designer Drama?



Designer Draws Famous Logos Using A Single Line, And Most Of Them Are Better Than The Original




This Simple Chart Explains What Common Terms In A Logo Design Brief Mean




Graphic Designer Replaces Wordmarks In 30 Famous Logos With The Fonts They Use

## Share Your Views:

Comments for this post are now closed.
Share your thoughts with 433,000+ design lovers on our Facebook Page.



Copyright © 2012-2026 Digital Synopsis | Privacy Policy | Affiliate Disclosure | Advertise With Us

GROCERY STORE LOGOS

# The 7-Eleven Logo History, Colors, Font, And Meaning

Bogdan Sandu
Designer & Founder

21 January 2026 · 16 min read




The **7-Eleven logo** is one of the most recognized retail identities in the world. It represents a convenience store chain with over 85,000 locations across more than 20 countries. The logo has gone through several changes since the brand's early days, but its core color scheme and typographic character have stayed remarkably consistent. Food & Grocery Retailers

Within **fast food and convenience retail branding**, 7-Eleven sits in an unusual position. It's neither purely a food brand nor a purely functional service brand. That in-between identity is actually reflected in the logo's design choices. Bold, friendly, and very hard to miss.

**Current version:** Introduced in 1969 (refined over subsequent decades). **Designer:** In-house development, with updates managed by corporate design teams under Seven & I Holdings. **Logo iterations:** Roughly six distinct versions since the brand was founded in 1927 as the Southland Ice Company.

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

Seven & I Holdings. **Logo iterations:** Roughly six distinct versions since the brand was founded in 1927 as the Southland Ice Company.

## What Is the 7-Eleven Logo?

The 7-Eleven logo is a wordmark combining the numerals "7" and "Eleven" in a bold, custom-style typeface set against a green, red, and orange color palette. The current version has been in active use since 1969 and was developed internally. It functions as both a brand identifier and a storefront sign system recognized globally. Food & Grocery Retailers

- **Design Type:** Wordmark with a stylized numeral
- **Primary Elements:** The numeral "7" integrated with the word "Eleven" in mixed-case lettering; notably, the "n" at the end of "Eleven" is lowercase while all other letters are uppercase
- **Official Introduction Date:** 1969 (current core design); the brand itself dates to 1946 when the "7-Eleven" name was officially adopted
- **Designer/Agency:** Developed in-house; no single external agency is credited for the defining version
- **Trademark Status:** Registered trademark of 7-Eleven Inc., a subsidiary of Seven & I Holdings Co., Ltd.
- **Color Palette:** Green (#007341), Red (#E31837), Orange (#F47920)
- **Usage Context:** Storefront signage, product packaging, digital platforms, marketing materials, uniforms, and franchise documentation

## How Has the 7-Eleven Logo Evolved Over Time?

FEATURED




EDITOR'S PICK
Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com
Subscribe, It's Free
No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

Case 3:26-cv-02201-X Document 1-10 Filed 07/01/26 Page 30 of 43 PageID 156

## Time?




The logo has gone through roughly six major versions since the 1920s.

Early designs were simple and utilitarian, focused on the ice dock and convenience store concept. The shift to a color-coded wordmark in the late 1960s marked the biggest transformation in the brand's visual history.

From that point forward, changes have been refinements rather than full rebrands. The proportions, colors, and letterforms have been adjusted, but the core identity established in 1969 is still recognizable in the logo used today.

## Original 7-Eleven Logo (1927-1946)

- **Years Active:** 1927-1946
- **Design Description:** Simple text-based signage representing the Southland Ice Company. No unified logo system in the modern sense.
- **Color Scheme:** Black and white
- **Designer:** Unknown
- **Context:** The business started as an ice and convenience goods operation in Dallas, Texas. Branding was minimal and functional.
- **Key Changes from Previous:** Starting point; no prior version
- **Cultural Significance:** Represented a new type of American retail, the neighborhood stop-in store, before the concept had a widely recognized visual language

## 7-Eleven Name Adoption Logo (1946-1950s)

- **Years Active:** 1946 through the early 1950s
- **Design Description:** The "7-Eleven" name was officially adopted, referencing store hours (7 AM to 11 PM). Signage used basic serif lettering.

