# EXHIBIT 11














Nike

# Nike Air Max 95 Big Bubble "7-Eleven"

**190€**

Available on

| 14 | 06 | 09 | 08 |
|---|---|---|---|
| DAYS | HRS | MIN | SEG |

Release

Description

Introducing the Nike Air Max 95 Big Bubble "7-Eleven", a vibrant addition to the Nike family that captures the essence of retro style with a modern twist. This sneaker is a testament to Nike's innovative design, blending a multi-color palette that mirrors the iconic 7-Eleven branding. Perfect for those who appreciate a bold aesthetic, this model stands out with its unique bubble design, offering both comfort and style. The low-cut silhouette provides a classic look that seamlessly integrates into any casual outfit, making it an essential piece for sneaker enthusiasts and fashion-forward individuals alike.

- **Materials:** Vegan leather, Rubber and Textil
- **Colour:** Multi
- **Gender:** Men
- **Reference:** IR1944-102
- Includes an extra pair of laces.

Learn more about the product

Shipping and Returns

- Your order ready to ship within 24h
- Free shipping on orders over 180€
- Safe and secure shopping
- 14 day returns policy
- Authorized dealer

Related categories

Footwear | Sneakers | Nike Sneakers | Nike Air Max 95 | Nike Air Max

Arrivals Restocks: back in rotation adidas x Bad Bunny Tour Merch The World Cup Edit. Football style. adidas x Coca-Cola New Arrivals Restocks: back i



Nike Air Max 95 Nike Air Max











Related products



Nike Air Max 95 Big Bubble

133€ ~~190€~~ -30%



Nike Air Max 95 "Big Bubble Woven"

200€



Nike Air Max 95 Big Bubble Leather

130€ ~~200€~~ -35%



Nike Women's Air Max 95 "Big Bubble"

124€ ~~190€~~ -35%

## Subscribe to our newsletter

Get 10% off your first purchase

Name

Surname

Birthday

DD MM YYYY

Email

I agree to the processing and storage of my personal data by FOOTDISTRICT

Subscribe

View our Privacy Policy

Nuestros clientes dicen Excelente 4.6 sobre 5 basada en 6399 opiniones Trustpilot

style. adidas x Coca-Cola New Arrivals Restocks: back in rotation adidas x Bad Bunny Tour Merch The World Cup Edit. Football style. adidas x Coca-Cola



Get 10% off your first purchase

Name

Surname

Birthday

DD MM YYYY

Email

I agree to the processing and storage of my personal data by FOOTDISTRICT

Subscribe

View our Privacy Policy

Nuestros clientes dicen Excelente 4.6 sobre 5 basada en 6399 opiniones Trustpilot

**You don't need much. Just the right thing**

Madrid | Barcelona | Online

**FOOTDISTRICT**

Our Stores

Segundo Espacio

Blog

**Customer Service**

+34 987 795 210
help@footdistrict.com

8h30 -17h (CET) Mon - Thu
8h - 15h (CET) Fri
July - August 8h - 15h (CET) Mon - Fri

**Help Center**

F.A.Q

Cookies Policy

General contracting terms and conditions

**Shopping Guide**

Delivery

Payment methods

Returns

Active Promotions

Student discount

Cancellation

**FOOTDISTRICT Barcelona**

C/Lleona, 4, 08002, Barcelona
(+34)931 394 487

Open from Tuesday to Saturday: 11:30 AM – 7:30 PM

**FOOTDISTRICT Madrid**

C/ Valverde 35, 28004, Madrid
(+34) 918 213 888

Open from Tuesday to Saturday: 11:30 AM – 8:00 PM

English

© 2026 - FOOTDISTRICT Powered by Shopify

Legal notice • Privacy Policy • Whistleblowing Channel

StockX Search for brand, color, etc. News About Help Sell Login Sign Up

All Brands Trending New Deals Men Women Kids Sneakers Shoes Apparel Accessories Collectibles Trading Cards More

Home / Sneakers / Lifestyle / Nike



# Nike Air Max 95 OG

Big Bubble 7-Eleven

**Xpress Ship available.** Get it by Jun 30 - Jul 6

Size: All

Buy Now for

**$172**

$39 Below Retail Price

$180 Includes Marketplace Fee

Make Offer | Buy Now

Pay over time with affirm or Afterpay or PayPal Learn More

Last Sale

$172

View Market Data

**Sell Now for $134 or Ask for More →**

Return Policy — Select a size

Buyer Promise

Our Process — Condition: New

## Related Products



Nike Air Max 95 OG Big Bubble Greedy (2026)
US M 6
**$111**
$118 incl.
Sponsored



Nike Air Max Plus 7 White Blue Crystal
US M 13
**$243**
$257 incl.
Sponsored



Nike Air Max 95 OG Big Bubble Smoky Blue Black
Lowest Ask
**$86**
$93 incl.



