# EXHIBIT 12






# 7-Eleven Inspires This Upcoming Nike Air Max 95

Slurpee not included.







Andrew Rizzo • June 10, 2026

This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. The opinions and information provided on this site are original editorial content of Sneaker News.

2266

The retail world lost an icon last month when 7-Eleven Japan founder Toshifumi Suzuki, often called the father of Japan's convenience store industry, passed away at 93. From the 1970s onward, Suzuki pioneered data-tailored inventory and ready-to-eat meals, helping transform convenience stores into a key part of Japanese retail scene. Call it fate, but Nike has a perfect homage lined up.

Here we have a Nike Air Max 95 inspired by the unmistakable branding and signage of the 7-Eleven

Here we have a Nike Air Max 95 inspired by the unmistakable branding and signage of the 7-Eleven chain, part of an upcoming pack alongside a Lawson-inspired colorway. Hairy suede overlays wrap the upper, including Gym Red, Sport Green, and Total Orange layers on the sides. The spine, tongue cover, toe cap, and outsole are done in Light British Tan, potentially a nod to brown paper bags, while the other major elements clean up in white and Sail. The Air Max tongue logo sports all three brand colors, joined by white and Sport Green rope laces and multicolor graphics on the insoles.

We're of course reminded of the cancelled 7-Eleven x Nike SB Dunk Low created for the 2020 Tokyo Olympics, a true grail given it never saw a proper release. This Air Max 95 isn't an official collaboration, but the homage is there nonetheless.

The Nike Air Max 95 "7-Eleven" is due out Summer 2026 for $210 in men's sizes. No images of the Lawson-inspired colorway have surfaced yet, but we expect that to change in the very near future. See retailer images below and keep our Sneaker Release Dates page bookmarked for updates.












Farfetch

**WHERE TO BUY**

## MENS NIKE AIR MAX 95 "7-ELEVEN"

SKU: **IR1944-100** RETAIL PRICE: **$210** RELEASE DATE: **2026**

**US** 2026 POWERED BY: KICKSFINDER

| Retailer | Release type | Status |
|---|---|---|
| Nike SNKRS | Standard | Check Site |

Get on the Where to Buy list

**STAFF PICKS AVAILABLE NOW AT NIKE**

STAFF PICKS AVAILABLE NOW AT NIKE



Nike Air Max 95 Big Bubble $190.00

CLICK HERE FOR PRICE DROP ALERT CLICK FOR SIZE ALERT

| | | | | |
|---|---|---|---|---|
| M 3.5 / W 5 | M 4 / W 5.5 | M 4.5 / W 6 | M 5 / W 6.5 | M 5.5 / W 7 |
| M 6 / W 7.5 | M 6.5 / W 8 | M 7 / W 8.5 | M 7.5 / W 9 | M 8 / W 9.5 |
| M 8.5 / W 10 | M 9 / W 10.5 | M 9.5 / W 11 | M 10 / W 11.5 | M 10.5 / W 12 |
| M 11 / W 12.5 | M 11.5 / 13 | M 12 / W 13.5 | M 12.5 / W 14 | M 13 / W 14.5 |
| M 14 / W 15.5 | M 15 / W 16.5 | | | |



BUY AT NIKE



Nike Air Max 95 Big Bubble $190.00

CLICK HERE FOR PRICE DROP ALERT CLICK FOR SIZE ALERT

W 5 / M 3.5 | W 5.5 / M 4 | W 6 / M 4.5 | W 6.5 / M 5 | W 7 / M 5.5
W 7.5 / M 6 | W 8 / M 6.5 | W 8.5 / M 7 | W 9 / M 7.5 | W 9.5 / M 8
W 10 / M 8.5 | W 10.5 / M 9 | W 11 / M 9.5 | W 11.5 / M 10 | W 12 / M 10.5
W 12.5 / M 11 | W 13 / M 11.5 | W 13.5 / M 12 | W 14 / M 12.5 | W 14.5 / M 13
W 15.5 / M 14 | W 16.5 / M 15

BUY AT NIKE

KICKSFINDER TRACK EVERY RELEASE STAY PLUGGED IN. Download on the App Store GET IT ON Google Play



Nike Air Max 95 Big Bubble "I-95"

$150.97
~~$200.00~~

CLICK HERE FOR PRICE DROP ALERT

CLICK FOR SIZE ALERT

| | | | | |
|---|---|---|---|---|
| M 3.5 / W 5 | M 4 / W 5.5 | M 4.5 / W 6 | M 5 / W 6.5 | M 5.5 / W 7 |
| M 6 / W 7.5 | M 6.5 / W 8 | M 7 / W 8.5 | M 7.5 / W 9 | M 8 / W 9.5 |
| M 8.5 / W 10 | M 9 / W 10.5 | M 9.5 / W 11 | M 10 / W 11.5 | M 10.5 / W 12 |
| M 11 / W 12.5 | M 11.5 / W 13 | M 12 / W 13.5 | M 12.5 / W 14 | M 13 / W 14.5 |
| M 14 / W 15.5 | M 15 / W 16.5 | | | |

BUY AT NIKE

KICKSFINDER TRACK EVERY RELEASE STAY PLUGGED IN. Download on the App Store GET IT ON Google Play



Written by
**Andrew Rizzo, Junior Editor**

Andrew Rizzo is an editor at Sneaker News based out of New York City. His primary interests include Air Jordan, Nike ACG, Nike Air Max, and New Balance footwear. Prior to joining Sneaker News, Andrew covered youth sports for several outlets and worked at one of the world's top performance marketing agencies. He hails from Astoria, Queens and is a huge New York sports fan, particularly when it comes to the Knicks and Yankees.

TAGS

AIR MAX 95 NIKE AIR MAX UPCOMING SNEAKERS NIKE AIR MAX 95



PREVIOUS ARTICLE
Jalen Brunson Pulled Out Custom Nike Kobe 6s For Game 3

NEXT ARTICLE
The Futuristic Nike Air Max 95 Tech Takes On An Icy Gradient Look



POPULAR SNEAKERS

1  Air Jordan 3
2  Air Jordan 1 "Love Letter"
3  Air Jordan 4 "She's A Star"

POPULAR STORIES

1  Nike Celebrates 30th Anniversary Of Jay-Z's Reasonable Doubt Album With An Air Force 1
2  First Look At The Air Jordan 11 "Space Jam"
3  Nike Debuts Air Max 95 "Black Tongue Pack" In Paris

LATEST NEWS








## LATEST NEWS



### Nike Extends The Laces On This SE Air Max 95

Since returning in “Big Bubble” fashion, the Nike Air Max 95 has jumped out to becoming a pillar of the brand’s sportstyle catalog once again,...

BY MATT VARGA • 1 HOUR 41






### Nike Floods The Air Force 1 Low With "Fire Pink"

We’ve spilled a copious amount of ink on the new strategy regarding the Air Force 1. In totality, though the volume of slightly different general...

BY MATT VARGA • 2 HOURS 54



### An Original Air Jordan 10 "Dirty Bred" Sample Has Emerged

Following the release calendar contemporaneously is one thing, but the real sneaker diehards take a further step in their footwear affinity, delving into forums, archive...

BY MATT VARGA • 2 HOURS 222

MORE NEWS

## NEVER MISS A DROP

Get release dates, restock alerts, shock drops, and the latest sneaker news delivered first.

Email

SI

KICKSFINDER BY SNEAKERNEWS

Kicksfinder is an online database of the most popular sneakers from Jordan, Nike, adidas, New Balance, AS , and more. Here you will product information





BY MATT VARGA • 2 HOURS 54






## An Original Air Jordan 10 "Dirty Bred" Sample Has Emerged

Following the release calendar contemporaneously is one thing, but the real sneaker diehards take a further step in their footwear affinity, delving into forums, archive...

BY MATT VARGA • 2 HOURS 222

MORE NEWS

NEVER MISS A DROP

Get release dates, restock alerts, shock drops, and the latest sneaker news delivered first.

Email

SIGN ME UP!

NO, THANKS

KICKSFINDER BY SNEAKERNEWS

Kicksfinder is an online database of the most popular sneakers from Jordan, Nike, adidas, New Balance, ASICS, and more. Here you will find a complete list of retailers and other product information including release dates, prices, and more.

KICKSFINDER.COM GET IT ON Google Play Download on the App Store



© 2026 SNEAKER NEWS LLC. ALL RIGHTS RESERVED.




Do Not Sell or Share My Personal Information

WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW



# Nike's Big Bubble Air Max 95 Is Becoming an Unexpected Homage to 7-Eleven

Specifically tied to the convenience store in Japan.

*By* IAN SERVANTES JUNE 10, 2026, 2:03PM



The Nike Air Max 95 "7-Eleven" is one of two versions of the sneaker coming soon as a tribute to Japanese convenience stores. COURTESY OF FARFETCH

Listen to this article now 2 min listen Powered by Trinity Audio
00:00 01:45 1.0x

7-Eleven may not seem like an obvious choice to inspire a new iteration of the Nike Air Max 95, but that may only be if you haven't encountered the elevated experience in one of the convenience store's locations in Japan.

The Nike Air Max 95 "7-Eleven" is one of two expected homages to Japanese convenience stores. With original Big Bubble proportions, the sneaker will be joined by another edition for Lawson's, which originated in the U.S. but now does business almost exclusively in Asia, that has yet to be revealed.

