**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| 7-ELEVEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>Defendant. | Civil Action No. 3:26-cv-02201-BDS |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff 7-Eleven, Inc. voluntarily dismisses with prejudice this action in its entirety, with each party to bear its own costs and attorneys' fees.

Dated: October 19, 2026

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ *Cole B. Ramey*
Cole B. Ramey
State Bar No. 1649480
cramey@ktslaw.com
Zoe P. Stendara
State Bar No. 24122986
zstendara@ktslaw.com
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Tel: (214) 922-7126
Fax: (214) 292-9419

*Attorneys for Plaintiff 7-Eleven, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October 2026, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all parties of record, and sent a courtesy copy to all parties via email.

*/s/ Cole B. Ramey*
Cole B. Ramey