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

- **Years Active:** 1946 through the early 1960s
- **Design Description:** The "7-Eleven" name was officially adopted, referencing store hours (7 AM to 11 PM). Signage used basic serif lettering.
- **Color Scheme:** Limited, mostly black and white with some red
- **Designer:** In-house
- **Context:** Post-war America saw a boom in suburban retail. The name change was a direct marketing decision tied to operating hours, which were longer than most competitors at the time.
- **Key Changes from Previous:** Introduction of the "7-Eleven" name as the central identity
- **Cultural Significance:** The name itself became the brand. Practical and memorable.

## Early Wordmark Era (1950s–1968)

- **Years Active:** 1950s to 1968
- **Design Description:** Various iterations of the "7-Eleven" wordmark with block lettering. Green and orange began appearing in signage.
- **Color Scheme:** Green, orange, and red introduced progressively
- **Designer:** In-house design teams
- **Context:** Franchise expansion across the United States required a more consistent visual system.
- **Key Changes from Previous:** Introduction of color and more structured typography
- **Cultural Significance:** Established the color language that would define the brand going forward

## Defining Logo Version (1969–1980s)

- **Years Active:** 1969 onward (with refinements)
- **Design Description:** The recognizable striped wordmark with the large "7" and "Eleven" text. The lowercase "n" at the end of "ELEVEn" appears here. Green, red, and orange stripes frame the numeral.
- **Color Scheme:** Green, red, orange
- **Designer:** In-house development
- **Context:** The brand was expanding internationally and needed a bold, scalable identity that worked across signage formats.
- **Key Changes from Previous:** Fully unified system, distinctive color blocking, the iconic lowercase "n"
- **Cultural Significance:** This is the version most people think of when they picture the brand. It became shorthand for "convenience store" in popular culture.

## Modern Refined Logo (1990s–Present)

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

### Modern Refined Logo (1990s-Present)

- **Years Active:** 1990s to present
- **Design Description:** Cleaner proportions, smoother letterforms, optimized for digital and environmental applications. The core design remains consistent with 1969.
- **Color Scheme:** Green (#007341), Red (#E31837), Orange (#F47920)
- **Designer:** Seven & I Holdings corporate design
- **Context:** Digital storefronts, app icons, and global franchise consistency required tighter control over logo reproduction.
- **Key Changes from Previous:** Technical refinements; no conceptual overhaul
- **Cultural Significance:** Demonstrates that the 1969 design was strong enough to carry the brand into the digital age with minimal changes

---

## What Do the Design Elements of the 7-Eleven Logo Mean?

The logo communicates speed, accessibility, and familiarity through its design choices.

**How important are logos for brand success?**

Discover the latest logo statistics: design trends, brand recognition data, consumer perceptions, and the ROI of good branding.

See the Numbers →

The large numeral “7” acts as the dominant visual anchor. “Eleven” sits beneath or beside it depending on the application format.

The three-color system isn’t arbitrary. Each color was chosen to trigger specific associations tied to energy, freshness, and urgency. Together they create a high-contrast combination that reads clearly at distance, which matters a lot when you’re a storefront competing for attention on a busy street.

### What Does the Numeral “7” Symbolize in the Logo?

The “7” references the original store opening hour of 7 AM.

Over time it became less about literal hours and more about the brand itself. The numeral is oversized relative to “Eleven,” which creates a natural **visual hierarchy**.

It also makes the logo work as a symbol on its own. In app icons and small-format usage, the “7” alone is enough to identify the brand.

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS


TOOLS
Adobe InDesign Shortcuts
30 June 2026


TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026


CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026


MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026


TOOLS
Adobe Illustrator Shortcuts
23 June 2026


MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026


MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

It also makes the logo work as a symbol on its own. In app icons and small-format usage, the "7" alone is enough to identify the brand.

## What Is the Historical Context Behind the Logo's Design?

The 1969 design came out of a period when American retail chains were competing hard for franchise growth.

Bold, color-coded signage was a practical tool. It helped franchisees maintain consistency and helped customers identify locations quickly.

The design reflects influences from mid-century American commercial signage, which favored strong colors, simple shapes, and legibility over elegance. Less Bauhaus design, more roadside America.

## What Cultural References Are Embedded in the Logo?

The three-color combination of green, red, and orange doesn't directly reference any single cultural symbol.

But it does tap into color associations tied to energy drinks, food packaging, and traffic signals. These are colors that prompt action.

The lowercase "n" in "ELEVEn" is the most-discussed detail. It's often cited as a mistake that stuck, though some accounts suggest it was a deliberate choice by the sign painter who created early versions. Either way, it became a distinctive quirk that makes the logo instantly identifiable.