Nike Air Max 95 OG Big Bubble Black Crimson...
Lowest Ask
**$98**
$105 incl.



Nike Air Max 95 Big Bubble Mexico
US M 9.5
**$101**
$108 incl.
Sponsored

## Product Details

| | |
|---|---|
| Style | IR1944-102 |
| Colorway | Sail/Metallic Silver/Total Orange/Sport Green/Gym Red/Light British Tan |
| Retail Price | $210 |

## Price History

1M 3M 6M YTD 1Y **All**

View Sales >




Document title: Nike Air Max 95 OG Big Bubble 7-Eleven Men's - IR1944-102 - US
Capture URL: https://stockx.com/nike-air-max-95-og-big-bubble-7-eleven
Capture timestamp (UTC): Fri, 26 Jun 2026 16:09:31 GMT

| | |
|---|---|
| Retail Price | $210 |

## Price History

1M 3M 6M YTD 1Y All

View Sales >




## Historical Data

**$152 - $239**
Price Range | Last 12 Months

**$152 - $239**
Price Range | Last 3 Months

**11%**
Volatility

**26**
Number of Sales | Last 3 Months

**-18%**
Price Premium | Last Sale

**$188**
Average Sale Price | Last 3 Months

**Our Process**
This item is verified by StockX or Xpress ships directly from a StockX Verified Seller.
Learn More

**Buyer Promise**
We stand behind every product sold on StockX. If a mistake is made, we'll make it right.
Learn More

**Start Selling ASAP**
You can start selling on StockX in just a few clicks, no application process necessary.
Learn More

 ©2026 StockX. All Rights Reserved.

$25 USD off your next order of $250+ when you check out with Klarna. Terms Apply







Favorite



Nike

# AIR MAX 95 OG 'BIG BUBBLE - 7-ELEVEN'

SELECT US MEN'S SIZE

| | | | | |
|---|---|---|---|---|
| 4.5 | 5 | 6 | 6.5 | 7 |
| 7.5 | 8 | 8.5 | 9 | 9.5 |
| 10 | 10.5 | 11 | 11.5 | 12 |
| 13 | | | | |

11% under retail

BUY NEW - $186

MAKE OFFER

Pay in 4 interest-free payments with Klarna, Affirm or Afterpay.
Learn more

Shopping from United States. Applicable costs included with no additional charges upon delivery.

ABOUT THIS PRODUCT

SKU: IR1944 102
Colorway: Sail/Metallic Silver/Total Orange/Sport Green/Gym Red/Light British Tan

SHIPPING & RETURNS

## RECOMMENDED FOR YOU



Air Jordan
JORDAN 3 RETRO 'KNICKS'



Air Jordan
JORDAN 11 RETRO 'BRED' 2019



Air Jordan
JORDAN 1 RETRO HIGH OG 'KNICKS'



Air Jordan
JORDAN 13 RETRO 'FLINT' 2020









## RECOMMENDED FOR YOU



Air Jordan
JORDAN 3 RETRO 'KNICKS'



Air Jordan
JORDAN 11 RETRO 'BRED' 2019



Air Jordan
JORDAN 1 RETRO HIGH OG 'KNICKS'



Air Jordan
JORDAN 13 RETRO 'FLINT' 2020



Air Jordan
JORDAN 3 RETRO OG 'TRUE BLUE' 2016



Air Jordan
JORDAN 11 RETRO 'CONCORD' 2018



Nike
AIR FLIGHTPOSITE ONE 'KNICKS'



Air Jordan
JORDAN 4 RETRO OG 'BRED' 2019

FLIGHT CLUB

Trending

- Caitlin Clark Shoes
- Bad Bunny x adidas
- Jordan 4s
- Jordan 5s
- AJ 4 'Toro Bravo'
- Travis Scott Jordan 1 Releases
- Travis Scott Shoes
- Flight Club Drawings
- Mike Ojo