## RELATED STORIES



IN PARTNERSHIP WITH GROUND UP INTERNATIONAL
**Ground Up Has Evolved Into a Fan-first, Multibrand House**

ADVERTISEMENT






Get the Latest Issue

WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW

Anniversary

ADVERTISEMENT

An unmistakable combination of orange, green and red are used for the striping on an almost full suede upper. A light grey is used for the remaining suede strip, while a suede toe tip arrives in brown suede to match the outsole and heel. The three colors from 7-Eleven's logo return on the tongue's Air Max mark, and a custom insole bears a graphic still to be revealed in full.

ADVERTISEMENT

ADVERTISEMENT




## You May Also Like




As a subsidiary of the global corporation, 7-Eleven Japan stands out from its counterpart in other countries for its higher-quality food and higher standards of cleanliness. Ready-to-eat meals include bento boxes, sushi, fried chicken and regional specialties.

Back in 2020, a licensed Nike SB Dunk Low "7-Eleven" was supposed to release for the Olympics as a Japan-exclusive but wound up being cancelled. Pairs that have nonetheless wound up on the resale market typically sell in the $1,000 to $2,000 range but also have hit as high as $4,800.

The Nike Air Max 95 "7-Eleven" will release this summer through the Snkrs app and select third-party retailers. Pricing is set at $210.

WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW

app and select third-party retailers. Pricing is set at $210.

ADVERTISEMENT





**Nike Air Max 95** "7-Eleven" [IR1944-100] (pair)



Nike Air Max 95 "7-Eleven" [IR1944-100] (lateral)



Nike Air Max 95 "7-Eleven" [IR1944-100] (heel)



WWD Join the Leaders Shaping What's Next in Fashion, Beauty & Retail. SUBSCRIBE NOW




Nike Air Max 95 "7-Eleven" [IR1944-100] (above)

ADVERTISEMENT




**READ MORE:**
NIKE | NIKE AIR MAX 95

Daily Headlines SUBSCRIBE

PMC
MOST POPULAR

1. *Variety* Daveigh Chase, Voice of Lilo in 'Lilo & Stitch,' Died of AIDS
2. *The Hollywood Reporter* Michael J. Fox and Creator of Nickelodeon Green Slime Recognized in Order of Canada List
3. *SheKnows* Gen Z Is Now Demanding 'Chalant' Relationships. Here's What That Means
4. *Sportico* For Germany, a World Cup Knockout Will Bring a New Jersey

YOU MAY ALSO LIKE


FN
Nike Q4 Conference Call Live Updates
2 HRS AGO



FAIRCHILD STUDIO
Fashion Loves Food 2025
9 MONTHS AGO


SOURCING JOURNAL
ShinWon Bets On Blockchain for Supply Chain Transparency
2 HRS AGO


Sportico
Led by Morocco African Soccer Having a Mome the World Cup
2 HRS AGO



Document title: 7-Eleven Japan Inspires This Nike Air Max 95 Big Bubble
Capture URL: https://wwd.com/footwear-news/sneaker-news/nike-air-max-95-7-eleven-release-date-ir1944-100-1239005284/
Capture timestamp (UTC): Tue, 30 Jun 2026 22:32:11 GMT



Nike Air Max 95 "7-Eleven" [IR1944-100] (above)

READ MORE:
NIKE | NIKE AIR MAX 95

Daily Headlines SUBSCRIBE

ADVERTISEMENT



PMC
## MOST POPULAR

1. Variety
Daveigh Chase, Voice of Lilo in 'Lilo & Stitch,' Died of AIDS

2. The Hollywood Reporter
Michael J. Fox and Creator of Nickelodeon Green Slime Recognized in Order of Canada List

3. sheknows
Gen Z Is Now Demanding 'Chalant' Relationships. Here's What That Means

4. Sportico
For Germany, a World Cup Knockout Will Bring a New Jersey

## YOU MAY ALSO LIKE


FN
Nike Q4 Conference Call Live Updates
2 HRS AGO



FAIRCHILD STUDIO
Fashion Loves Food 2025
9 MONTHS AGO


SOURCING JOURNAL
ShinWon Bets On Blockchain for Supply Chain Transparency
2 HRS AGO


Sportico
Led by Morocco African Soccer I Having a Mome the World Cup
2 HRS AGO



PMC WWD and Women's Wear Daily are part of Penske Media Corporation. © 2026 Fairchild Publishing, LLC. All Rights Reserved.
Powered by WordPress.com VIP




HIGHSNOBIETY

LATEST SHOPPING STYLE SNEAKERS CULTURE BEAUTY UMBRO X HIGHSNOBIETY

SNEAKERS › NIKE'S TEXTURAL "7-ELEVEN" AIR MAX 95 IS A CONVENIENT FLEX

# NIKE’S 7-ELEVEN AIR MAX IS A 24/7 TEXTURAL TREAT

WRITTEN BY MORGAN SMITH
14 DAYS AGO IN SNEAKERS





© NIKE

39
SHARE

Nike has designed a "7-Eleven" Air Max 95 sneaker, transforming the classic into convenient 24/7 flex for the summer.

The latest pair features fuzzy suede layers, each realized in 7-Eleven's signature colors, red, orange, and green. Nike has also added some brown textures elsewhere, alongside colorful 7-Eleven-style branding moments.

SHOP NIKE AIR MAX 95

It keeps things clean with soles that come in a cream-white color. Also, these are Big Bubble editions, so they're chunkier than normal to achieve that more classic AM95 look.

ADVERTISEMENT





© NIKE

39
SHARE

Nike has designed a "7-Eleven" Air Max 95 sneaker, transforming the classic into convenient 24/7 flex for the summer.

The latest pair features fuzzy suede layers, each realized in 7-Eleven's signature colors, red, orange, and green. Nike has also added some brown textures elsewhere, alongside colorful 7-Eleven-style branding moments.

SHOP NIKE AIR MAX 95

It keeps things clean with soles that come in a cream-white color. Also, these are Big Bubble editions, so they're chunkier than normal to achieve that more classic AM95 look.

ADVERTISEMENT



Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 18 of 81 PageID 200

39
SHARE

kith_only
New York
View profile



View more on Instagram

**775 likes**
**kith_only**

KITH for NIKE AM95 | pre order drawing on the kith app ! 💙🧡

.
.

Tag @kith_only and use #kithonly to be featured
.

---

#knicks #ronniefieg
View all 30 comments

Add a comment...

It'd be even better if those who cop the "7-Eleven" Air Maxes got an *extra* free Slurpee. A slushie-loving sneakerhead can dream.

SHOP NIKE

## HIGHLIGHTS


Salomon's Creative Director: "Salomon Should Never Become a Fashion Brand" (EXCLUSIVE)
(STYLE)


The 'Obsession' Director's True Obsession: Fancy Glasses
(STYLE)


Not All Bootleg Knicks Merch Is Created Equal
(STYLE)


This One Sneaker Made Me Learn to Love On
(SNEAKERS)


An Ex-Apple Designer & Louis Vuitton Invented a New Kind of Suitcase (EXCLUSIVE)
(STYLE)

39

SHARE

SHOP NIKE

*Highsnobiety has affiliate marketing partnerships, which means we may receive a commission from your purchase. Want to shop the products our editors actually love? Visit HS Shopping for recs on all things fashion, footwear, and beauty.*




DOWNLOAD THE APP

Nike



MORGAN SMITH

Morgan Smith is a style writer at Highsnobiety, born in Virginia and currently based out of New York. If it's a cool, new sneaker or super nice clothing item (or collection), Morgan has more than likely written about it. Morgan has worked in the fashion industry since 2018, writing for publications, managing social media, leading her own sneaker-focused platform, and interviewing fashion figures like Joe Freshgoods and Dapper Dan. Morgan's writing spans several topics, including runway show coverage and trend pieces. Sneakers, celebrity style, pop culture moments, and emerging fashion brands remain her faves. When Morgan isn't glued to her laptop, you can catch her binging the latest season of "Love is Blind" or obsessing over the new Rihanna 'fit that just dropped. By the way, Morgan interviewed the bad gal, too.

## HIGHLIGHTS


Salomon's Creative Director: "Salomon Should Never Become a Fashion Brand" (EXCLUSIVE)
(STYLE)


The 'Obsession' Director's True Obsession: Fancy Glasses
(STYLE)


Not All Bootleg Knicks Merch Is Created Equal
(STYLE)


This One Sneaker Made Me Learn to Love On
(SNEAKERS)


An Ex-Apple Designer & Louis Vuitton Invented a New Kind of Suitcase (EXCLUSIVE)
(STYLE)



STYLE RAVE

Join Premium



FOOTWEAR, STYLE GUIDE

# Nike's Latest Air Max 95 Takes Design Cues From Japan's Iconic 7-Eleven Stores

JUNE 11, 2026





Collins Badewa
A fashion and pop culture writer who watches a lot...

The sneaker industry has never shied away from drawing inspiration from unexpected places, but Nike's latest take on the Air Max 95 may be one of its most surprising yet. The newly unveiled Air Max 95 7-Eleven channels the unmistakable colors of the iconic convenience store chain into one of Nike's most beloved silhouettes, creating a release that feels both nostalgic and fresh.