## Why Did 7-Eleven Choose These Specific Colors?




- **Green**
- **Hex:** #007341
- **Pantone:** Pantone 356 C (approximate)
- **Symbolic meaning:** Freshness, nature, availability
- **Psychological impact:** Calming but visible; associated with food safety and "go" signals
- **Brand connection:** Grounds the logo, prevents the red and orange from feeling overwhelming

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

signals

- **Brand connection:** Grounds the logo, prevents the red and orange from feeling overwhelming
- **Red**
- **Hex:** #E31837
- **Pantone:** Pantone 185 C (approximate)
- **Symbolic meaning:** Urgency, energy, appetite stimulation
- **Psychological impact:** Increases attention and pulse rate slightly; widely used in fast food and convenience retail branding
- **Brand connection:** Creates urgency aligned with the "quick stop" nature of the business
- **Orange**
- **Hex:** #F47920
- **Pantone:** Pantone 151 C (approximate)
- **Symbolic meaning:** Warmth, friendliness, approachability
- **Psychological impact:** Less aggressive than red, more energetic than yellow; bridges the gap between the two
- **Brand connection:** Adds warmth to what could otherwise be a harsh color combination. You can see how differently orange logos work across different retail brands.

The combination creates what color theory would describe as a high-energy triad. The saturation levels are kept high across all three, which is why the logo reads well even at small sizes or on backlit signs.

## What Typography Style Is Used in the 7-Eleven Logo?




The typeface used in the logo is a custom-modified letterform, not a standard commercial font.

It shares characteristics with bold sans-serif fonts of the mid-20th century. Thick strokes, minimal contrast between thick and thin lines, and rounded terminals on some characters.

The typography prioritizes legibility at large sizes. This makes sense given that the primary use case is a building-mounted sign viewed from a moving vehicle.

The mixed-case treatment (uppercase letters except for the final "n") creates a

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS


TOOLS
Adobe InDesign Shortcuts
30 June 2026


TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026


CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026


MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026


TOOLS
Adobe Illustrator Shortcuts
23 June 2026


MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026


MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

The **typography** prioritizes legibility at large sizes. This makes sense given that the primary use case is a building-mounted sign viewed from a moving vehicle.

The mixed-case treatment (uppercase letters except for the final "n") creates a subtle irregularity that actually helps with recognition. The brain notices the anomaly and remembers it. That's the **font** doing branding work without anyone consciously registering it.

## What Are the Hidden Meanings in the 7-Eleven Logo?

The most discussed "hidden" element is the lowercase "n" in "ELEVEn."

The most widely accepted explanation is that an early sign painter used a lowercase "n" because the uppercase version looked too wide or awkward in the available space. The design stuck, and eventually became intentional by default.

Some brand historians suggest it was kept deliberately after the 1969 redesign because it made the wordmark feel less rigid. Whether that's true or post-hoc rationalization is hard to say.

There are no confirmed subliminal elements in the logo design. The numeral "7" is sometimes noted for its cultural associations with luck in Western contexts, which may have been a factor in the original naming decision, though the brand's own history ties the name strictly to store hours.

---

## How Does the 7-Eleven Logo Compare to Competitor Logos?

Within convenience retail, the 7-Eleven logo stands out for its age and consistency.

Most direct competitors have updated their visual identities more aggressively over the past two decades. The 7-Eleven logo's longevity is actually a differentiator at this point. Food & Grocery Retailers

Where competitors like **Circle K** use a single-color geometric mark and **Speedway** leaned into a more utilitarian approach, 7-Eleven's three-color wordmark occupies more visual space and demands more attention. It's busier, but that busyness is part of the brand personality.

Compared to **QuikTrip**, which uses a simpler QT mark, 7-Eleven prioritizes full name recognition over iconographic shorthand. That reflects the brand's confidence in its name as the primary equity asset.

Looking at broader **grocery store logos** and convenience retail in general, the 7-Eleven logo is one of the few that uses three distinct, high-saturation colors successfully. Most brands in this space stick to one or two. The three-color approach increases production complexity but also increases memorability.

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS


TOOLS
Adobe InDesign Shortcuts
30 June 2026


TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026


CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026


MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026


TOOLS
Adobe Illustrator Shortcuts
23 June 2026


MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026


MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

successfully. Most brands in this space stick to one or two. The three-color approach increases production complexity but also increases memorability.