New Releases

- Jordan 6 'Reverse Infrared'
- Jordan 5 'Wolf Grey'
- Nike GT Future 'Rage Green'
- AJ 5 'White Metallic'
- Travis Scott Tropical Pink
- Travis Scott Shy Pink
- Jordan 12 Bloodline
- Jordan 5 'Black Carolina' / 'Black University Blue' / 'UNC' 2026
- Kobe 4 Draft Day Pack 2026

Support

- My Account
- Track My Order
- Shipping & Returns
- Sell Sneakers
- Accessibility

About Us

- Stores
- Jobs
- Press
- Instagram
- Facebook
- Twitter

Sign Up For News & Promotions

Email Address

→

By signing up, you confirm you are over 16 years of age and you want to receive Flight Club emails. Please see our Terms & Conditions and Privacy Policy for more details.

Terms Privacy Cookie Settings

© 2026 Flight Club New York LLC. All Rights Reserved

United States / USD

$25 USD off your next order of $250+ when you check out with Klarna. Terms Apply





Facts ×

Nike





Air Max 95





| | |
|---|---|
| SKU | IR1944 102 |
| Nickname | Big Bubble - 7-Eleven |
| Colorway | Sail/Metallic Silver/Total Orange/Sport Green/Gym Red/Light British Tan |

Nike Air Max 95 OG 'Big Bubble - 7-Eleven'
Nike / Sneakers / Air Max 95

| 6.5 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 |
|---|---|---|---|---|---|---|
| $186 | $186 | $424 | $185 | $185 | $185 | $185 |

Facts Fit Activity Want

# Nike Air Max 95 Release Dates

In 1995, Nike unveiled their latest Air Max model— Sergio Lozano's Air Max '95. The Air Max classic has been appreciated by hip-hop and sneaker culture for its unique, wavy upper and enormous Air Max bubbles. People love the Air Max '95 so much that Nike has released the OG "Neon" colorway over 10 times since its initial debut. Find popular Air Max '95 colorways such as the "Grapes", "Solar Reds", and "Greedys" here.



About Where to Buy Colorways Sizing & Fit Restocks Collabs

## What is the Air Max 95?

Inspired by the human body, the Air Max 95 was designed in layers. The mesh uppers replicate levels of skin and muscle, while the eyelets and outsole represent ribs and the spine. This masterpiece of design features visible air through the forefoot of the shoe down to the heel. Collectors recall early pairs featuring large air bubbles on the heel that disappeared through the 2010s but eventually came back in 2025.

**Brands**

Nike ×

Crocs
Hoka One One
New Balance
Nike
Nike SB
Puma
Reebok
Rigorer
Salomon
Saucony Scroll for more

**Models**

Air Max 95 ×

Air Max 90
Air Max 95
Air Max 97
Air Max DN
Air Max Plus
Air Penny (6)
Air Presto
Air Ship
Air Trainer 1
Air Zoom GT Cut Scroll for more

- [ ] Below retail
- [ ] In stock

**Size Types**

- [ ] Men
- [ ] Women
- [ ] Children

Releases starting July 2026 — Upcoming Releases

Releases > Nike > Air Max 95

Upcoming

July 10, 2026
**Nike Air Max 95 Big Bubble Lawson**
$210 • IR1944-400

Upcoming

July 11, 2026
**Nike Air Max 95 Big Bubble 7-Eleven**
$210 • IR1944-100

Upcoming

Fall 2026
**Nike Air Max 95 Big Bubble Scorpion**
$190 • IM4691-001

Upcoming

Fall 2026
**Nike Air Max 95 PRM Greedy (2026)**
$190 • IM2211-001

Upcoming

Fall 2026
**Nike Air Max 95 OG Big Bubble Reverse Solar Red**
$190 • IV6425-060

Upcoming

Fall 2026
**Nike Air Max 95 Big Bubble Black Total Orange**
$190 • IV5767-002

Upcoming

Fall 2026
**Nike Air Max 95 Big Bubble White Light Crimson (W)**
$190 • HJ5996-101

Upcoming

Fall 2026
**Nike Air Max 95 Big Bubble Old Royal (W)**
$190 • HJ5996-006

Upcoming

Fall 2026
**Nike Air Max 95 Big Bubble Pure Platinum Wolf Grey**
$190 • IV5767-003