[redacted]





Read Next

STYLE RAVE PREMIUM



Is Pitching Your Friends The Future Of Dating? *Understanding This Viral Trend*

APRIL 9, 2026 · 6 MINS READ



*Can Love Survive Betrayal?* Inside Marriage Therapy After Infidelity

JANUARY 8, 2026 · 4 MINS READ



How To Spice Up A Sexless Marriage Without Pressure

JANUARY 7, 2026 · 5 MINS READ

GUIDE

Fashion Blog

Shop the Look

Lifestyle Blog

Entertainment News

Black Celebrity News

Fashion Tips

Document title: Nike Reimagines the Air Max 95 with a 7-Eleven-Inspired Twist
Capture URL: https://www.stylerave.com/nike-air-max-95-7-eleven/
Capture timestamp (UTC): Fri, 26 Jun 2026 16:25:36 GMT

Read Next



The KidSuper x Bape World Cup Collection Gives All 48 Nations Their Own Sneaker

By West Virginia Tourism Learn More

While convenience stores might not seem like obvious design muses, anyone familiar with Japan's elevated convenience store culture understands why the concept works. In Japan, 7-Eleven locations are known for their high-quality meals, spotless interiors, and reputation as essential neighborhood hubs. That unique cultural status appears to have inspired Nike's latest creation, resulting in a sneaker that pays tribute to a recognizable brand without becoming an official collaboration.

The Air Max 95 7-Eleven arrives at a time when sneaker enthusiasts continue to embrace storytelling-driven designs. Rather than relying on celebrity partnerships or limited-edition hype alone, Nike has tapped into everyday culture, transforming familiar colors and visual cues into a compelling footwear release.

## A Color Palette Everyone Recognizes



Photo: Farfetch

At first glance, the inspiration behind the sneaker is impossible to miss. Nike dresses the Air Max 95's signature layered upper in the same orange, green, and red color combination associated with 7-Eleven's logo.






The design begins with deep red suede along the lower wave panels, followed by green across the middle layers and vibrant orange near the top. The result is a striking gradient that immediately recalls the convenience sto... help... the...






Black Celebrity News
Fashion Tips
Style Blog
Beauty Blog
Fashion News
Online Clothing Store

EDITOR'S PICKS

THE LATEST

The Best Men's Sun Hats for Comfort, Coverage, and Style

The Smart Woman's Guide to Packing a Stylish Summer Wardrobe

How Modern Consumers Are Changing the Meaning of Luxury Beauty

SP5DER x adidas Originals F50 Formotion Brings Football Heritage to the Streets

Jordan Brand Revives the Iconic Air Jordan 8 "Chrome" for Fall 2026

CELEBRITIES

Priyanka Chopra Joins Rolex in Historic Luxury Deal

JUNE 22, 2026 · 4 MINS READ

PREVIOUS ARTICLE

NEXT ARTICLE

Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 22 of 81 PageID 204

store's iconic branding. Above these colorful panels, off-white materials help balance the design and prevent the brighter hues from overwhelming the silhouette.

Adding further depth, Nike incorporates Light British Tan accents throughout the sneaker. Brown suede appears on the toe cap, tongue stabilizer, heel, and outsole, creating a look that some sneaker fans believe references the brown paper bags commonly associated with convenience store purchases.

The use of hairy suede throughout much of the upper gives the shoe a premium feel while elevating what could have been a straightforward colorway into something far more textured and sophisticated.

## Big Bubble Heritage Returns

Beyond the eye-catching color scheme, the sneaker also embraces one of Nike's most celebrated retro updates: the original Big Bubble Air Max tooling.

The Air Max 95 7-Eleven features the larger Air units that have become increasingly popular among collectors seeking closer recreations of early Air Max models. This detail helps connect the sneaker's playful inspiration with authentic Air Max heritage. It ensures the sneaker appeals to longtime enthusiasts as well as casual buyers.

The oversized Air units also enhance comfort and visual impact, reinforcing the Air Max 95's reputation as one of Nike's most innovative designs.

## Inspired by 7-Eleven, Not an Official Collaboration



Photo: Farfetch

ADVERTISEMENT



PREVIOUS ARTICLE



*Sarah Jakes Roberts' Preppy Fashion:* A Modern Take on Old-money Style
JUNE 19, 2026 · 4 MINS READ

Davido Uses Global FIFA World Cup Spotlight to Amplify National Crisis in Nigeria
JUNE 12, 2026 · 5 MINS READ

BEAUTY

How Modern Consumers Are Changing the Meaning of Luxury Beauty
JUNE 25, 2026 · 5 MINS READ

NEXT ARTICLE





One of the most interesting aspects of the release is that it is not officially connected to 7-Eleven.

Nike carefully borrows visual inspiration from the convenience store chain without labeling the sneaker as a collaboration. Instead, the design relies on recognizable color blocking and subtle thematic references to tell its story.

Additional details include tongue branding that echoes the store's signature colors, rope-style laces, and custom insoles featuring graphics that have yet to be fully revealed. These elements make the inspiration clear without requiring official co-branding.

That approach has become increasingly common in modern sneaker design, allowing brands to celebrate cultural touchstones while maintaining creative freedom.

***Shop editor's picks***



NIKE | Air Max 95 By You

SHOP NOW



NIKE | Air Max 9

SHOP NOW

## A Nod to a Forgotten Sneaker Story

The release also revives memories of one of sneaker culture's most famous canceled projects.








Is Glass Skin Being Replaced by Velvet Skin?

JUNE 24, 2026 · 5 MINS READ



10 Must-Have Grooming Products Every Man with Gray Hair Needs

JUNE 23, 2026 · 6 MINS READ

SHOPPING GUIDE



The Best Men's Sun Hats for Comfort, Coverage, and Style

JUNE 25, 2026 · 5 MINS READ



The Smart Woman's Guide to Packing a Stylish Summer Wardrobe

JUNE 25, 2026 · 6 MINS READ



PREVIOUS ARTICLE

NEXT ARTICLE

Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 24 of 81 PageID 206

SPONSORED CONTENT
Your Summer Adventure Starts Here: 17 West Virginia Trip Ideas
By West Virginia Tourism
Learn More



13 Affordable Quiet Luxury Brands for Men That Rival Loro Piana, Brunello Cucinelli, and Tom Ford

JUNE 25, 2026 · 5 MINS READ

Back in 2020, Nike reportedly planned to release a Japan-exclusive 7-Eleven-themed Nike SB Dunk Low in conjunction with the Tokyo Olympics. Although the sneaker never officially launched, leaked samples quickly became legendary among collectors.

The canceled Dunk eventually reached the resale market, where pairs have commanded prices ranging from $1,000 to several thousand dollars. Its rarity only increased demand, turning it into one of the most talked-about unreleased Nike sneakers of the decade.

For many sneaker fans, the new Air Max 95 7-Eleven feels like Nike revisiting an idea that never received its proper moment in the spotlight.

## Part of a Larger Convenience Store Collection



Photo: Farfetch



The 7-Eleven-inspired Air Max 95 is expected to be one half of a broader convenience store-themed pack.

Reports indicate that Nike is also preparing a Lawson-inspired Air Max 95. While Lawson originally began in the United States, the brand now

Streamline contract reviews with AI.
Start free trial
Adobe Acrobat Studio

PREVIOUS ARTICLE

NEXT ARTICLE

While Lawson originally began in the United States, the brand now operates primarily throughout Asia and has become another cornerstone of Japanese convenience store culture.

Although images of the Lawson edition have yet to surface, its inclusion suggests Nike is exploring a wider tribute to Japan's influential convenience store landscape.

## Release Date and Pricing

Sneaker enthusiasts won't have to wait too long to get their hands on the latest Air Max release. Nike is expected to launch the Air Max 95 7-Eleven during Summer 2026 through their website, the SNKRS app and select retailers.

The sneaker will be available in unisex sizing and carries a retail price of $210.

Given the popularity of the Air Max 95 silhouette, the growing interest in story-driven sneaker releases, and the lingering fascination surrounding Nike's canceled 7-Eleven Dunk project, demand is likely to be significant. Whether buyers are drawn to the Japanese convenience store inspiration or simply appreciate the vibrant color combination, this release has all the ingredients of a standout summer sneaker.

For Nike, the Air Max 95 7-Eleven proves that great sneaker design can come from the most unexpected places, even the corner convenience store.

Featured image: Farfetch

*—Read Also*

PREVIOUS ARTICLE
NEXT ARTICLE

### Nike's Cryoshot Mercurial R9 Brings Back Ronaldo's Golden Era in Style



Before Nike ever turned football boots into lifestyle statements, certain silhouettes already carried myth status. Among them, few are spoken about with as much reverence as the Mercurial era tied to Ronaldo Nazário's explosive rise in the late 1990s. That chapter of football history reshaped how performance design could feel

Get insights that fuel collaboration. Start free trial Adobe Acrobat Studio

chapter of football history reshaped how performance design could feel futuristic, even emotional. Now, as ... Continue reading

SR Style Rave | The Ultimate Style Guide

## Recommended



Ugandan Media Personality Bettinah Tian...



The New Rules of Modern Masculinity in...



Hair Upgrade: The Best Caramel...

PREVIOUS ARTICLE

NEXT ARTICLE

JOIN
STYLE RAVE PREMIUM CLUB

Get exclusive style, beauty and lifestyle tips and secrets on a daily basis.

Subscribe to Premium

Already an Insider? Sign in

TAGS — AIR MAX 95 AIR MAX 95 7-ELEVEN NIKE AIR MAX 95 NIKE AIR MAX SNEAKERS SUMMER TRENDS



Collins Badewa

A fashion and pop culture writer who watches a lot of TV in his spare time. At Style Rave, we aim to inspire our readers by providing engaging content to not just entertain but to inform and empower you as you ASPIRE to become more stylish, live smarter and be healthier.