## What Are the Technical Specifications of the 7-Eleven Logo?

### Official Color Codes

- **Primary Color: Green**
- Hex: #007341
- RGB: (0, 115, 65)
- CMYK: (100, 0, 43, 55)
- Pantone: 356 C (approximate)
- **Secondary Color: Red**
- Hex: #E31837
- RGB: (227, 24, 55)
- CMYK: (0, 89, 76, 11)
- Pantone: 185 C (approximate)
- **Accent Color: Orange**
- Hex: #F47920
- RGB: (244, 121, 32)
- CMYK: (0, 50, 87, 4)
- Pantone: 151 C (approximate)

### Dimensions and Proportions

- **Aspect ratio:** Approximately 2:1 (width to height) in standard horizontal lockup
- **Minimum size requirements:** Not publicly specified; standard brand practice suggests no smaller than 1 inch wide in print applications
- **Clear space specifications:** Typically one "x-height" of the logo lettering on all sides; see guidelines on x-height for context on how this measurement works
- **Official usage guidelines:** Governed by 7-Eleven Inc. franchise and brand standards documentation; not publicly distributed
- **File formats available:** Vector graphics formats (EPS, SVG) for scalable applications; JPEG and PNG for digital use
- **Resolution requirements:** For print, a minimum of 300 DPI is standard

## What Cultural Impact Has the 7-Eleven Logo

FEATURED




EDITOR'S PICK
Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS



TOOLS
Adobe InDesign Shortcuts
30 June 2026


TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026



CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026


MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026



TOOLS
Adobe Illustrator Shortcuts
23 June 2026


MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026


MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

## What Cultural Impact Has the 7-Eleven Logo Had?




The 7-Eleven logo has become cultural shorthand for the late-night convenience stop. Food & Grocery Retailers

It appears in films, TV shows, and music videos as a background detail that immediately communicates urban American life. You don't need to read the sign. The green, red, and orange block is enough.

The brand's Slurpee product has its own cultural moment in pop culture, and the logo is always part of that imagery. It's one of the few retail logos that carries genuine nostalgic weight for multiple generations.

Internationally, particularly in Japan where Seven & I Holdings is headquartered, the logo represents a more premium convenience retail experience than it does in North America. Same logo, different cultural context. That's actually a branding achievement worth noting. Most logos don't survive that kind of contextual flexibility.

The logo has also appeared in collaborations with streetwear brands, limited-edition merchandise, and pop-up experiences. That kind of cultural participation isn't something you can manufacture. It comes from decades of consistent presence.

## How Does the 7-Eleven Logo Fit Into the Overall Brand Identity?

The logo is the anchor of a larger brand system that includes store environment design, product packaging, staff uniforms, and digital interfaces.

The three colors pull through across all of these touchpoints. Walk into a 7-Eleven

FEATURED




EDITOR'S PICK
Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

The logo is the anchor of a larger brand system that includes store environment design, product packaging, staff uniforms, and digital interfaces.

The three colors pull through across all of these touchpoints. Walk into a 7-Eleven and the green, red, and orange are on the floors, the cups, the bags, and the signage. Food & Grocery Retailers

The brand guidelines for a franchise system this large have to be extremely specific. Any inconsistency at the storefront level breaks the recognizability that the logo has built over 50-plus years.

The logo also connects to a broader set of brand elements: the Slurpee cup design, the Big Gulp branding, private-label product packaging. Each of these has its own visual identity, but all of them reference the core logo's color system. That's what a strong brand style guide actually does. It makes sub-brands feel related without being identical.

In terms of related brand entities, 7-Eleven sits within a network that includes Seven & I Holdings, Speedway (acquired 2021), Stripes, and various regional convenience chains absorbed through acquisition. The 7-Eleven logo has remained the dominant identity across this network.

---

## How Should the 7-Eleven Logo Be Used?

### Official Usage Guidelines

- **Do:** Use approved logo files from 7-Eleven's official franchise documentation or press kit
- **Do:** Maintain the correct color values when reproducing the logo in print or digital formats
- **Do:** Preserve clear space around the logo on all sides
- **Don't:** Alter the proportions, colors, or letterforms of the logo
- **Don't:** Use the logo on backgrounds that reduce legibility or contrast
- **Don't:** Combine the logo with other brand marks without explicit authorization
- **Don't:** Use the logo to imply endorsement or partnership without written approval from 7-Eleven Inc.