**News**


June 29, 2026 at 9:30 PM
Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair


June 29, 2026 at 9:00 PM
The Nike Air Max 95 Big Bubble 7-Eleven is Dropping Soon


June 25, 2026 at 5:00 PM
The Nike Air Max 95 Big Bubble Old Royal is Burnin' Blue


June 24, 2026 at 4:30 PM
Nike SB's Club 58 World Cup Collection adds Sail and Sherbet to the Air Max 95

In stock

**Size Types**

Men

Women

Children

**Sizes**

US M | Clear

3.5 | 4 | 4.5 | 5 | 5.5 | 6 | 6.5 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 | 12 | 12.5 | 13 | 13.5 | 14 | 14.5 | 15 | 15.5 | 16 | 16.5 | 17 | 17.5 | 18

**Colors**



Fall 2026
**Nike Air Max 95 Big Bubble White Light Crimson (W)**
$190 • HJ5996-101



Fall 2026
**Nike Air Max 95 Big Bubble Old Royal (W)**
$190 • HJ5996-006



Fall 2026
**Nike Air Max 95 Big Bubble Pure Platinum Wolf Grey**
$190 • IV5767-003

Upcoming



Fall 2026
**Nike Air Max 95 Big Bubble Black Metallic Silver (W)**
$190 • IR5591-001

Upcoming



Fall 2026
**Nike Air Max Dolce Light Magenta (W)**
$170 • IB4527-500

Upcoming



2026
**Nike Air Max 95 OG Grape (W) (2026)**
$190 • HJ5996-100

Upcoming



2026
**Nike Air Max 95 Big Bubble SE Work Blue**
$190 • IU2254-900

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble White Hyper Turquoise**
$190 • IR1473-060

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Green Apple**
$190 • IR1473-010

Upcoming



Summer 2026
**Nike Air Max 95 Total 90 White Racer Blue**
$200 • IB6830-100

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Korea**
Price TBD • IR5901-010

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Hot Curry**
$190 • HM4740-014

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Wolverine**
$190 • IU7544-100

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Realtree Camo**
$200 • IQ0302-010

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Tech Black**
$200 • IH7853-001

Upcoming



Summer 2026

Upcoming



Summer 2026

Upcoming



Summer 2026



June 24, 2026 at 4:30 PM
Nike SB's Club 58 World Cup Collection adds Sail and Sherbet to the Air Max 95



June 17, 2026 at 9:15 PM
The Nike Air Max 95 Big Bubble Turns into a Cloudy Sky in Grey and White Gradient



June 15, 2026 at 3:30 PM
This Women's Exclusive Nike Air Max 95 is Ready for Raider Games

See more news

Document title: Nike Air Max 95 Release Dates 2026 - Updated in Real Time
Capture URL: https://www.soleretriever.com/sneaker-release-dates/nike/air-max-95
Capture timestamp (UTC): Wed, 01 Jul 2026 00:37:50 GMT

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Laser Paisley**
$190 • IR0802-100

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Total 90 Metallic Gold**
$200 • IV2872-707

Upcoming



Summer 2026
**Nike Air Max 95 Zip Medium Olive**
$200 • IQ3466-200

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Bold Berry (W)**
$190 • IR1994-065

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Burgundy Ash (W)**
$190 • IB6396-600

Upcoming



Summer 2026
**Nike Air Max 95 Big Bubble Pink Glow (W)**
$180 • IV2378-649

Upcoming



Summer 2026
**Nike Air Max 95 Kith Linen (GS)**
$162 • IM6039-201

Upcoming



Summer 2026
**Nike Air Max 95 Golf Spruce Fog**
$210 • HV4696-300

Released



June 24, 2026
**Nike Air Max 95 Big Bubble Woven Multi**
$190 • IB3695-100

1 2 3 ··· 9 Next >

**SOLE RETRIEVER**

The leading source for all things sneakers. We democratize access and discovery to all of the latest sneaker drops and news.

Download on the App Store | GET IT ON Google Play

© 2026 Sole Retriever LLC

Contact Privacy Terms Cookies Disclaimer

Get weekly emails of the top sneaker releases, breaking news, giveaways, and more.

Enter your email | Subscribe

+100,000 Sneaker Raffles
+108,000 Mobile App Sneaker Wins
+35,000 Sneaker Drops & Releases
+45,000 Sneakers Tracked