SHARE TWEET

RELATED POSTS



SELECT PLAN

RELATED POSTS



FOOTWEAR, MENSWEAR

Bad Bunny and Adidas Launch New Soccer Sneaker Before World Cup Final



WATCHES

The Futuristic AMIDA Digitrend Returns in a Striking New Sapphire Edition



FASHION, SHOPPING GUIDE, STYLE GUIDE

The Most Stylish Maternity Summer Dresses to Shop Right Now



MENSWEAR, WATCHES

Seiko's New Fullmetal Alchemist Watch Brings Edward Elric's Story to Life

PREVIOUS ARTICLE

NEXT ARTICLE

## Subscribe

Never miss the latest. Subscribe Now

EMAIL

OH SURE!



*Style Rave participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.*

Copyright © 2026 Style Rave NG LLC, dba STYLE RAVE











| | |
|---|---|
| RELEASE | 2026.07.11 |
| HEAT | 91.70° |
| BRAND | NIKE |
| MODEL | AIR MAX 95 |
| SKU | IR1944-102, IR1944-400 |
| COLOR | SAIL/METALLIC SILVER-TOTAL ORANGE-SPORT GREEN-GYM RED-LIGHT BRITISH TAN, WHITE/METALLIC SILVER-BLUE SAPPHIRE-LIGHT SMOKE GREY-ACTION RED |
| RETAIL | $210 |

# Nike’s Air Max 95 Goes Konbini for Japan’s 7-Eleven and Lawson

7.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 2026.07.11 • DROPS 20

FOLLOW
NIKE + AIR MAX 95 + SHARE ADD TO CAL
DROPS 11 JUL 2026

RATE RELEASE 91.70° • BUY NOW ›

Japanese convenience stores operate on a different level. To the untrained Western eye, they're just places to grab a drink, a snack, or something quick on the way home. In Japan, though, the konbini is closer to a daily institution: hot meals, iced coffee, printed documents, bill payments, event tickets, exclusive snacks, and late-night saves all under one fluorescent roof. Now, that everyday magic appears to be making its way onto the Nike Air Max 95 through an unofficial two-pair pack inspired by two of Japan's most recognizable convenience store chains: 7-Eleven and Lawson.

The Nike Air Max 95 "7-Eleven" is the first of the two to surface, with early images arriving courtesy of *@110slad*. The pair leans straight into the store's familiar palette, using a white and sail upper as the base before layering in orange, green, and red across the signature side panels. The lower overlays arrive in warm brown suede, giving the pair a softer, almost bread-like feel that sits well with the convenience store theme.

Nike also adds extra detail through the laces, which appear in a patterned green-and-white setup alongside a secondary brown set. The white midsole keeps the build clean, while visible Air units and brown traction underfoot complete the look. It's not overloaded with branding or forced references, but the color story is clear enough for anyone familiar with 7-Eleven's presence in Japan.



H°



"NOTE" NIKE AIR MAX 95 "7-ELEVEN" (IR1944-100) VIA @110SLAD

A second Nike Air Max 95 "Lawson" is also expected to join the pack, though first-look images of that pair have yet to arrive. Previous reports suggest it will use Lawson's blue, white, and red identity across a similar Big Bubble Air Max 95 build, continuing the theme without making the project an official store collaboration. Earlier reporting listed both pairs with Big Bubble tooling and a $210 retail price, though the latest expectation places the Nike Air Max 95 "7-Eleven" and Nike Air Max 95 "Lawson" for Fall 2026.

Expect more details on the unofficial Nike Air Max 95 "7-Eleven" and "Lawson" pack to surface in the coming days.

This Nike Air Max 95 pack is currently expected to release on July 11, 2026 via select retailers.

In other Air Max (and Japan) news, the next Ducks of a Feather x Nike Air Max 1 "Tokyo" Releases June 27

In other Air Max and Japan news, the next Ducks of a Feather x Nike Air Max 1 "Tokyo" Releases June 27




IR1944-400


am
STAND
IR1944-102











AD
GoDaddy Airo New domains come with GoDaddy Airo. START TODAY

Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 34 of 81 PageID 216



GoDaddy Airo New domains come with GoDaddy Airo. START TODAY











H°





AD
GoDaddy Airo
New domains come with GoDaddy Airo™
START TODAY









NIKE
AIR
NIKE
AIR









H°









AD
GoDaddy Airo New domains come with GoDaddy Airo. START TODAY







H°















NIKE
AIR MAX
AIR MAX
NIKE







Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 41 of 81 PageID 223



# Nike Kicks Off a Convenience Store Air Max 95 Project With a 7-Eleven Colorway

Jun 10, 2026 **Ben Serleth**

Stay Connected

249,262 Fans
494,725 Followers
657,345 Followers

**Key Details**

**Price: $210 · Style Code: IR1944-102**

- The Nike Air Max 95 "7-Eleven" launches a convenience store series after Nike's official 7-Eleven SB Dunk collaboration was cancelled in 2020.
- The Air Max 95 features an all-suede construction with white, orange, green, and red layers mimicking 7-Eleven's signature striped branding.
- The collection includes a second Air Max 95 colorway inspired by Japanese convenience store chain Lawson's, rendered in white and blue tones.

*This post may include affiliate links. We may receive a commission on purchases made through them.*




Nike is revisiting their 7-Eleven themed sneakers this year, after their last co-branded release was cancelled. This time, the Air Max 95 serves as the canvas, and will be a part of a larger convenience store series of releases.

Japanese konbini stores are a huge part of food culture in the country, offering up tons of variety through pre-packaged meals. There are a number of major chains that serve up convenience food, mainly Lawson's and 7-Eleven. While the latter is an American creation, founded in Dallas and dotted across the United States, the 7-Eleven we think of here is vastly different from Japan's version, which is more focused on quick food, often heated, prepped, and eaten in the store itself. Japan has it's own fascination with the chain, which has led to plenty of 7-Eleven collabs in the sneakers and streetwear world, including a highly anticipated SB Dunk Low from 2020 that was cancelled before it made it to market.

MY LATEST VIDEOS

anticipated SB Dunk Low from 2020 that was cancelled before it made it to market.

MY LATEST VIDEOS




After the collapse of their official collaboration with 7-Eleven six years ago, Nike is taking matters into their own hands with a new series of sneakers themed after convenience store chains. The first pair from the project has surfaced today, an Air Max 95 sporting 7-Eleven's signature color scheme. The AM95 gets an all-suede makeover for this special release, featuring white mesh at the top, and layers of white, orange, green, and red mimicking 7-Eleven's signature stripes. Toe caps and heel tabs are added in a warm brown suede, with a matching gum sole to complete the look. Another pair featuring the Japanese chain Lawson's color will reportedly join this pair in a Summer release, expected to mix white and blue for the currently unseen design.

## NIKE AIR MAX 95 QS "7-ELEVEN" RELEASE INFORMATION

Nike has ye tot formally announce their plans regarding the upcoming convenience store series, but pairs are expected to drop sometime in Summer 2026. So far, the collection includes this 7/11-themed Air Max 95, and a second AM95 in a Lawson's blue color scheme, though that pair has not leaked yet. The project seems to focus on beloved Japanese institutions, so pairs could be exclusive to the country, but we hope to see them available from SNKRS and select retailers stateside. Pricing is set at $210.

**Nike Air Max 95 "7-Eleven"**
Color: Sail/Total Orange-Sport Green-Metallic Silver
Style Code: IR1944-102
Release Date: 2026
Price: $210

Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 43 of 81 PageID 225

Style Code: IR1944-102
Release Date: 2026
Price: $210

Check out the official images below, and stay tuned to JustFreshKicks on Twitter, Instagram, and Facebook for more of the latest sneaker news, release dates, and restock alerts.







TAGS air max 95 Nike

**Ben Serleth**

Industrial designer, sneakerhead, and general fan of all things fashion & pop culture. Find me on Twitter and Instagram to talk more about sneakers.

## Get the Latest Sneaker News

Providing sneaker news, release dates, launch links, restock alerts, leaks & more 🔔

Email:

Subscribe

Stay Connected

249,262 Fans

494,725 Followers

657,345 Followers

RELATED ARTICLES







**RELATED ARTICLES**



Nike's Air Max 90 Joins the Square Toe Party



Travis Scott's Nike Phantom 6 Indoor Shoe Releases Summer 2026



Nike Adds Black Tongues to Their 2027 Air Max 97 "Silver Bullet" Retro



The Nike Air Foamposite Pro Goes Full Glow for Summer 2026



Nike's Kobe-Edition Air Force 1 Lands in "Electric Green" in August



Nike SB Celebrates the World Cup with a "Club SB" Air Max 95

## ABOUT US

Just Fresh Kicks is a top source for the latest sneaker news, release dates, launch links, restock alerts, and more. We give our community a one-stop for everything sneaker related.

Contact us: info@justfreshkicks.com

## FOLLOW US

© 2026 JUSTFRESHKICKS, LLC

Case 3:26-cv-02201-X Document 1-12 Filed 07/01/26 Page 46 of 81 PageID 228



# NIKE AIR MAX 95 BIG BUBBLE GETS A 7-ELEVEN-INSPIRED COLORWAY

NIKE

PUBLISHED ON **JUN 10, 2026** | BY **MARIO BRIGUGLIO**










Nike's latest Air Max 95 draws on familiar street style, featuring a design that echoes 7-Eleven's signature colors. Note: It's not an official collaboration, just a colorway drawing inspiration from the store.

- Advertisement -




The Nike Air Max 95 “7-Eleven” features its signature layered suede upper in Gym Red, Sport Green, and Total Orange. All three colors mimic the color scheme we know and love from the store, while the furry suede texture upscales the sneaker. Light British Tan is used on the spine, tongue overlay, toe cap, and outsole. This may be a homage to traditional brown paper bags. White and Sail accents are also thrown on to tone down some of the vibrant colors.