### Where to Access Official Logo Files

- Franchisees receive official brand assets through 7-Eleven's internal franchise portal
- Media professionals can request press assets through the 7-Eleven corporate press contact
- The logo is not freely licensed for commercial use by third parties

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS



TOOLS
Adobe InDesign Shortcuts
30 June 2026



TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026



CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026



MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026



TOOLS
Adobe Illustrator Shortcuts
23 June 2026



MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026



MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

press contact
- The logo is not freely licensed for commercial use by third parties

### Licensing and Trademark Details

- The 7-Eleven name and logo are registered trademarks of 7-Eleven Inc.
- 7-Eleven Inc. is a wholly owned subsidiary of Seven & I Holdings Co., Ltd., based in Tokyo, Japan
- Use of the logo outside of franchise agreements or press coverage requires written licensing approval
- Unauthorized reproduction of the logo, particularly in commercial contexts, is subject to trademark enforcement
- Fan art and non-commercial references typically fall under fair use, but this is not a guaranteed protection

---

## FAQ on The 7-Eleven Logo

### What font does the 7-Eleven logo use?

The logo uses a custom-modified letterform, not a commercially available typeface.

It shares traits with bold mid-century **sans-serif fonts** thick strokes, minimal variation between thick and thin lines, and strong legibility at large sizes. No standard font matches it exactly.

### What do the colors in the 7-Eleven logo mean?

Green signals freshness, red creates urgency, and orange adds warmth.

Together they form a high-energy combination that reads clearly on storefront signage from a distance. The **logo color palette** was designed for visibility first, symbolism second.

### Why is the "n" lowercase in the 7-Eleven logo?

The most accepted explanation is that an early sign painter used a lowercase "n" because the uppercase version looked awkward in the available space.

It stuck. Over time it became a deliberate part of the **7-Eleven brand identity**, one of the most recognized quirks in retail logo design history.

### When was the 7-Eleven logo created?

The core logo design was established in 1969.

The brand itself dates to 1927 as the Southland Ice Company, with the "7-Eleven" name adopted in 1946. The current **logo evolution** reflects roughly six distinct

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS


TOOLS
Adobe InDesign Shortcuts
30 June 2026


TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026


CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026


MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026


TOOLS
Adobe Illustrator Shortcuts
23 June 2026


MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026


MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

The core logo design was established in 1969.

The brand itself dates to 1927 as the Southland Ice Company, with the "7-Eleven" name adopted in 1946. The current **logo evolution** reflects roughly six distinct versions over nearly a century. Food & Grocery Retailers

## What are the official 7-Eleven logo color codes?

The three official colors are green (#007341), red (#E31837), and orange (#F47920).

In RGB, those are (0,115,65), (227,24,55), and (244,121,32). For print production, CMYK values and Pantone references should be sourced from official franchise documentation.

## Has the 7-Eleven logo ever been fully redesigned?

Not in any dramatic way since 1969.

The updates have been refinements, adjusting proportions, smoothing letterforms, and optimizing for digital applications. The **logo redesign history** shows a brand that found its identity early and largely committed to it.

## What type of logo is the 7-Eleven logo?

It is a **wordmark**, meaning the brand name itself is the logo with no separate icon or symbol.

The oversized numeral "7" functions almost like a standalone mark in smaller applications, but the full design is classified as a wordmark within standard logo design principles.

## Who owns the 7-Eleven logo trademark?

7-Eleven Inc. owns the trademark, operating as a wholly owned subsidiary of Seven & I Holdings Co., Ltd., based in Tokyo. Food & Grocery Retailers

The **trademark status** covers both the name and visual identity. Unauthorized commercial use of the logo is subject to enforcement under standard intellectual property law.

## How does the 7-Eleven logo compare to other convenience store logos?

Most competitors use simpler, single-color marks.

The three-color wordmark approach gives 7-Eleven more visual presence than brands like Circle K or Speedway. It is busier, but that complexity has become a recognizable part of the brand's **retail logo design** identity over decades.

## Where can I download the official 7-Eleven logo?

Franchisees access official logo files through 7-Eleven's internal brand portal.

FEATURED




EDITOR'S PICK
Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026

### Where can I download the official 7-Eleven logo?

Franchisees access official logo files through 7-Eleven's internal brand portal.

Media and press requests go through 7-Eleven's corporate communications team. The logo is not freely licensed. For design reference, vector graphics versions exist in official press kits but are not available for public commercial download.

## Conclusion

The **7-Eleven logo** is a case study in what happens when a wordmark gets the fundamentals right and then mostly leaves it alone. Food & Grocery Retailers

Strong color psychology, a memorable typographic quirk, and decades of consistent franchise application have turned a 1969 convenience store sign into one of the most recognized pieces of **retail brand identity** on the planet.