You’ll find more 7-Eleven-esque touches on the Air Max tongue branding, the rope laces, and the printed insoles. Nike decided not to make this an official collab with the store, but the sneaker packs the perfect amount of inspired details to let you know where they got their inspiration from.

Originally, Nike had intended to drop a 7-Eleven x Nike SB Dunk Low in 2020, coinciding with the Tokyo Olympics, but the release was unfortunately scrapped. Still, because the shoe first appeared as a leak, it quickly became a must-have. This new Air Max 95, though not an official 7-Eleven collaboration, is practically guaranteed to sell out thanks to its well-chosen design cues.

The **Nike Air Max 95 “7-Eleven”** is slated for a Summer 2026 drop, offered in men’s sizes. Retailing at $210.

- Advertisement -

ADVERTISING






Alongside this, a Lawson-themed Air Max 95 is part of this collection, though that particular shoe hasn't surfaced yet.

Stay up to date with all upcoming sneaker releases from our Sneaker Release Dates page. Be sure to follow us on Twitter and Instagram.

**Nike Air Max 95 "7-Eleven"**
Color: Sail/Total Orange-Sport Green-Metallic Silver
Style Code: IR1944-102
Release Date: 2026
Price: $210

Photo: subtypestore





Photos: Farfetch

- Advertisement -

















MATTRESSFIRM
Experience the
coolest Purple® ever
purple
Shop Now







TAGS 7-ELEVEN NIKE AIR MAX 95

Mario Briguglio

**Mario Briguglio**

Founder and Editor in Chief. My passion for sneakers started at age 6 and now I've turned my passion into a profession.
*Favorite Kicks - Air Jordan 3 "Black Cement"*

Share Facebook X Pinterest ReddIt

## RELATED NEWS



Nike
Nike Air Max 95 “Black Tongue Pack” Releases Spring 2027



Nike
Official Photos of Travis Scott’s Nike Phantom 6 Low “Cactus Jack” Pack



Nike
Nike Book 2 “Detroit Tigers” Releases July 2026



Nike
Nike Air Max 1 “Baltimore Orioles” Now Available (June 2026)

LOAD MORE ›



Shop Now

TAGS 7-ELEVEN NIKE AIR MAX 95

Mario Briguglio

**Mario Briguglio**

Founder and Editor in Chief. My passion for sneakers started at age 6 and now I've turned my passion into a profession.
*Favorite Kicks - Air Jordan 3 "Black Cement"*

Share Facebook X Pinterest ReddIt

## RELATED NEWS



Nike
Nike Air Max 95 "Black Tongue Pack" Releases Spring 2027



Nike
Official Photos of Travis Scott's Nike Phantom 6 Low "Cactus Jack" Pack



Nike
Nike Book 2 "Detroit Tigers" Releases July 2026



Nike
Nike Air Max 1 "Baltimore Orioles" Now Available (June 2026)

LOAD MORE ›

About Us

SBD provides millions of monthly visitors with sneaker updates on Jordan, Nike, Adidas, plus much more. Sneaker Bar Detroit has quickly become one of the top sneaker sources on the web.

Advertise With Us || Email: info[at]sneakerbardetroit.com



SNEAKERS

# Nike Air Max 95 “7-Eleven” Set for July 2026 Release

June 30, 2026 2 Mins Read



The Nike Air Max 95 “7-Eleven” is scheduled to release on July 11, 2026, priced at $200. The pair is expected to launch through Nike SNKRS and select retailers in a Sail, Metallic Silver, Total Orange, Sport Green, Gym Red, and Light British Tan colourway.

## Nike Air Max 95 “7-Eleven” Release Details

Nike is tying the drop to July 11, giving this Air Max 95 a fitting launch date for its “7-Eleven” theme. The sneaker carries style code IR1944-102 and is currently listed for a $200 retail price.

Availability is expected through SNKRS alongside select Nike Sportswear retailers. As with most themed Air Max releases, demand will likely depend on final distribution numbers and whether the pair receives a wider retail rollout closer to launch.

## Colourway and Design Notes

SEARCH

Search ... SEARCH

OUR NETWORK

Facebook Pinterest
Instagram Bluesky
Twitter Tumblr

LATEST RELEASES


Nike Air Max 95 “7-Eleven” Set for July 2026 Release
June 30, 2026


Nike Air Force 1 Low “Patent Denim” Releases July 2026
June 30, 2026


Nike Book 2 “Tigers” Releases June 30, 2026
June 30, 2026


DOAF x GOAT x Nike Total 90 “Beautiful Game” Limited to 300 Pairs
June 30, 2026


Nike Kobe 5 Protro “LA Dodgers” Releases August 2026
June 30, 2026


Air Jordan 8 “Legion Pine” Joins the 2026 Bin 23 Series

Availability is expected through SNKRS alongside select Nike Sportswear retailers. As with most themed Air Max releases, demand will likely depend on final distribution numbers and whether the pair receives a wider retail rollout closer to launch.

## Colourway and Design Notes

The listed palette combines Sail and Metallic Silver with bright hits of Total Orange, Sport Green, and Gym Red, plus Light British Tan. Those colours line up closely with the visual identity associated with 7-Eleven, giving the Air Max 95 a clear retail-inspired theme without changing the model's core shape.

The Air Max 95 remains one of Nike's most recognisable runners thanks to its layered side panels, visible Air cushioning, and aggressive midsole profile. This edition keeps the focus on colour blocking, using the multi-tone scheme to separate it from more traditional greyscale Air Max 95 releases.

## Buying Context

With a July 2026 release window, this pair is still well ahead of launch. Expect additional images, store lists, and raffle information to surface closer to the release date. For now, the key details to track are the July 11 date, $200 price point, and IR1944-102 style code.

## Nike Air Max 95 "7-Eleven" Specs

| | |
|---|---|
| **Model** | Nike Air Max 95 |
| **Nickname** | "7-Eleven" |
| **Colourway** | Sail/Metallic Silver/Total Orange/Sport Green/Gym Red/Light British Tan |
| **Style Code** | IR1944-102 |
| **Release Date** | July 11, 2026 |
| **Price** | $200 |
| **Where to Buy** | Nike SNKRS and select retailers |

**RELATED POSTS**







SEARCH

Search ... SEARCH

OUR NETWORK

Facebook
Pinterest
Instagram
Bluesky
Twitter
Tumblr

LATEST RELEASES



Nike Air Max 95 "7-Eleven" Set for July 2026 Release

June 30, 2026



Nike Air Force 1 Low "Patent Denim" Releases July 2026

June 30, 2026



Nike Book 2 "Tigers" Releases June 30, 2026

June 30, 2026



DOAF x GOAT x Nike Total 90 "Beautiful Game" Limited to 300 Pairs

June 30, 2026



Nike Kobe 5 Protro "LA Dodgers" Releases August 2026

June 30, 2026



Air Jordan 8 "Legion Pine" Joins the 2026 Bin 23 Series

June 30, 2026

COMPLEX

Search sneakers, brands, or styles...

SHOP STYLE SNEAKERS MUSIC SPORTS POP CULTURE BETS COVER STORIES VERZUZ WATCH COMPLEXCON




SNEAKERS

# These Nike Air Max 95 Colorways Are Inspired by Convenience Stores

The 7-Eleven and Lawson-themed Air Max 95s release in July.

BY VICTOR DENG
JUNE 29, 2026

SAVE SHARE ADD COMPLEX ON GOOGLE



*7-Eleven inspires this Air Max 95 colorway. Via Atmos*

ADVERTISEMENT




More colorways of the popular Nike Air Max 95 are on the way, and the latest series features an unexpected theme.

Shown here are the upcoming 7-Eleven and Lawson-inspired Air Max 95 colorways, which are dropping in early July through the global launch partner Atmos. The sneakers that make up this “Convini” pack aren’t official collaborations with either of the two convenience stores, but rather new colorways that feature the duo’s signature hues.

"Convini" pack aren't official collaborations with either of the two convenience stores, but rather new colorways that feature the duo's signature hues.

ADVERTISEMENT




The 7-Eleven pair features a predominantly white color scheme but is offset by orange, green, and red stripes toward the lower half of the upper. A majority of the upper for the Lawson-themed iteration comes in blue combined with red piping. Both pairs feature a white big bubble Max Air-cushioned midsole, with a brown outsole for the 7-Eleven colorway and blue for the Lawson pair.

Readers will be able to cop the "Convini" Air Max 95 pack on July 11 at Atmos-tokyo.com and at Atmos stores.

## Related Stories



SNEAKERS

**The 7-Eleven x Nike SB Dunk Is Canceled**

Nike SB's 7-Eleven SB Dunk Low is canceled. The Japan-only release was meant to drop at the Tokyo 2020 Olympics.

MATT WELTY · 2238 DAYS AGO



SNEAKERS

**Nike Air Force 1 Low '01 and '07: Retro Comparison**

The Air Force 1 Low '01 is back, but how does it compare to the '07 pair?

VICTOR DENG · 1 DAY AGO



SNEAKERS

**Nike Adds a Woven Upper to the Big Bubble Air Max 95**

The new 'Woven' Air Max 95 releases in June.