The logo's longevity isn't an accident. It comes from a color palette built for visibility, a typeface built for signage, and a brand that understood its own visual equity well enough not to discard it.



**Bogdan Sandu**

Bogdan Sandu is a seasoned designer who has been designing websites since 2008.

Renowned for his expertise in logo design and visual branding, Bogdan has developed a multitude of logos for various clients.

His skills extend to creating posters, vector illustrations, business cards, and brochures. Additionally, Bogdan's UI kits were featured on marketplaces like Visual Hierarchy and UI8.

He also wrote in the past years on sites like Design Your Way, WebDesignerDepot, WPDean, Designmodo, Speckyboy, Slider Revolution, and more.

SHARE Twitter Facebook LinkedIn

CONTINUE READING

## You Might Also Like




GROCERY STORE LOGOS



GROCERY STORE LOGOS




GROCERY STORE LOGOS

FEATURED




EDITOR'S PICK

Tint and Shade Generator

NEWSLETTER

Join **28,000+ designers** who get our weekly roundup of inspiration, tutorials, and free resources.

your@email.com

Subscribe, It's Free

No spam. Unsubscribe any time.

LATEST POSTS

TOOLS
Adobe InDesign Shortcuts
30 June 2026

TYPOGRAPHY
The Best Fonts for Luxury Brands That Feel Premium
28 June 2026

CANVA RESOURCES
How to Add a Border in Canva (Step-by-Step Guide)
25 June 2026

MISC
Designing for Every Screen: Responsive Website Dimensions in 2026
24 June 2026

TOOLS
Adobe Illustrator Shortcuts
23 June 2026

MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026

MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026


GROCERY STORE LOGOS

### The Carrefour Logo History, Colors, Font, And Meaning

The Carrefour logo is one of the most recognizable retail brand marks in the world, built around a clever negative space design that hides a…

21 January 2026 · 16 min read


GROCERY STORE LOGOS

### The Vons Logo History, Colors, Font, And Meaning

The Vons logo is the official visual mark of Vons, a Southern California-based supermarket chain founded in 1906 and currently owned by Albertsons Companies. It…

21 January 2026 · 16 min read


GROCERY STORE LOGOS

### The Giant Company Logo History, Colors, Font, And Meaning

The Giant logo is the visual identity of Giant Food Stores, a supermarket chain operating primarily across the Mid-Atlantic United States. It functions as one…

21 January 2026 · 16 min read

23 June 2026


MISC
Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video
23 June 2026


MISC
10 Best Auto Captions Tools for Accurate Subtitles in 2026
22 June 2026


TYPOGRAPHY
The Best Fonts for Signage That's Clear and Bold
21 June 2026

FREE WEEKLY NEWSLETTER

## Design insights, every Monday

Join 28,000+ designers who get curated inspiration, tutorials, and hand-picked free resources every week.

Enter your email address | Subscribe Free

No spam, ever. Unsubscribe with one click.



© Design Your Way. All rights reserved. Graphic Design

GROCERY STORE LOGOS

### The Carrefour Logo History, Colors, Font, And Meaning

The Carrefour logo is one of the most recognizable retail brand marks in the world, built around a clever negative space design that hides a…

21 January 2026 · 16 min read

GROCERY STORE LOGOS

### The Vons Logo History, Colors, Font, And Meaning

The Vons logo is the official visual mark of Vons, a Southern California-based supermarket chain founded in 1906 and currently owned by Albertsons Companies. It…

21 January 2026 · 16 min read

GROCERY STORE LOGOS

### The Giant Company Logo History, Colors, Font, And Meaning

The Giant logo is the visual identity of Giant Food Stores, a supermarket chain operating primarily across the Mid-Atlantic United States. It functions as one…

21 January 2026 · 16 min read



MISC

**Clean Up Every Frame: A Smarter 2026 Guide to Remove Object From Video**

23 June 2026



MISC

**10 Best Auto Captions Tools for Accurate Subtitles in 2026**

22 June 2026



TYPOGRAPHY

**The Best Fonts for Signage That's Clear and Bold**

21 June 2026

FREE WEEKLY NEWSLETTER

## Design insights, every Monday

Join 28,000+ designers who get curated inspiration, tutorials, and hand-picked free resources every week.

Enter your email address Subscribe Free

No spam, ever. Unsubscribe with one click.



© Design Your Way. All rights reserved.