VICTOR DENG · 19 DAYS AGO

## Trending

1 MUSIC
Ginuwine Engaged to Miami Realtor Jannette Escartin

4 SPORTS
Paraguay Fan's 'Calm Down' Gesture Becomes Breakout Meme of 2026...



30 JUN 2026 **RELEASES AIR MAX 95 AIR MAX**

Advertisement

# Where to Buy Nike's Air Max 95 'Kombini' Pack Inspired by 7-Eleven and Lawson

**ARTICLE BY** SEBASTIAN BUGEJA-DRINKELL

**Release Date:** 11 Jul 26
10d | 22h | 13m | 25s

**Style Code:** IR1944-100
**Colourway:** 7-Eleven





Nike understand that there are few things that whet the appetite quite like a trip to a Japanese convenience store. How do we know? Well, this week Team Swoosh have announced the launch of the Air Max 95 'Kombini' Pack, which features two colourways inspired by 7-Eleven and Lawson.

This isn't the first time that Nike hit up a convenience store for a specialised sneaker release. Back in 2020 there was a planned 7-Eleven-themed SB Dunk Low, intended to drop as a Japan-exclusive around the time of the Tokyo Olympics. When the global pandemic hit, Nike SB scrapped the plans and the 7-Eleven Dunks became one of those mythical grails that never came to be. Nevertheless, a few sample pairs managed to get into the wild and now boast hefty secondary market price tags – to

## Other **Releases**



Nike Air Max 95
**Release Date:** 11 Jul 26
CHECK IT OUT



Nike Air Max 1
**Release Date:** 17 Jun 26
CHECK IT OUT

Advertisement

and the 7-Eleven Dunks became one of those mythical grails that never came to be. Nevertheless, a few sample pairs managed to get into the wild and now boast hefty secondary market price tags – to be expected!




For first-looks, up-to-date sneaker buying info, industry news and deep-dive features sign up to our **mailing list!**

My Email

Advertisement

## Other Releases



Nike Air Max 95

**Release Date:** 11 Jul 26

CHECK IT OUT



Nike Air Max 1

**Release Date:** 17 Jun 26

CHECK IT OUT

Advertisement

atmos_japan
438K followers
View profile




View more on Instagram



View more on Instagram

2,040 likes

Add a comment...

Advertisement




The Air Max 95 'Lawson' and '7-Eleven' aren't going to be cancelled, because a release is locked and loaded. Each iteration rocks the colourways of their respective convenience store chain, and host suede and leather builds. None of these AM95s feature explicit branding from Lawson or 7-Eleven, but the hues are unmistakable.

The Nike Air Max 95 'Kombini' Pack has been locked and loaded to land at atmos in Japan on July 11 (no coincidence it's *that* date!) in both the 'Lawson' and '7-Eleven' colourways. The latter themed pair will also see a SNKRS drop on the same date – including the US.

*BRB, we're hungry AF.*

## Other Releases



Nike Air Max 95

**Release Date:** 11 Jul 26

CHECK IT OUT



Nike Air Max 1

**Release Date:** 17 Jun 26

CHECK IT OUT

# Nike Air Max 95

**Release Date:** 11 Jul 26
**Style Code:** IR1944-100
**Colourway:** 7-Eleven



**WHERE TO BUY**

SNKRS ATMOS

NOTIFY ME

Coming ⓘ

Advertisement



NOTIFY ME

Coming ⓘ

Advertisement




# Nike Air Max 95

**Release Date:** 11 Jul 26
**Style Code:** IR1944-400
**Colourway:** Lawson



**WHERE TO BUY**

ATMOS

NOTIFY ME

Coming ⓘ

## Other **Releases**



Nike Air Max 95

**Release Date:** 11 Jul 26

CHECK IT OUT



Nike Air Max 1

**Release Date:** 17 Jun 26

CHECK IT OUT

Advertisement




30 JUN 2026 **RELEASES** **AIR MAX 95** **AIR MAX** **NIKE**

# Favourites available now at Nike









Nike Air Max 95 Big Bubble

£174.99 ›

Click here for price drop alert

Click for size alert

UK 2.5 | UK 3
UK 3.5 | UK 4
UK 4.5 | UK 5
UK 5.5 | UK 6

Buy at Nike



Nike Air Max TL 2.5

£115.49
~~£164.99~~ ›
30% off

Click here for price drop alert

Click for size alert

UK 4 | UK 4.5
UK 5
UK 5.5
UK 6 (EU 39)

Buy at Nike



Nike Air Max TL 2.5

£131.99
~~£164.99~~ ›
20% off

Click here for price drop alert

Click for size alert

UK 3
UK 3.5
UK 4 | UK 4.5
UK 5 | UK 5.5

Buy at Nike



Customise

customized

Nike Air Max Plus By You

£189.99 ›

Click here for price drop alert

UK 2.5 | UK 3
UK 3.5 | UK 4
UK 4.5 | UK 5
UK 5.5 | UK 6

Buy at Nike



Just In

Nike Mercurial Vapor 17 Pro

£129.99 ›

Click here for price drop alert

Click for size alert

UK 3.5
UK 4 | UK 4.5
UK 5 | UK 5.5
UK 6 (EU 39)

Buy at Nike



Customise

customized

Nike Air Max 95 By You

£189.99 ›

Click here for price drop alert

UK 2.5 | UK 3
UK 3.5 | UK 4
UK 4.5 | UK 5
UK 5.5 | UK 6

Buy at Nike

Load More

Advertisement




## Other Releases



Nike Air Max 95

**Release Date:** 11 Jul 26

CHECK IT OUT



Nike Air Max 1

**Release Date:** 17 Jun 26

CHECK IT OUT

Advertisement



Advertisement




# Like Air Max 95? **Discover more**



## Nike Air Max 95

**Colourway:** Fresh Mint

**Style Code:** HJ5996-005

**Release Date:** 01 Jun 26

WHERE TO BUY



## Nike Air Max 95

**Colourway:** Mexico

**Style Code:** IR5900-030

**Release Date:** 25 May 26

WHERE TO BUY



## Nike Air Max 95

**Colourway:** Comet Red

**Style Code:** IB7862-100

**Release Date:** 08 May 26

WHERE TO BUY



## Nike Air Max 95 Big Bubble Tech

**Colourway:** Steam

**Style Code:** IH7853-200

**Release Date:** 08 May 26

WHERE TO BUY

For first-looks, up-to-date sneaker buying info, industry news and deep-dive features sign up to our mailing list!

Enter your email

Follow

Legacy

Founded in 2002, *Sneaker Freaker* is the leading news source for




## Like Air Max 95? **Discover more**



### Nike Air Max 95

**Colourway:** Fresh Mint
**Style Code:** HJ5996-005
**Release Date:** 01 Jun 26

WHERE TO BUY



### Nike Air Max 95

**Colourway:** Mexico
**Style Code:** IR5900-030
**Release Date:** 25 May 26

WHERE TO BUY



### Nike Air Max 95

**Colourway:** Comet Red
**Style Code:** IB7862-100
**Release Date:** 08 May 26

WHERE TO BUY



### Nike Air Max 95 Big Bubble Tech

**Colourway:** Steam
**Style Code:** IH7853-200
**Release Date:** 08 May 26

WHERE TO BUY

For first-looks, up-to-date sneaker buying info, industry news and deep-dive features sign up to our mailing list!

Enter your email

Follow

ABOUT ADVERTISE CONTACT JOBS TERMS OF USE GIVEAWAY T&Cs SITEMAP FAQ

Legacy

Founded in 2002, *Sneaker Freaker* is the leading news source for sneaker releases, industry movements and deep-dive features on sneaker culture. From its roots as the first and only international sneaker magazine to today's global coverage, SF has covered every collaboration, custom and limited-edition release over the past two decades. Stay locked for extensive coverage on the upcoming sneaker drops via the sneaker release calendar

# Slurpee Shoes: This 7-Eleven-Inspired Nike Air Max 95 is a Perfect Tribute to the Convenience Giant

Get alerts



RELEASE DETAILS

| | |
|---|---|
| Product | Nike Air Max 95 Big Bubble 7-Eleven |
| Release Date | Summer 2026 |
| SKU | IR1944-100 |
| Colorway | Sail/Metallic Silver-Total Orange-Sport Green-Gym Red-Light British Tan |
| Retail Price | $210 |
| Live Price | $172 |

Price drop ale New

WHERE TO BUY

| | |
|---|---|
| Raffles | 0/0 |
| Releases | 0/0 |
| In stock | 1 |

Get them now

Quick Facts

- Starting with hairy brown suede on the T-toe and tongue stabilizer, the side panel switches to a 7-Eleven logo mix, with red on the bottom, green above that, and a strip of orange at the top
- Above the tri-color waves, a multi-material mix of off-white matches the midsole
- The Nike Air Max 95 Big Bubble 7-Eleven will be released Summer 2026

This content may contain affiliate links. If you make a purchase through these links, we may earn a commission.

Published June 10, 2026 at 5:30 PM

This is what a referential sneaker colorway is supposed to look like. After scrapping a true 7-Eleven collab on an ultra-rare pair of sample Nike SB Dunks, The Swoosh decided that it would rather take the convenient route, taking some instantly recognizable colors and adding them to an Air Max 95 that immediately evokes images of Slurpees and roller dogs dancing in your brain.

## Convenience Over Collabs

The Nike Air Max 95 Big Bubble 7-Eleven isn't an official collab, but has been on our radar since last fall, when the color combo first crossed our desk. Now, a set of official images from the Australian and New Zealand sneaker boutique Subtype brings the pair to reality in a perfect mix of off-white, green, orange, red, and brown.

Raffles Releases In Stock

Related News

Nike Air Max 95 | Nike | Nike Air Max


June 26, 2026 at 3:30 PM
The Nike KD 6 Meteorology is Making it Rain Next Month


June 26, 2026 at 2:30 PM
The Caitlin Clark Nike Kobe Protro PE Tier Rankings


June 26, 2026 at 2:03 PM
Insult to Injury: Nike's Latest Victor Wembanyama PE is a Statue of Liberty GT Cut 4


June 25, 2026 at 8:00 PM
The Nike KD 19 Candy Pack adds A Lemonhead Yellow Pair to the Bag

The Nike Air Max 95 Big Bubble 7-Eleven isn't an official collab, but has been on our radar since last fall, when the color combo first crossed our desk. Now, a set of official images from the Australian and New Zealand sneaker boutique Subtype brings the pair to reality in a perfect mix of off-white, green, orange, red, and brown.

**Sole Retriever**
@SoleRetriever · Follow

FIRST LOOK: Nike Air Max 95 Big Bubble Convenience Store Pack "7-Eleven" 🏪

NOT an official collab — just an inspired colorway.

📅 Summer 2026
📝 IR1944-100
💵 $210
📷 @subtypestore




9:10 PM · Jun 9, 2026

172 Reply Copy link

Read more on X

Starting with hairy brown suede on the T-toe and tongue stabilizer, the side panel switches to a 7-Eleven logo mix, with red on the bottom, green above that, and a strip of orange at the top. Above the tri-color waves, a multi-material mix of off-white matches the midsole, while the tongue logo returns to green to match the green and cream two-tone laces.

## Nike Air Max 95 Big Bubble 7-Eleven Release Details

The Nike Air Max 95 Big Bubble 7-Eleven will be released Summer 2026 through Nike and select retailers online and in-store. Available in unisex sizing, the retail price is set at $210. For all the latest Nike Air Max 95 news and drop info, download the Sole Retriever App.



Raffles Releases • In Stock

Related News

Nike Air Max 95 Nike Nike Air Max



June 26, 2026 at 3:30 PM
The Nike KD 6 Meteorology is Making it Rain Next Month



June 26, 2026 at 2:30 PM
The Caitlin Clark Nike Kobe Protro PE Tier Rankings



June 26, 2026 at 2:03 PM
Insult to Injury: Nike's Latest Victor Wembanyama PE is a Statue of Liberty GT Cut 4



June 25, 2026 at 8:00 PM
The Nike KD 19 Candy Pack adds A Lemonhead Yellow Pair to the Bag



Nike Air Max 95 Big Bubble 7-Eleven









Nike Air Max 95 · Nike · Nike Air Max

## In this article



Released

TBD

**Nike Air Max 95 Big Bubble 7-Eleven**

$210 • IR1944-100

Raffles · Releases · In Stock



Zach Harris

Related News

Nike Air Max 95 · Nike · Nike Air Max



June 26, 2026 at 3:30 PM

The Nike KD 6 Meteorology is Making it Rain Next Month



June 26, 2026 at 2:30 PM

The Caitlin Clark Nike Kobe Protro PE Tier Rankings



June 26, 2026 at 2:03 PM

Insult to Injury: Nike's Latest Victor Wembanyama PE is a Statue of Liberty GT Cut 4



June 25, 2026 at 8:00 PM

The Nike KD 19 Candy Pack adds A Lemonhead Yellow Pair to the Bag

### In this article

Released



TBD

**Nike Air Max 95 Big Bubble 7-Eleven**

$210 • IR1944-100



**Zach Harris**

Zach Harris is a writer based in Philadelphia. His work has appeared in Rolling Stone, Vice, Complex, High Times, and more. He is obsessed with skateboarding and bowling. He is still looking for his first 300. For tips, reviews, and anything in size 10.5 - zach.h@soleretriever.com

### Related News

Nike Air Max 95 Nike Nike Air Max



June 26, 2026 at 3:30 PM

The Nike KD 6 Meteorology is Making it Rain Next Month



June 26, 2026 at 2:30 PM

The Caitlin Clark Nike Kobe Protro PE Tier Rankings



June 26, 2026 at 2:03 PM

Insult to Injury: Nike's Latest Victor Wembanyama PE is a Statue of Liberty GT Cut 4



June 25, 2026 at 8:00 PM

The Nike KD 19 Candy Pack adds A Lemonhead Yellow Pair to the Bag

### Similar Releases



Nike Air Max 95 OG Big Bubble Neon (2026)

$199



Nike Air Max 95 Nike SB Cactus Flower

$185



Nike Air Max 95 OG Levi's Obsidian

$195



Nike Air Max 95 OG Pi

$199

**SOLE RETRIEVER**

The leading source for all things sneakers. We democratize access and discovery to all of the latest sneaker drops and news.

Download on the App Store GET IT ON Google Play

© 2026 Sole Retriever LLC

Contact Privacy Terms Cookies Disclaimer

Get weekly emails of the top sneaker releases, breaking news, giveaways, and more.

Enter your email Subscribe

+100,000 Sneaker Raffles

+108,000 Mobile App Sneaker Wins

+35,000 Sneaker Drops & Releases

+45,000 Sneakers Tracked

Raffles Releases • In Stock

# The Nike Air Max 95 Big Bubble 7-Eleven is Dropping Soon

Zach Harris
Published June 29, 2026 at 9:00 PM

**Quick Facts**

- The shoe combines 7-Eleven's instantly recognizable mix of orange, green, and red logo colors on the wavy side panel stripes
- The hairy suede colorway adds brown to the shaggy T-toe and off-white to the rest of the upper to complete the perfectly crafted look
- The Nike Air Max 95 Big Bubble 7-Eleven will be released July 10, 2026

This content may contain affiliate links. If you make a purchase through these links, we may earn a commission.



Nike Air Max 95 Big Bubble 7-Eleven

If you're anything like us, you've probably spent a lot of time in and around 7-Eleven. From the candy aisle and the Slurpee machine to kickflipping in the parking lot and hoping the cashier doesn't card you, the convenience store is in every corner of the globe, heating taquitos and jumbo dogs on endlessly spinning rollers.

## Taquitos for the Toe

The Nike Air Max 95 Big Bubble 7-Eleven is Nike's tribute to every teenage loiterer and snack lovers of all ages. Combining the 7-Eleven logo's instantly recognizable mix of orange, green, and red on the wavy side panel stripes, the hairy suede colorway adds brown to the shaggy T-toe and off-white to the rest of the upper to complete the perfectly crafted look.

**Related News**



June 29, 2026 at 9:30 PM
Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair



June 29, 2026 at 5:00 PM
Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM
Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab

## Taquitos for the Toe

The Nike Air Max 95 Big Bubble 7-Eleven is Nike's tribute to every teenage loiterer and snack lovers of all ages. Combining the 7-Eleven logo's instantly recognizable mix of orange, green, and red on the wavy side panel stripes, the hairy suede colorway adds brown to the shaggy T-toe and off-white to the rest of the upper to complete the perfectly crafted look.




Nike Air Max 95 Big Bubble 7-Eleven

Unlike the never-released Nike SB Dunk Low 7-Eleven colorway, this pair isn't an official collab. Arriving in a pack alongside a colorway paying tribute to Japanese convenience store Lawson. Two-tone white and green laces match the two-tone green and red Air Max logo on the tongue, and a blurry photo of convenience store shelves is added to the insoles to bring it all together.

## Nike Air Max 95 Big Bubble 7-Eleven Release Details

The Nike Air Max 95 Big Bubble 7-Eleven will be released July 10, 2026, through atmos Japan. A wider release from Nike and select retailers in-store and online will come at a later date. Available in unisex sizing, the retail price is set at $210. For all the latest Nike Air Max 95 news and drop info, download the Sole Retriever App.

### Nike Air Max 95 Big Bubble 7-Eleven





| | |
|---|---|
| Release Date | 07/10/2026 |
| SKU | IR1944-100 |
| Colorway | Sail/Metallic Silver-Total Orange-Sport Green-Gym Red-Light British Tan |
| Retail Price | $210 |
| Live Price | TBD |

Shop Nike | Release info

Related News



June 29, 2026 at 9:30 PM
Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair



June 29, 2026 at 5:00 PM
Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM
Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab





| | |
|---|---|
| Retail Price | $210 |
| Live Price | TBD |

Shop Nike | Release info

Nike | Nike Air Max | Nike Air Max 95

## In this article

Released



TBD
**Nike Air Max 95 Big Bubble 7-Eleven**
$210 • IR1944-100



Zach Harris
Zach Harris is a writer based in Philadelphia. His work has appeared in Rolling Stone, Vice, Complex, High Times, and more. He is obsessed with skateboarding and bowling. He is still looking for his first 300. For tips, reviews, and anything in size 10.5 - zach.h@soleretriever.com

Related News



June 29, 2026 at 9:30 PM
Nike's Air Max 95 Convenience Store Pack Adds Blue to a Lawson-Themed Pair



June 29, 2026 at 5:00 PM
Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM
Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab

**Sneaker releases, raffles, and news in real-time.**

Enjoy all the latest sneaker raffle and releases, shock drops, release calendar, and exclusive sneaker news in the palm of your hand.

- Autofill for faster raffle entry
- Raffle entry tracking
- Real-time push notifications
- Restocks and AutoCart

Download the app



250k+ subscribers

**Get the latest sneaker news in your inbox**

Join thousands of sneakerheads for breaking news, upcoming releases, and giveaways.

Enter your email | Subscribe

Weekly • No spam

**SOLE RETRIEVER**

The leading source for all things sneakers. We democratize access and discovery to all of the latest sneaker drops and news.

Download on the App Store | GET IT ON Google Play

© 2026 Sole Retriever LLC

Contact Privacy Terms Cookies Disclaimer

In this article




TBD
**Nike Air Max 95 Big Bubble 7-Eleven**
$210 • IR1944-100


Zach Harris
Zach Harris is a writer based in Philadelphia. His work has appeared in Rolling Stone, Vice, Complex, High Times, and more. He is obsessed with skateboarding and bowling. He is still looking for his first 300. For tips, reviews, and anything in size 10.5 - zach.h@soleretriever.com




June 29, 2026 at 5:00 PM
Surf's Up: Nike Adds Wavy Fine Line Designs to the Air Liquid Max



June 26, 2026 at 7:30 PM
Patta Joins the Paris Party with a Friends and Family Nike Air Max 1 Waves Collab


**Sneaker releases, raffles, and news in real-time.**

Enjoy all the latest sneaker raffle and releases, shock drops, release calendar, and exclusive sneaker news in the palm of your hand.

- Autofill for faster raffle entry
- Raffle entry tracking
- Real-time push notifications
- Restocks and AutoCart

Download the app



250k+ subscribers

**Get the latest sneaker news in your inbox**

Join thousands of sneakerheads for breaking news, upcoming releases, and giveaways.

Enter your email
Subscribe

Weekly • No spam

SOLE RETRIEVER

The leading source for all things sneakers. We democratize access and discovery to all of the latest sneaker drops and news.

Download on the App Store
GET IT ON Google Play

© 2026 Sole Retriever LLC

Contact Privacy Terms Cookies Disclaimer

Get weekly emails of the top sneaker releases, breaking news, giveaways, and more.

Enter your email
Subscribe

+100,000 Sneaker Raffles
+108,000 Mobile App Sneaker Wins
+35,000 Sneaker Drops & Releases
+45,000 Sneakers Tracked

N 4-6 EASY INSTALLMENTS • #1 CHOICE FOR SNEAKERHEADS • FREE SHIPPING ABOVE $99.99 ALL OVER THE USA (T&C APPLIED) • 30 DAYS RETURNS






Men's Air Max 95 Big Bubble "7-Eleven"

# NIKE AIR MAX 95 BIG BUBBLE "7-ELEVEN" DELIVERS CLASSIC AIR WITH FRESH ENERGY

Jun 27, 2026 By S. S. Shahrif

## NIKE AIR MAX 95 BIG BUBBLE "7-ELEVEN": A STREET ICON GETS A COLORFUL TWIST

The **Nike Air Max 95 Big Bubble** is back in a crazy lifestyle colorway for the release. Inspired by the famous colors of the 7-Eleven convenience store (although Nike hasn't officially confirmed a collaboration), the "7-Eleven" Air Max 95 Big Bubble features a Sail, Sport Green, Total Orange, Metallic Silver, and earthy brown upper with a combination of suede, leather, and textile elements.

The Air Max 95 is one of Nike's most celebrated silhouettes to date, and the retro version of the sneaker is back for another round of releases. This particular colorway of the shoe is known as the **Big Bubble** and features the same amount of Air cushioning as the original 1995 model, just with a lot more volume to it. This will be a treat for all the sneakerheads out there, especially those who are Air Max fans.

The **Nike Air Max 95 OG Big Bubble** brings together the iconic silhouettes of the heritage running shoe and streetwear-inspired lifestyles to deliver a style that is guaranteed to turn heads on the streets. The Big Bubble Air unit makes for a return to form for this highly influential Nike **retro sneaker.**

## A CLASSIC AIR MAX RETURNS WITH BIG BUBBLE ENERGY

Few sneakers have impacted sneaker culture quite like the Air Max 95.

Air Max 95 silhouettes are designed to fit any runner's lifestyle, and the Nike Air Max 95 OG Big Bubble is no exception. The model was designed by Sergio Lozano and is one of the first models to feature visible Air units in the heel and forefoot. The design features a human anatomy-inspired upper, comprised of layers of suede, leather, and textile. The most notable feature is the 'Big Bubble' Air unit, a larger version of the typical Air Max unit that provides exceptional comfort to the wearer.

The **Nike Air Max 95 Big Bubble** returns in a new iteration, which features the larger volume Air unit. This was a component of the original design and was a key part of the model's comfort credentials and high visible Air unit.

For Air Max enthusiasts, the return of the Air Max 95 is another chapter in one of Nike's greatest franchises.

## CONVENIENCE STORE COLORS MEET PREMIUM MATERIALS

While this sneaker is not an official collaboration, it is clear where the inspiration for this design came from.

For the Big Bubble iteration, Nike utilizes the same layering of suede, leather, and textile found throughout the silhouette's upper, in key colorways of Sport Green, Total Orange, Gym Red, and Metallic Silver, atop a

While this sneaker is not an official collaboration, it is clear where the inspiration for this design came from.

For the Big Bubble iteration, Nike utilizes the same layering of suede, leather, and textile found throughout the silhouette's upper, in key colorways of Sport Green, Total Orange, Gym Red, and Metallic Silver, atop a Sail and tan-colored paper grocery bag-inspired upper. Finishing off the convenience store-approved look, rope-style laces add an additional layer of detailing throughout the Big Bubble Air Max 95.

No big logos on this one, as the Air Max 95 already has so much to say. This unique colorway is a perfect mix of the convenience store inspired colors and premium materials and textures. Each of the layered suede, leather, and textile panels are brought to life by vibrant hits of color such as Sport Green, Total Orange, Gym Red, and Metallic Silver on a clean white Sail background.

## KEY DESIGN DETAILS INCLUDE:

- Layered suede, leather, and textile upper
- Big Bubble visible Max Air cushioning
- Sail / Metallic Silver / Sport Green / Total Orange / Gym Red / Tan
- Rope-inspired laces
- Flexible outsole with deep flex grooves
- Signature Air Max 95 gradient side panels
- Durable rubber traction outsole
- With a sleek design, this sneaker is easy to recognize while remaining to wear for daily activities.

The combination creates a sneaker that's instantly recognizable while remaining versatile enough for everyday wear.

## BIG BUBBLE COMFORT FOR EVERYDAY LIFE

For decades, the Air Max has performed at the highest level.

The Air Max 95's prominent Big Bubble units provide an abundance of comfort, while its flexible outsole with deep flex grooves and the sneaker's ability to breathe with the layered upper provide durability to allow for continued use.

While these kicks can be worn for running, they are more so a sneaker that can be worn for daily activities and are part of the Air Max heritage. Whether you are traveling, running errands, or just want to add another sneaker to your weekly rotation of kicks to wear with your casual streetwear outfits, the **Air Max 95** is a great choice to add to your sneaker collection.

## BUILT FOR TODAY'S STREETWEAR ROTATION

This is not a pair of running shoes for the road.

The Air Max 95 is more than just a great running shoe. The Air Max 95 is a great **Air Max casual shoe** due to its unique layered construction, oversized proportions, and timeless design. The Air Max 95 can be worn with a variety of casual clothing items, including relaxed-fit denim, cargo pants, mesh shorts, oversized graphic tees, and even lightweight overshirts.

This shoe is perfect for dressing up in an outfit with bold colors or to add a pop of color to a more neutral outfit. The upper is made of the neutral colorway Sail, but the bright green and orange accents will pop well against any outfit to make for a great-looking pair of kicks that can be dressed up or down.

For those looking to add to their collection of Air Max, or for those simply looking for a great pair of everyday sneakers to wear to work or while running errands, the Air Max 95 Big Bubble '7-Eleven' is a release not to be missed.

## RELEASE DETAILS

everyday sneakers to wear to work or while running errands, the Air Max 95 Big Bubble '7-Eleven' is a release not to be missed.

## RELEASE DETAILS

**Nike Air Max 95 Big Bubble "7-Eleven"**

**Style Code:** IR1944-102
**Colorway:** Sail / Metallic Silver / Total Orange
**Release Date:** July 11, 2026
**Price:** $200

**Availability:** **Nike**, Select Retailers, & **Tops & Bottoms USA**

**INSTAGRAM:**

View this post on Instagram

A post shared by The Sneaker Scroll (@thesneakerscroll)

## SECURE YOUR PAIR

## SECURE YOUR PAIR

The **Nike Air Max 95 OG Big Bubble** is expected to attract significant attention from collectors, Air Max enthusiasts, and fans of classic **Nike retro sneakers**. Its heritage-inspired design and premium construction make it one of the standout lifestyle releases of the season.

To improve your chances of securing a pair, enter the raffle through the **Tops & Bottoms USA mobile app**, where you'll find launch updates, release notifications, and early entry opportunities.

You can also visit **topsandbottomsusa.com** to complete your **raffle form**, check availability, and stay informed about upcoming Air Max releases.

With demand expected to be strong, submitting your raffle entry early gives you the best opportunity to add the **Nike Air Max 95 Big Bubble** to your collection before it sells out.








airmax
airmax











Share

READING NEXT






AIR GRIFFEY MAX 1 “HBCU SWINGMAN CLASSIC” LEGACY CONTINUES

Jun 26, 2026 S. S. Shahrif

LEAVE A COMMENT

All comments are moderated before being published.

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

Name

E-mail

Message

Submit



**S. S. Shahrif**

*Content Writer*

Passionate writer with over 5 years of experience creating engaging content for various industries. Loves storytelling and connecting with readers through authentic narratives.

LEAVE A COMMENT

All comments are moderated before being published.

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

Name

E-mail

Message

Submit



**S. S. Shahrif**

*Content Writer*

Passionate writer with over 5 years of experience creating engaging content for various industries. Loves storytelling and connecting with readers through authentic narratives.



© 2026, Tops and Bottoms USA.